**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**SHANTA NOWELL**                                          **CIVIL ACTION NO.:**
                                                                     **5:23-CV-00060-JKP-RBF**

**VERSUS**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY**

**UNOPPOSED MOTION TO RESET INITIAL PRETRIAL CONFERENCE**

Defendant The Lincoln National Life Insurance Company files this Unopposed Motion to Reset Initial Pretrial Conference and show the Court as follows:

1.      On April 13, 2023, the Court entered an Order Regarding Certain Pretrial Matters (Document 7).  Pursuant to that Order, the parties must appear by Zoom for an initial pretrial conference on Thursday, April 27, 2023, at 10:00 am.

2.      Counsel for Defendant will be out of the country without reliable internet on that date. As such, Defendant requests the conference be reset to take place sometime during the weeks of May 8, 2023, or May 15, 2023.  Plaintiff's counsel has no objection to resetting the conference to a date during either of those weeks.

WHEREFORE, Defendant requests the Court to enter an order resetting the initial pretrial conference to take place sometime during the weeks of May 8, 2023, or May 15, 2023.

Dated this 18th day of April 2023.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Plaintiff's attorney of record, J. Price McNamara, regarding the relief requested in this Motion.  Plaintiff's counsel has indicated that Plaintiff is unopposed.

/s/ Iwana Rademaekers
Iwana Rademaekers

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Price McNamara
Email:  price@jpricemcnamara.com

April 18, 2023
Date

/s/ Iwana Rademaekers
Iwana Rademaekers