**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**SHANTA NOWELL**                                                    **CIVIL ACTION NO.:**
                                                                     **5:23-CV-00060-JKP-RBF**


**VERSUS**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY**

**ORDER**

On this day, came on to be considered the Unopposed Motion to Reset Initial Pretrial

Conference.  Upon reviewing the Motion, the Court finds that it has merit and should be granted.  It

is therefore

ORDERED that the initial pretrial conference in this case is reset for May ___, 2023, at

_____ p.m.

**SIGNED** this _____ day of _____, 2023.


_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE