**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**SHANTA NOWELL**                                     **CIVIL ACTION NO.:**
                                                      **5:23-CV-00060-JKP-RBF**

**VERSUS**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY**

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

1.  There are no jurisdictional issues in this case.  The parties agree that this court has federal question jurisdiction since this is a claim for benefits brought under 29 U.S.C.  1132(a)(1)(B) of the Employee Retirement Income Security Act of 1974 (ERISA).

2.  There are no parties who have not been served.

3.  Plaintiff Nowell's claim is for accidental death benefits from an ERISA employee welfare benefit plan brought under the authority of 29 U.S.C. §1132(a)(1)(B) of ERISA.  The Defendant denies that Plaintiff is entitled to any relief on her claim for benefits under ERISA, as the relevant plan documents contain appropriate discretionary language, and the decisions on Plaintiff's claim for benefits was not an abuse of discretion standard based on the administrative record.

4.  The parties agree that the primary evidence in this case will be the documents within the administrative record as produced by Defendant.  Given that this case is governed by ERISA, the relevant evidence will be limited to the administrative record, relevant ERISA Plan documents, as well as any authorized but currently unanticipated exceptions to that limitation, as determined by the Court.  Discovery is not anticipated, but if any is sought, it will be limited to the narrowly permitted circumstances under ERISA and applicable law.  The parties stipulate that there will be no live testimony since this is an ERISA case that involves the Court's review of the record and Lincoln's decision to deny accidental death benefits.

5.  In regards to the items identified in Fed.R.Civ.P. 26(f)(3), the parties do not anticipate any issues regarding attorney-client privilege or work-product protection, electronically stored information, nor should any changes be made to the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Local Rules.  As this is an action for review on an administrative record, this action is exempted from the initial disclosure requirement pursuant to F.R.C.P. 26(a)(1)(B)(i).  However, Defendant provided a complete bates-numbered copy of the full claim file to Plaintiff on April 17, 2023.  The parties agree that, as Plaintiff's claim is for recovery of benefits under ERISA, discovery will be limited to that prescribed by the Fifth Circuit in *Crosby v. La. Health Serv. & Indem. Co.*, 647 F.3d 258 (5th Cir. 2011).

6.  No discovery has been completed at this time.  See response in paragraph 5, above.

7.  The Parties do not anticipate any depositions at this time.

8.  No discovery disputes exist at this time.

9.  The parties do not believe anticipate any issues regarding attorney-client privilege or work product protections under Federal Rule of Evidence 502.

10.  The parties have not discussed mediation.  They intend to discuss the resolution of this matter without the use of a mediator.  After discussion, if they have a reasonable belief that a resolution may be facilitated through mediation, then the parties will be amenable to mediation.

Respectfully Submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, TX 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

**By:**   /s/ Iwana Rademaekers
          Iwana Rademaekers, Esq.
          Texas Bar No. 16452560
          Email:  iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

- And -

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Phone: 225-201-8311
Fax: 225-201-8313

**BY:**   /s/ J. Price McNamara (by permission)
          J. Price McNamara
          Bar Nos: LA 20291 & TX 24084626
          Email: price@jpricemcnamara.com

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

> J. Price McNamara
> Email: price@jpricemcnamara.com

  April 18, 2023           /s/ Iwana Rademaekers
Date                            Iwana Rademaekers