IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SHANTA NOWELL,

     *Plaintiff,*

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

     *Defendant.*

§
§
§
§
§
§
§
§
§
§
§

5-23-CV-00060-JKP-RBF

## ORDER

Before the Court is the above-styled and numbered cause of action, which was referred for all nondispositive pretrial proceedings. *See* Dkt. No. 3. The parties have submitted to the Court a Rule 26(f) Case Management Plan and scheduling recommendations. *See* Dkt. Nos. 9 & 10. Having reviewed the Rule 26(f) report and proposed scheduling order, the Court has determined it is not necessary to hold an initial pretrial conference.

Accordingly, **IT IS HEREBY ORDERED** that the initial pretrial conference currently scheduled for May 10, 2023, is **CANCELED**. A scheduling order will be separately entered.

**IT IS SO ORDERED**.

SIGNED this 1st day of May, 2023.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE