**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**SHANTA NOWELL**                                              **CIVIL ACTION NO.:**
                                                               **5-23-CV-00060-JKP-RBF**

**VERSUS**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY**

**RULE 16 SCHEDULING ORDER FOR ERISA BENEFITS CASE TO BE**
**DETERMINED ON ADMINISTRATIVE RECORD**

In accordance with Federal Rule of Civil Procedure 16(b), and having considered the parties' Joint Motion to Enter Rule 16 Scheduling Order for ERISA Insurance Benefits Case to be Determined on Administrative Record, the following deadlines are established to govern the remainder of this case:

1. **May 1, 2023**

Deadline to amend pleadings or add parties.

2. **June 1, 2023**

(A) Defendant shall file into the record a pleading titled "Defendant's Response to ERISA Case Order," attaching copy of the applicable insurance policy and complete Administrative Record.

(B) Defendant shall include a statement whether ERISA governs the claims of this dispute.

(C) Defendant shall include a statement addressing whether the plan vests the claims administrator with discretionary authority to determine eligibility for benefits and to construe the terms of the plan, including here a quotation of the pertinent plan language, citations to the specific page(s) of the plan terms which define the administrator's authority to determine eligibility benefits and/or to construe or interpret the

terms of the plan, or a statement that the plan and/or law, such as any applicable anti-discretionary clause law, renders the claims administrator NOT vested with such discretionary authority.

3. **July 12, 2023**

All parties file Cross-Motions for Judgment on Administrative Record with accompanying Memoranda.

4. **August 14, 2023**

All parties file Cross-Memoranda in Opposition to opposing parties' motions.

5. **September 13, 2023**

All parties file any Cross-Reply Memoranda, at which time the case is deemed submitted for judgment.

6. If any of the above deadlines fall on a weekend or official holiday under the Federal Rules of Civil Procedure or applicable local rules, the deadline will be the next day that is not a weekend or official holiday under the Federal Rules of Civil Procedure or applicable local rules.

Signed this __1st__ day of _____May_____, 2023.

_____
UNITED STATES DISTRICT JUDGE
Richard B. Farrer