**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **SHANTA NOWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:23-cv-00060-JKP-RBF** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S RESPONSE TO ERISA CASE ORDER**

Pursuant to the Court's Order entered on May 1, 2023, Defendant The Lincoln National Life Insurance Company files this Response to ERISA Case Order and states as follows:

A.    Defendant submits herewith, copies of the relevant Policy and the entire Administrative Record pertaining to Plaintiff's claims in this action, consisting of the following exhibits:

1.    Group Life Insurance Policy (Lincoln/Nowell 001-058).

2.    October 20, 2022, correspondence containing decision on appeal (Lincoln/Nowell 069-074);

3.    The Administrative Record pertaining to Life claim (Lincoln/Nowell 059-068, and 075-266)

B.    Plaintiff's claims are governed by Section 502 of the Employee Retirement Income Security Act of 1974, as amended. (*See* Exhibit 1, Policy, at Lincoln/Nowell 003; *See also* Plaintiff's Complaint at ¶¶ 3 and 4).

C.    The relevant life benefits policy grants discretionary authority to Lincoln to determine eligibility for life benefits and Accidental Death & Dismemberment benefits under the relevant life benefits policy.  The Policy contains the following language:

**Interpretation of the Policy**

Lincoln shall possess the authority to construe the terms of this policy and to determine benefit eligibility hereunder. Lincoln's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

(*See* Exhibit 1, Policy, at Lincoln/Nowell 044).

Dated:  June 1, 2023.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

By:  /s/ Iwana Rademaekers
        Iwana Rademaekers, Esq.
        Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Price McNamara
Email:  price@jpricemcnamara.com

  June 1, 2023                                    /s/ Iwana Rademaekers
Date                                             Iwana Rademaekers