Case 5:23-cv-00060-JKP    Document 13-3    Filed 06/01/23    Page 1 of 202

Lincoln/Nowell 059

**Life Claim Detail**

| Find | Clear | Save | New | Delete | Last Modified | Print | Help | Change Sub/Loc |
|---|---|---|---|---|---|---|---|---|

Add Life Claim Event    Add Life Waiver    Add Note    Check    Contact Info    Correspond    Doc List    Life Account Info    Note    Populate Waiver Data    SPELL Letters    Tasks

**Employee**

First Name RODNEY    MI

Last Name GOODMAN

SSN              DOB

**Customer**

Name    WHATABURGER RESTAURANTS LLC.    ID    09 - 462780

Sub Name                                Sub Code 0000

Loc Name    WHATABRANDS, LLC    Loc Code 00000000

---

\* **Life Claim Number** 12649472    Symbol SA    Numeral 01    Life Claim Sub 0000    Life Claim Loc 00000000    Prev Claim # 0

**Claimant**

\* Last Name GOODMAN    \* First Name RODNEY    MI    \* Relationship to Employee Employee ▾

\* DOB    \* Gender Male ▾    Marital Status Single ▾

Address Line 1

Address Line 2

Address Line 3

City    State TX    Zip Code

Country    UNITED STATES OF AMERICA    \* State of Residence TX

**Dependent**

FT Student Age 0    Disabled Child ☐

**Life Claim Events**

| Event Number | Event Type | Event Reason | Event Status | Analyst Name | |
|---|---|---|---|---|---|
| 1 | Death | Accident | Closed | JAMERLAN, LIVIA | |

**Life Waivers**

| Waiver Number | Waiver Type | Waiver Status | Date of Disability | Determination Date | Close Date | Maintenance Indicator | Analyst Name |
|---|---|---|---|---|---|---|---|

**EXHIBIT 3**

---

**Note Report**

| Report | Clear | Print | Help |

AS Accom  AS Event  Add Note  Appeal  Claim  Coord Claim Note  Correspond  Doc List  Employee  Leave  Life Claim  Lve Addtl Info

Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History  Note  SPELL Letters  Scheduled Pmt  Task Print  Task Rpt

Tasks

---

**Claim**

\* **Claim/Event/Leave Number** 12649472     **Accommodation Number** [          ]

**Note type:** [          ]

**Primary Sort Order**
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**10/20/2022 1:14 PM - CLAIM Note 3**
Claim/Event/Leave: 12649472
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [10/20/2022 - ARVENITIS, KERRY]30 YEAR OLD MALE DECEDENT INVOLVED IN A CHAIN REACTION ACCIDENT WITH 5 VEHICLES. AT THE TIME OF DEATH METHAMPHETAMINE AND AMPHETAMINE SCHEDULE II CONTROLLED SUBSTANCES FOUND IN THE DECEDENTS BLOOD. THE DECEDENT TURNEDHIS VEHICLE ON A FOUR LANE HIGHWAY IN TO THE FAR LEFT LANE OF ONCOMING TRAFFIC, GOT OUT OF HIS CAR AND WAS STRUCK BY A MOTOR VEHICLE. IT WAS OPINED THE BEHAVIOR SUPPORTS IMPAIRMENT IN JUDGEMENT AND RISK TAKING LIKELY CAUSED BY THE USE OF METHAMPHETAMINE AND ALCOHOL. THE ADD CLAIM WAS DENIED SITING EXCLUSIONS FOR COMMITTING OR ATTEMPTING TO COMMIT A FELONY OR MISDEMEANOR, CONTROLLED SUBSTANCES, AND PRESENCE OF ALCOHOL. THE CLAIM UNDERWENT A NEW CLINICAL REVIEW ON APPEAL. THE REVIEWER OPINED METHAMPHETAMINE CAUSED OR CONTRIBUTED TO THE DEATH OF MR. GOODMAN. ALCOHOL MAY ALSO HAVE CAUSED OR CONTRIBUTED TO THE DEATH OF MR. GOODMAN. THE CONCENTRATION OF METHAMPHETAMINE FOUND IN THE BLOOD OF THE DECEASED IS CONSISTENT WITH THERAPEUTIC USE ASWELL AS WITH METHAMPHETAMINE ABUSE. SIDE EFFECTS OF METHAMPHETAMINE INCLUDE BUT ARE NOT LIMITED TO IRRITABILITY, INSOMNIA, TREMORS, ANXIETY, PARANOIA, AGGRESSIVENESS, HALLUCINATIONS, HEIGHTENED SENSE OF WELL-BEING, FEELINGS OF INCREASED PHYSICAL STRENGTH, POOR IMPULSE CONTROL AND IRRATIONAL BEHAVIOR. LATE EFFECTS INCLUDE BUT ARE NOT LIMITED TO FATIGUE, SLEEPINESS WITH SUDDEN STARTS, RESTLESSNESS, AGITATION, DYSPHORIA, AND DELUSIONS. BINGE USE IS ALSO ASSOCIATED WITH BUT NOT LIMITED TO RAPID FLIGHT OF IDEAS, OBSESSIVE/COMPULSIVE ACTIVITY, THOUGHT BLENDING, AND UNCONTROLLABLE SLEEPINESS. RIGHT TO REVIEW AND RESPOND WAS PROVIDED, AN NO ADDITIONAL INFORMATION SUBMITTED. I AGREE WITH UPHOLD.

**10/20/2022 12:31 PM - LIFE Note 40**
Claim/Event/Leave: 12649472
NoteSubject : Appeal
Other Subject : REC UH
Text: [10/20/2022 - DIMAGGIO, JENNIFER]CLAIMANTS DATE OF DEATH WAS 3/25/2022, AT TIME OF ACCIDENT EE TURNED HIS CAR INTO A 4 LANE HIGHWAY INTO THE FAR LEFT LANE OF ONCOMING TRAFFIC, GOT OUT OF HIS CARE, AND WAS STRUCK BY A MOTOR VEHICLE. TOXICOLOGY REPORTCONFIRMED METHAMPHETAMINE (WITH NO PROOF OF PRESCRIPTION BY PHYSICIAN) AND ALCOHOL IN EE BLOOD. IM PEER COMPLETED PRE-APPEAL WHICH DETERMINED EE BEHAVIOR SUPPORTED IMPAIRMENT IN JUDGEMENT AND RISK TAKING LIKELY CAUSED BY THE USE OF METHAMPHETAMINEAND ALCOHOL. THE CLAIM WAS DENIED AS EE DEATH WAS CAUSED OR CONTRIBUTED BY CONTROLLED SUBSTANCE USE AND ALCOHOL USE. AN ADDITIONAL IM PEER WAS COMPLETED ON APPEAL WHICH DETERMINED THE CONCENTRATION OF METHAMPHETAMINE FOUND IN EE BLOOD WAS CONSISTENT WITH THERAPEUTIC USE AS WELL AS METHAMPHETAMINE ABUSE. THERE WERE NO PRESCRIPTION RECORDS AVAILABLE TO INDICATE EE HAD A LEGAL PRESCRIPTION FOR ANY MEDS CONTAINING METHAMPHETAMINE. REVIEWER OPINED THE MEDICAL EVIDENCE SUPPORTED DRUG USE CAUSED ORCONTRIBUTED TO EE'S ACCIDENT AND DEATH. RTR WAS PROVIDED, ATTNY CONFIRMED NO ADDITIONAL INFORMATION TO BE SUBMITTED. GIVEN THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DID NOT ALTER THE PRIOR DETERMINATION TO DENY CLAIM, RECOMMEND UH ON APPEAL.NOTIFICATION TO ATTNY UPON MGR REC.

**10/18/2022 1:57 PM - LIFE Note 39**
Claim/Event/Leave: 12649472
NoteSubject : LTR to Atty
Other Subject : RTR/TOLLING
Text: [10/18/2022 - DIMAGGIO, JENNIFER]RTR WITH PER TO ATTNY, NOTIFIED OF TOLLING DUE 11/7/2022

**10/18/2022 1:57 PM - LIFE Note 38**
Claim/Event/Leave: 12649472
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/18/2022 - DIMAGGIO. JENNIFER]PEER REPORT COMPLETE AND REVIEWED. PER ATTNY REQUEST CRS HAS

---

**Lincoln/Nowell 060**

EMAILED COPY TO ATTNY FOR REVIEW AND RESPONSE, DEADLINE 11/7/2022

**10/06/2022 11:50 AM - LIFE Note 37**
Claim/Event/Leave: 12649472
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/06/2022 - DIMAGGIO, JENNIFER]CRS COMPLETED INITIAL REVIEW AND DETERMINED PHYSICIAN LEVEL REVIEW REQUESTED IS REASONABLE. REFERRAL SUBMITTED VIA CRT.

**10/06/2022 11:49 AM - LIFE Note 36**
Claim/Event/Leave: 12649472
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [10/06/2022 - DIMAGGIO, JENNIFER]FI, ERISA. AD&D CLAIM DENIED - LETTER DATED 8/17/2022. 60 DAY APPEAL TIMELINE. APPEAL DUE 10/16/2022. APPEAL LETTER DATED 10/4/2022 AND RECEIVED 10/5/2022 ***ACTION PLAN: PENDING COMPLETE REVIEW BY CRS.

**10/06/2022 7:00 AM - CLAIM Note 2**
Claim/Event/Leave: 12649472
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [10/06/2022 - ARVENITIS, KERRY]ASSIGNED TO JEN DIMAGGIO

**10/05/2022 1:12 PM - LIFE Note 35**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : APPEAL
Text: [10/05/2022 - JAMERLAN, LIVIA]REC'D APPEAL REFERRED TO APPEALS DEPARTMENT

**10/03/2022 12:55 PM - LIFE Note 34**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : FILE COPY
Text: [10/03/2022 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SUPPORT@JPRICEMCNAMARA.COM

**10/03/2022 11:31 AM - LIFE Note 33**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : ATTY
Text: [10/03/2022 - JAMERLAN, LIVIA]REC'D LETTER FROM ATTY REQUESTING THE COMPLETE FILE - SENT REQUEST FOR FILE TO BE SENT OVER

**08/15/2022 2:38 PM - LIFE Note 32**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [08/15/2022 - WRIGHT, SHANON MARIE]I HAVE REVIEWED THE KEY INDICATORS OF THIS CLAIM INCLUDING, BUT NOT LIMITED TO THE CUSTOMER CONTRACT, S1 NOTES, DC, ER STATEMENT, AND ALL ASSOCIATED DOCUMENTS IN THE FILE. I AGREE WITH DENYING PAYMENT OF AD&D BENEFITS AS THE CAUSE/MANNER OF DEATH IS AN EXCLUSION UNDER THE POLICY.

**07/25/2022 12:53 PM - LIFE Note 31**
Claim/Event/Leave: 12649472
NoteSubject : Phone Call
Other Subject : CALL IN - DETECTIVE
Text: [07/25/2022 - JAMERLAN, LIVIA]REC D CALL FROM DETECTIVE CARTER BADGE 3505 - 817-392-3640 LCE ADVISE THAT SHE WAS REVIEWING THE ACCIDENTAL CLAIM AND HAD SOME ADDITIONAL QUESTIONS FOR HIM. LCE ASKED IF THERE WAS A REASON THAT RODNERY GOODMAN S CAR WASFACING EAST BOUND ON A WEST BOUND LANE DETECTIVE CARTER STATED HE NOT SURE WHY THE CAR WAS FACING THE OTHER WAY AS THERE WAS NO WITNESS THAT COULD CONFIRM WHAT HAD HAPPENED. LCE ASKED HAD MR. GOODMAN SURVIVED WOULD HE HAD BEEN CHARGED WITH A MISDEMEANOR OR FELONY. HE STATED HE WOULD NOT HAVE BEEN CHARGED. LCE THANKED HIM FOR HIS TIME AND THE CALL ENDED

**07/25/2022 11:25 AM - LIFE Note 30**
Claim/Event/Leave: 12649472
NoteSubject : Phone Call
Other Subject : DETECTIVE
Text: [07/25/2022 - JAMERLAN, LIVIA]CALLED AND ELFT VM FOR DETECTIVE CARTER REQUESTED A CALL BACK - PROVIDED DIRECT LINE AND DIRECT EXTENSION

**07/19/2022 10:07 AM - LIFE Note 29**
Claim/Event/Leave: 12649472
NoteSubject : Phone Call

**Lincoln/Nowell 061**

Other Subject : CALL OUT DT. CARTER
Text: [07/19/2022 - JAMERLAN, LIVIA]CALLED DETECTIVE CARTER - 817-392-4850 EXT 4885 PHONE RANG WITH NO ANSWER LCE WOULD CALL AGAIN

**07/11/2022 11:58 AM - LIFE Note 28**
Claim/Event/Leave: 12649472
NoteSubject : Phone Call
Other Subject : CALL OUT
Text: [07/11/2022 - JAMERLAN, LIVIA]CALLED DETECTIVE CARTER 817-392-4850 EXT 4885 LEFT VM REQUESTING A CALL BACK.

**07/11/2022 11:48 AM - LIFE Note 27**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : CP REVIEW
Text: [07/11/2022 - JAMERLAN, LIVIA]SENT CLAIM FOR CP REVIEW

**07/11/2022 11:47 AM - LIFE Note 26**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : RX HISTORY
Text: [07/11/2022 - JAMERLAN, LIVIA]REC'D RX HISTORY ON RODNEY

**07/06/2022 10:38 AM - LIFE Note 25**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : DETECTIVE
Text: [07/06/2022 - JAMERLAN, LIVIA]DETECTIVE IS MR. CARTER AND HE CAN BE REACHED AT 817-392-4850 EXT 4885

**07/06/2022 10:38 AM - LIFE Note 24**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : AUTH RELEASE
Text: [07/06/2022 - JAMERLAN, LIVIA]REC'S AUTH FROM SHANTA NOWELL - WILL HAVE MGMT. RUN RX HISTORY

**07/01/2022 9:45 AM - LIFE Note 23**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : RX NEEDED
Text: [07/01/2022 - JAMERLAN, LIVIA]SINCE THE TOX REPORT DOES SHOW METHAMPHETAMINE THAT IS A SCHEDULE II DRUG UNDER COMPREHENSIVE DRUG ABUSE PREVENTION AND CONTROL ACT OF 1970 WILL NEED RX OF EE

**07/01/2022 9:41 AM - LIFE Note 22**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : TOX REPORT
Text: [07/01/2022 - JAMERLAN, LIVIA]REC'D TOX REPORT FROM FORENSIC TOXICOLOGY RESULT FROM TARRANT COUNTY MEDICAL EXAMINERS OFFICE DATED 3/29/2022 THE TOX REPORT STATES POSITIVE FINDINGS FOR ETHANOL LEVEL OF 0.022G/DL AND METHAMPHETAMINES' 95NG/ML

**05/31/2022 1:58 PM - LIFE Note 21**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : STATUS
Text: [05/31/2022 - JAMERLAN, LIVIA]SENT LETTER TO BENE REQUESTING TOX REPORT - SET TASK FOR 30 DAYS TO FOLLOW UP

**05/03/2022 4:00 PM - LIFE Note 20**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : STATUS
Text: [05/03/2022 - JAMERLAN, LIVIA]NEED TOX REPORT AND POLICE OFFICE NUMBER

**05/03/2022 3:59 PM - LIFE Note 19**
Claim/Event/Leave: 12649472
NoteSubject : Phone Call
Other Subject : FINAL PCM,
Text: [05/03/2022 - JAMERLAN, LIVIA]CALLED AND SPOKE WITH SHANTA WENT OVER FINAL PCM - STATED THAT I NEED TOX REPORT AND POLICE OFFICERS NUMBER

**05/02/2022 8:12 AM - LIFE Note 18**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : ACCIDENT REPORT
Text: [05/02/2022 - JAMERLAN, LIVIA]REC'D ACCIDENT REPORT WILL NEED TO REVIEW WITH LEAD

Text: [05/02/2022 - JAMERLAN, LIVIA]REC'D ACCIDENT REPORT WILL NEED TO REVIEW WITH LEAD.

**05/02/2022 7:34 AM - LIFE Note 17**
Claim/Event/Leave: 12649472
NoteSubject : Approved
Other Subject : APPROVED - BASIC
Text: [05/02/2022 - JAMERLAN, LIVIA]RECEIVED AND REVIEWED BS AND LEGIBLE COPY OF THE DC. S1 UPDATED, ALL
POLICY PROVISIONS HAVE BEEN REVIEWED, ALL KEY INDICATORS MET AND THE CLAIM IS PAYABLE TO SHANTA NOWELL
MINUS FHA . PAYMENT PROCESSED.

**05/02/2022 7:20 AM - LIFE Note 16**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : DC
Text: [05/02/2022 - JAMERLAN, LIVIA]REC'D DC ON 4/28/2022 IT IS CLEAR AND LEGIBLE. THE CAUSE OF DEATH IS DUE TO AN
ACCIDENT THE DATE OF DEATH IS 3/25/2022

**04/11/2022 3:22 PM - LIFE Note 15**
Claim/Event/Leave: 12649472
NoteSubject : Phone Call
Other Subject : CALL IN
Text: [04/11/2022 - JAMERLAN, LIVIA]REC'D CALL FROM SHAUNTA - SHE ASKED WHAT WAS STILL NEEDED FOR THE CLAIM.
LCE STATED WE NEEDED THE DEATH CERTIFICATE , THE TOX REPORT AND ACCIDENT REPORT.

**04/04/2022 7:18 PM - LIFE Note 14**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : FHA
Text: [04/04/2022 - JAMERLAN, LIVIA]REC'D FHA FROM C&J IN THE AMOUNT OF 19,547.54 IT IS SIGNED BY SHANTA NOWELL -
TAX ID 63-1182-989

**04/04/2022 12:11 PM - LIFE Note 13**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : CALL
Text: [04/04/2022 - OBER, EMILY]TC FROM C&J FINANCIAL. WANTED TO CONFIRM SHANTA GOOD SIGNER. CONFIRMED YES,
AND THAT BASIC COVERAGE IS SUFFICIENT TO COVER FHA AND THAT WE HAVE REC'D THE ASSIGNMENT.

**04/01/2022 11:48 AM - LIFE Note 12**
Claim/Event/Leave: 12649472
NoteSubject : Peer Review
Other Subject : CALL OUT - FH
Text: [04/01/2022 - JAMERLAN, LIVIA]CALLED FUNERAL HOME 910-762-6181 SPOKE MR. TARELL. HE WANTED TO CONFIRM
THAT HE COULD SUBMIT A FHA ASSIGNMENT WITH A FUNDING COMPANY - STATED YES. PROVIDED HIM WITH THE POLICY
NUMBER HE HAD NO FURTHER QUESTIONS

**04/01/2022 11:42 AM - LIFE Note 11**
Claim/Event/Leave: 12649472
NoteSubject : Phone Call
Other Subject : CALL IN
Text: [04/01/2022 - JAMERLAN, LIVIA]REC'D VM FROM FUNERAL DIRECTOR REQUESTING A CALL BACK

**04/01/2022 9:44 AM - LIFE Note 10**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : PBA / BS
Text: [04/01/2022 - JAMERLAN, LIVIA]REC'D BS AND PBA FROM THE MOTHER SHANTA. WILL HOLD FOR DC.

**03/30/2022 2:15 PM - LIFE Note 9**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : ADD RIDERS
Text: [03/30/2022 - JAMERLAN, LIVIA]WELL REVIEW ADD RIDERS ONCE DC IS RECEIVED

**03/30/2022 2:15 PM - LIFE Note 8**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : ADD AOI ADJUDICATION
Text: [03/30/2022 - JAMERLAN, LIVIA]TYPE: EMPLOYEE ADD BASIC COVERAGE /// PROD EFF. 1/1/2015 /// EAP: YES /// SITUS
STATE: TEXAS /// DOH: 2/9/2021 /// LDW:3/21/2022 /// DOD: NOT PROVIDED /// ELIGIBILITY MET /// CLASS 6: ALL ELIGIBLE
GENERAL MANAGERS, ASSISTANT GENERAL MANAGERS, MANAGERS IN TRAINING, EQUIPMENT TECHNICIANS, DIVISION
REGIONAL MANAGERS, DIVISION COORDINATORS, CORPORATE SUPPORT MANAGERS, CORPORATE SUPPORT STAFF,
ADMINISTRATORS, MAINTENANCE SERVICES STAFF, AND SPECIAL OPERATIONS LEADERS ///NON CONTRIB /// AOI:
APPLICABLE TO CLASS 6: AN AMOUNT EQUAL TO 1 TIMES ANNUAL EARNINGS. IF NOT A MULTIPLE OF $1,000.00, THIS
AMOUNT WILL BE ROUNDED TO THE NEXT HIGHER MULTIPLE OF $1,000.00. THIS AMOUNT MAY NOT EXCEED $650,000.00.

**Lincoln/Nowell 063**

THE MINIMUM AMOUNT IS $50,000.00. THE MINIMUM AMOUNT IS $50,000.00. EE AE = 47,190 MIN COVERAGE TO 50,0000 /// REDUCTIONS: NA DUE TO AGE /// BENEFICIARY: NO BENE ON FILE. - SHANTA NOWELL 100% MOTHER UNDER PBA

**03/30/2022 2:12 PM - LIFE Note 7**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : LBSP
Text: [03/30/2022 - JAMERLAN, LIVIA]EMAILED LBSP WITH PBA TO SHANTA

**03/30/2022 2:08 PM - LIFE Note 6**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : BIRTH CERTIFICATE
Text: [03/30/2022 - JAMERLAN, LIVIA]CONFIRMED WITH BIRTH CERTIFICATE THE THERE IS NO FATHER LISTED - ISSUE PAYMENT TO MOTHER AS THE NEXT OF KIN

**03/30/2022 2:07 PM - LIFE Note 5**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : IPCM
Text: [03/30/2022 - JAMERLAN, LIVIA]REC D CALL FROM SHAN TA SHE STATED THAT SHE HAD EMAILED OVER THE BIRTH CERTIFICATE. CLAIMS EXAMINER CONFIRMED THAT WE DID RECEIVE IT. STATED THAT CLAIMS EXAMINER CONFIRMED THAT THERE IS NO FATHER LISTED AND WE CAN MOVE FORWARD WITH HER AS THE ONLY NEXT OF KIN AND ISSUE OUT THE PAYMENT THROUGH PBA. CLAIMS EXAMINER WENT OVER PREFERENTIAL BENEFICIARY AFFIDAVIT AND THE INITIAL REVIEW OF THE CLAIM. SHE REQUESTED FOR ALL CORRESPONDENCE TO BE EMAILED TO HER. . CLAIMS EXAMINER ASKED WHAT THE CAUSE OF DEATH WAS DUE TO. SHE CONFIRMED THAT IT WAS A CAR ACCIDENT. CLAIMS EXAMINER WENT OVER THE ACCIDENTAL PORTION OF THE CLAIM AND THE DOCUMENTS THAT WE WOULD NEED. STATED I WOULD BE SENDING HER TWO EMAIL ==== LBSP SHANTA NOWELL SPNOWELL28@GMAIL.COM

**03/30/2022 11:50 AM - LIFE Note 4**
Claim/Event/Leave: 12649472
NoteSubject : Phone Call
Other Subject : IPCM
Text: [03/30/2022 - JAMERLAN, LIVIA]REC D CALL FROM SHANTA                WENT OVER INITIAL REVIEW OF THE CLAIM. STATED THAT THERE WAS NO BENEFICIARY ON FILE. SHE STATED THAT SHE WAS NOT IN THE PROCESS OF OPENING UP IN A STATE. CLAIMS EXAMINER WENT OVER PREFERENTIAL BENEFICIARY AFFIDAVIT. SHE STATED THAT SHE WAS THE ONLY SURVIVING NEXT OF KIN. CLAIMS EXAMINER OVER REQUESTED THE INFORMATION FOR THE FATHER OF RODNEY GOODMAN. SHE STATED THAT HE HAS NEVER BEEN IN HIS LIFE AND THAT HE IS NOT ON THE BIRTH CERTIFICATE NOR DID HE SIGN THE BIRTH CERTIFICATE. CLAIMS EXAMINER REQUESTED FOR HER TO SUBMIT A COPY OF THE BIRTH CERTIFICATE TO US FOR REVIEW AS WE DO NEED TO CONFIRM THAT THERE IS NO OTHER NEXT OF KIN BESIDES HER PERIOD PROVIDED HER WITH OUR EMAIL ADDRESS

**03/30/2022 11:34 AM - CLAIM Note 1**
Claim/Event/Leave: 12649472
NoteSubject : Telephonic Intake
Other Subject : INTAKE
Text: [03/30/2022 - SMITH, DWAYNE]TRANSFERRED TO CM/LS

**03/30/2022 11:16 AM - LIFE Note 3**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : AOI ADJUDICATION
Text: [03/30/2022 - JAMERLAN, LIVIA]/// TYPE: EMPLOYEE BASIC COVERAGE /// PROD EFF. 1/1/2015 /// EAP: YES /// SITUS STATE: TEXAS /// DOH: 2/9/2021 /// LDW:3/21/2022 /// DOD: NOT PROVIDED /// ELIGIBILITY MET /// CLASS 6: ALL ELIGIBLE GENERAL MANAGERS, ASSISTANT GENERAL MANAGERS, MANAGERS IN TRAINING, EQUIPMENT TECHNICIANS, DIVISION REGIONAL MANAGERS, DIVISION COORDINATORS, CORPORATE SUPPORT MANAGERS, CORPORATE SUPPORT STAFF, ADMINISTRATORS, MAINTENANCE SERVICES STAFF, AND SPECIAL OPERATIONS LEADERS ///NON CONTRIB /// AOI: APPLICABLE TO CLASS 6: AN AMOUNT EQUAL TO 1 TIMES ANNUAL EARNINGS. IF NOT A MULTIPLE OF $1,000.00, THIS AMOUNT WILL BE ROUNDED TO THE NEXT HIGHER MULTIPLE OF $1,000.00. THIS AMOUNT MAY NOT EXCEED$650,000.00. THE MINIMUM AMOUNT IS $50,000.00. EE AE = 47,190 MIN COVERAGE TO 50,0000 /// REDUCTIONS: NA DUE TO AGE /// EOI: NA NON CONTRIB COVERAGE /// BENEFICIARY: NO BENE ON FILE.

**03/29/2022 7:07 AM - LIFE Note 2**
Claim/Event/Leave: 12649472
NoteSubject : Other
Other Subject : 7 DAY F/U
Text: [03/29/2022 - CONSTANTINO, ASHLEY]LBSP SENT?

**03/29/2022 7:07 AM - LIFE Note 1**
Claim/Event/Leave: 12649472
NoteSubject : Initial Entry
Other Subject :
Text: [03/29/2022 - CONSTANTINO, ASHLEY]RTMUS CHECKED- NO HITS

**Life Claim Event Detail**

| Find | Clear | Save | New | Delete | Last Modified | Print | Help | Reopen | Amend Event |
|------|-------|------|-----|--------|---------------|-------|------|--------|-------------|

Add Vendor Pmt    Beneficiary Benefit    Beneficiary Payment    Check    Clm Evt Pmt Summary    Correspond    Notes    Refund    Tasks    Vendor Pmt

### Employee

| | |
|---|---|
| First Name | RODNEY |  MI | |
| Last Name | GOODMAN |
| SSN | | DOB | |

### Customer

| | |
|---|---|
| Name | WHATABURGER RESTAURANTS LLC. | ID | 09 - 462780 |
| Sub Name | | Sub Code | 0000 |
| Loc Name | WHATABRANDS, LLC | Loc Code | 00000000 |

### Life Claim

| | | | | | |
|---|---|---|---|---|---|
| Life Claim Number | 12649472 | Last Name | GOODMAN | First Name | RODNEY |  EE Relationship | Employee | DOB | |

---

| Event Information | AD&D Riders / Dismemberment |
|---|---|

Event Number 1    Class Code 5    Life Claim Sub 0000    Life Claim Loc 00000000    Submission PRTE

#### Event Information

| | | | | | |
|---|---|---|---|---|---|
| Event Type | | Date of Disability | | Date Event Input | 03/28/2022 | Date Claim Received | 03/28/2022 |
| Event Reason | | Date of Dismemberment | | Date Event Reported | 03/28/2022 | Date Complete Information | 08/16/2022 |
| Determination Date | 05/02/2022 | Date of Accident | 03/25/2022 | Reopen Date | | Date Investigation Complete | |
| *Closed Date | 08/16/2022 | # Days Acc to Loss | | Date Last Worked | 03/21/2022 | Date Proof of Death Received | 04/28/2022 |

#### Event Status

| | | | |
|---|---|---|---|
| *Event Status | | Reopen Reason | |
| *Status Reason | | Claim Issue | |

#### Associated Event Indicators

| | | | | | |
|---|---|---|---|---|---|
| *Waiver | | *Paid Up | | *Wausau | |
| *Continuation | | *PTD | | *ADB | |

#### Death Information

| | | | |
|---|---|---|---|
| *Date of Death | 03/25/2022 | *Cause of Death | |

#### Other Information

| | |
|---|---|
| Employee Annual Earnings $ | 47190.00 |
| Census Validation | |
| *Takeover Indicator | |

#### Coverage Amounts

| | | | |
|---|---|---|---|
| Basic Life $ | 50000.00 | Basic AD&D $ | 50000.00 |
| Optional Life $ | 0.00 | Optional AD&D $ | 0.00 |

#### Case Management

| | | | |
|---|---|---|---|
| *Assign To: | JAMERLAN  LIVIA | *Need Info To Pay | | *Date Information Requested | 03/29/2022 |
| | | Date Information Received 08/16/2022 | Date Acknowledgement Letter Sent 03/30/2022 |

Case 5:23-cv-00060-JKP    Document 13-3    Filed 06/01/23    Page 7 of 202    Lincoln/Nowell 065

https://systemone-gateway.services.lfg.com/wasapps/LifeClaimEventDetailAction.htm?evt_num=1&Login_Username=FALHO2

2/8/2023

Page 2 of 2

**Lincoln/Nowell 066**



**LAW OFFICES**
—— OF ——
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 19, 2022

**SENT VIA CERTIFIED MAIL**
**& FAX   603-334-0401**

The Lincoln National Life Insurance Company
Disability & Life Claims
**Attn: Jennifer DiMaggio**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:   Deceased: Rodney Goodman**
> **Policyholder: Whatabrands LLC**
> **Policy #: SA3-890-462780-01**
> **Claim #: 12649472**

Dear Ms. DiMaggio,

In response to Lincoln's letter of October 18, 2022, this is to advise that Ms. Nowell will not be submitting additional evidence. Please resume the appeal review.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

**Lincoln/Nowell 067**

From:                  LFGNotifications@LFG.com
Sent:                  Thursday, October 20, 2022 1:21:54 PM
To:                    SUPPORT@JPRICEMCNAMARA.COM;
CC:
BCC:
Subject:               [Send Secure]Whatabrands LLC Claim No. 12649472 Rodney Goodman
Attachments:           f4x1ndjdmbgz0tqgozah_13812202.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company.
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in
the attached letter to respond if needed.

**Lincoln/Nowell 068**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, October 20, 2022 10:59:20 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Whatabrands LLC Claim No. 12649472 Rodney Goodman |
| Attachments: | nhxlemxm446a7s0ht1zr_13810514.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Nowell 075**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 20, 2022

J P. McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE 130
BATON ROUGE, LA 70809

RE:     Deceased: Rodney Goodman
        Policyholder: Whatabrands LLC
        Policy #: SA3-890-462780-01
        Claim #: 12649472

Dear J McNamara:

Please be advised we received your letter dated October 19, 2022 and we will proceed with our review of your appeal accordingly.  I anticipate an update to be provided to you shortly.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer DiMaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

1  of  1

**Lincoln/Nowell 076**

19-Oct-2022  21:30    +16033340401                                    +12252018313              p.1



**LAW OFFICES**
——— OF ———
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 19, 2022

<u>**SENT VIA CERTIFIED MAIL**</u>
<u>**& FAX  603-334-0401**</u>

The Lincoln National Life Insurance Company
Disability & Life Claims
**Attn: Jennifer DiMaggio**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:    Deceased: Rodney Goodman**
> **Policyholder: Whatabrands LLC**
> **Policy #: SA3-890-462780-01**
> **Claim #: 12649472**

Dear Ms. DiMaggio,

  In response to Lincoln's letter of October 18, 2022, this is to advise that Ms. Nowell will not be submitting additional evidence. Please resume the appeal review.

  Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

  With kind regards, I remain

Sincerely,

*[signature]*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

PAGE 1/1 * RCVD AT 10/19/2022 5:30:41 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/1 * DNIS:6033340401 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):00-32

Batch: 008122639, Audit Trail: 008122639 48, Printed by: teghe7, 10/20/2022 9:04 AM

**Lincoln/Nowell 077**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, October 18, 2022 2:02:12 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Whatabrands LLC Claim No. 12649472 Rodney Goodman |
| Attachments: | 70ey0uyhc9e3ysijcfbz_13792997.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Nowell 078**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 18, 2022

J P. McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE 130
BATON ROUGE, LA 70809

RE:    Deceased: Rodney Goodman
       Policyholder: Whatabrands LLC
       Policy #: SA3-890-462780-01
       Claim #: 12649472

Dear J McNamara:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Death benefits under the Whataburger Restaurants LLC.'s Group Life Insurance Policy (the Policy).  We are writing regarding the above-referenced claim for Accidental Death benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim.  The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.  You may send any additional information to disabilitydocuments@lfg.com or to the fax number below.

Please find attached a copy of the physician review which is new or additional evidence in connection with your appeal.  You may review the physician review and provide a response to us, which we will consider in making our decision on your appeal.  If we do not receive your response within 21 days of the date of this letter or November 7, 2022, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.  If your response is not received by November 7, 2022 (21 days from the date of this letter), we will render a determination based on the information contained in Mr. Goodman's file.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 60 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation.

1  of  2

**Lincoln/Nowell 079**

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer DiMaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

Attachments:    12649472-MEDICAL-CP/PEER REVIEW-10.14.2022

**Lincoln/Nowell 080**

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Whataburger Restaurants LLC | Rodney Goodman | 12649472 |

| | | | |
|---|---|---|---|
| **Report Date:** | 10/14/2022 | | |
| **Referred By:** | Jennifer Dimaggio | **Claimant DOB:** | |
| **Referral Date:** | 10/06/2022 | **Job Title:** | n/a |
| **Due Date:** | 10/20/2022 | **Medical/Surgical Condition:** | AD&D claim |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LIFE |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 03/21/2022 |
| | | **DOD:** | 03/25/2022 |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

Please do not assign to Dr. Robert Millstein as the review is for an appeal and the file was previously reviewed by Dr. Millstein

Questions
Please review the death certificate, toxicology report, police report, etc.
**1. Please indicate what substances were present at the time of death. Is there any evidence the deceased had valid prescriptions for any of the substances listed? If yes, were the levels indicated in the toxicology report within therapeutic range? What are the likely side effects of a person with the levels listed on the toxicology report?**
Response:
*Ethanol:* Ethanol was found in the heart blood, vitreous and urine of the decedent. Ethanol is not a DEA Controlled Substance. Based on the decedent's vitreous ethanol concentration, his blood alcohol concentration (calculated using Pearson's correlation coefficient) at the time of death was 0.021%. Blood alcohol concentrations between 0.0 and 0.05% may be associated with mild impairment such as mild speech, memory, and attention, coordination, and balance impairments. Sleepiness may be seen at this level. Blood alcohol concentrations of 0.02% typically cause some loss of judgment, relaxation, declining visual functions (rapid tracking of a moving target) and/or decline inability to perform two tasks at the same time (divided attention).

*Methamphetamine:* Methamphetamine was found in the heart blood of the decedent. His urine was positive for both methamphetamine and its metabolite amphetamine. Methamphetamine and amphetamine are DEA Schedule II drugs. There are no prescription records available to indicate that the deceased had a legal prescription for any medications containing methamphetamine. The concentration of methamphetamine found in the blood of the deceased is consistent with therapeutic use as well as with methamphetamine abuse. Side effects of methamphetamine include but are not limited to irritability, insomnia, tremors, anxiety, paranoia, aggressiveness, hallucinations, heightened sense of well-being, feelings of increased physical strength, poor impulse control and irrational behavior. Late effects include but are not limited to fatigue, sleepiness with sudden starts, restlessness, agitation, dysphoria, and delusions. Binge use is also associated with but not limited to rapid flight of ideas, obsessive/compulsive activity, thought blending, and uncontrollable sleepiness.

**Lincoln/Nowell 081**

**2. Did any of the substances listed cause or contribute to the death?**
Response: Methamphetamine caused or contributed to the death of Mr. Goodman. Alcohol may also have caused or contributed to the death of Mr. Goodman.

*Case Summary:*
Rodney Goodman was a 30-year-old male who died on 3/25/22 The cause of death listed on the death certificate was blunt force injuries. The manner of death was deemed an accident. I am asked to perform a clinical review and analysis of the documents within the claim file and respond to the questions above.

*Records reviewed:*
- Irix Prescription Record; generated 7/7/22
- State of Texas Certificate of Death; issued 4/26/22
- Texas Peace Officer's Crash Report; crash date 3/25/22
- Office of Chief Medical Examiner. Death Investigation Report; signed 6/27/22
- Tarrant County Medical Examiner's Office, Toxicology Laboratory, Forensic Toxicology Results; signed 4/12/22

*Assessment:*
*Summary of Medical History*
For an unknown reason the decedent had stopped his vehicle facing eastbound in the westbound lanes of traffic at 100 SW. Loop 820. The decedent got out of his vehicle. He was struck by another vehicle and thrown over the Jersey barrier wall. He was pronounced dead at the scene.

*Drugs found*
*Ethanol:* Heart blood from the decedent was tested and revealed ethanol at a concentration of 0.022 g/dL. This is equivalent to a blood alcohol concentration of 0.022%. Urine was tested and revealed ethanol at a concentration of 0.041 g/dL. Vitreous was tested and revealed ethanol at a concentration of 0.036 g/dL.

Vitreous fluid is less susceptible to severe trauma or to the putrefaction process that may occur postmortem, and therefore gives a more accurate estimate of blood-alcohol concentration at the time of death when compared to blood or other fluids, including decomposition fluid. Using Pearson's correlation coefficient (vitreous alcohol divided by 1.75) - a recommendation from the forensic literature - a very conservative estimate of the decedent's blood alcohol concentration at the time of his death based on the vitreous ethanol concentration is 0.025 g%. This is equivalent to a blood alcohol concentration (BAC) at the time of death of 0.021% and is consistent with the decedent's BAC in his heart blood.

Urine is a useful specimen for analysis of ethanol because it is mainly water and the risk of microbes or yeasts invading the urinary bladder after death is low. The quantitative relationship between urine-alcohol concentration (UAC) and blood alcohol concentration (BAC) has been extensively studied. Calculating the ratio of UAC/BAC provides useful information about the status of alcohol absorption at the time of death. Finding a ratio less than or close to unity suggests incomplete absorption of alcohol in all body fluids at the time of death; this indicates fairly recent drinking. A ratio of 1.25 or more suggests that absorption and distribution of ethanol was complete at the time of death. While the concentration of ethanol in the blood and urine at autopsy are highly correlated, the blood-alcohol concentration should not be estimated indirectly from the urine alcohol concentration in any individual case. The ratio of UAC/BAC in this instance is 1.95 suggesting the

**Lincoln/Nowell 082**

absorption of alcohol was complete at the time of Mr. Goodman's death; he drank alcohol at some time prior to his death, but not immediately prior to his death.

Blood alcohol concentrations between 0.0 and 0.05% may be associated with mild impairment such as mild speech, memory, and attention, coordination, and balance impairments. Sleepiness may be seen at this level. Blood alcohol concentrations of 0.02% typically cause some loss of judgment, relaxation, declining visual functions (rapid tracking of a moving target) and/or decline inability to perform two tasks at the same time (divided attention).[i, ii, iii, iv, v]

*Methamphetamine/Amphetamine:* Heart blood from the decedent was tested and revealed methamphetamine at a concentration of 95 ng/mL. Urine was tested and was positive for methamphetamine and amphetamine.

Methamphetamine and amphetamine are DEA Schedule II drugs. There are two forms of methamphetamine: l- and d-methamphetamine. The l-isomer is used in non-prescription inhalers as a decongestant and has week CNS-stimulatory activity. The d-isomer has been used therapeutically as an anorexigenic agent in the treatment of obesity and has potent CNS, cardiac and circulatory stimulatory activity.  Prescription d-methamphetamine, as found in Desoxyn, is indicated for the medical treatment of attention deficit disorder and attention deficit hyperactivity disorder as well as exogenous obesity. Desoxyn is prescribed in doses of 2.5-10 mg/day, with dosing not to exceed 60 mg/day. A small portion of methamphetamine is metabolized amphetamine, typically 2% to 7%. Amphetamine is a metabolite of methamphetamine.  Amphetamine was not found in the blood of the decedent, but the decedent's urine was positive for amphetamine, and it was likely there as a metabolite of methamphetamine.  Amphetamine can be metabolized to methamphetamine but when this happens, the amphetamine is typically 200 times higher than the methamphetamine level. Non-prescription over-the-counter medications may contain l-methamphetamine e.g., Vicks Vapolnhaler and similar generics; however, they deliver low doses of the compound. They are not DEA Controlled Substances. When over-the-counter products are used as directed, blood levels of methamphetamine are usually below the level of quantification. There is postmortem redistribution of methamphetamine similar to that seen with amphetamine. Postmortem blood concentrations are about 1.51 times greater than antemortem concentrations. Assuming the deceased's postmortem blood level of methamphetamine was 1.51 times higher than her antemortem level – as determined in studies by McIntyre, et al - the decedent's antemortem blood level was likely closer to 63 ng/mL (0.063 mg/L). Therapeutic concentrations of methamphetamine are typically 0.02 – 0.05 mg/L although up to 0.2 mg/L has been documented. Blood concentrations of methamphetamine greater than this represent abuse. The major use is illicit. Methamphetamine is a highly addictive central nervous stimulant that can be injected, snorted, smoked or ingested orally. Illegal or street methamphetamine (crystal meth, ice, chalk, crank, rock candy) is currently very pure with common abused doses from 100-5000 ng/day. Concentrations typically seen with recreational abuse of methamphetamine are 0.01 to 2.5 mg/L. Following oral administration, peak methamphetamine concentrations are seen in 2.6-3.6 hours with a mean elimination half-life of 10.1 hours.  Peak blood methamphetamine concentrations occur shortly after injection, a few minutes after smoking and around three hours after oral dosing. Peak plasma amphetamine concentrations occur around 10 hours after methamphetamine use. The concentration of methamphetamine found in the blood of the deceased is consistent with therapeutic use and with methamphetamine abuse. There are no prescription records available to indicate that the deceased had a legal prescription for any medications containing methamphetamine. Side effects of methamphetamine include but are not limited to irritability, insomnia, tremors, anxiety, paranoia, aggressiveness, hallucinations, heightened sense of well-being, feelings of increased physical strength, poor impulse control and irrational behavior. Late effects include but are not limited to fatigue, sleepiness with sudden starts, restlessness, agitation, dysphoria, and delusions. Binge use is also associated with but not limited to

**Lincoln/Nowell 083**

rapid flight of ideas, obsessive/compulsive activity, thought blending, and uncontrollable sleepiness. High doses of methamphetamine can also elicit restlessness, confusion, hallucinations, circulatory collapse and convulsions. Chronic methamphetamine users can exhibit violent behavior, anxiety, confusion, and psychotic features including paranoia, aggression, visual and auditory hallucinations, mood disturbances and delusions. Such paranoia can result in homicidal or suicidal thoughts. [vi, vii, viii, ix, x, xi]

### Historical:
#### Medical Records
The decedent's medical records were not reviewed for this report.

#### Pharmacy Records
Irix Report:
- Azithromycin 250 mg; filled 2/15/19 - #6, 5 day supply

#### Incident Report
The Crash Report states that the crash occurred on 3/25/22 at 0509 hrs. The decedent was the driver of Unit 2. For an unknown reason Unit 2 stopped facing eastbound in the westbound lanes of traffic at 100 SW. Loop 820. The decedent got out of his vehicle. Unit 1 was traveling westbound at 100 SW. Loop 820 and did not see Unit 2 in the roadway. Unit 1 struck Unit 2. The decedent was struck by the vehicles and thrown over the Jersey barrier wall. At the same time Unit 4 was towing Unit 5 westbound at 100 SW. Loop 820 behind Unit 1. Unit 4 struck Unit 1. The decedent was pronounced deceased on the scene. Additional narrative states that Unit 1 was traveling westbound at 100 SW. Loop 820. Unit 2 was previously involved in an accident (220022446) and was disabled in the lane of traffic. Unit 1 struck Unit 2.

#### Autopsy
The Death Investigation Report is from the Office of Chief Medical Examiner, Tarrant County Medical Examiner's District, Tarrant, Texas. The report was signed by Kendall Von Crowns, MD, Chief Medical Examiner on 6/27/22. Dr. Crowns perform the postmortem examination on 3/26/22. There was an external examination and x-rays. Numerous blunt force injuries were noted on external examination; the reader is referred to the report for the complete list. Postmortem imaging revealed the findings noted in Dr. Crowns' Summary and Opinion below.

- Cause of Death: Blunt Force Injuries
- Significant Contributing Conditions: None
- Manner of Death: Accident

Summary and Opinion: "According to the investigative report, this 30-year-old male was reportedly involved in a chain reaction accident with five vehicles. The decedent reportedly exited his stranded vehicle on the interstate highway and was struck by one or more vehicles. At external examination, the decedent exhibits multiple abrasions, lacerations, and bruises about his body. Postmortem x-rays revealed fractures of the skull, air and the cranial vault, separation of the cervical spine, fracture of the right ulna (forearm), multiple pelvic fractures and near amputation of the right foot. The postmortem toxicological analysis revealed ethanol (alcohol), methamphetamine and amphetamine."

#### Toxicology
The Forensic Toxicology Results are from the Tarrant County Medical Examiner's Office, Toxicology Laboratory. The report was signed on 4/12/22 by Robert Johnson, PhD, F-ABFT.

**Lincoln/Nowell 084**

Bodily fluids from the decedent were tested with the following positive results:
Heart Blood
- Ethanol: 0.022 g/dL
- Methamphetamine: 95 ng/mL

Urine
- Ethanol: 0.041 g/dL
- Methamphetamine: Positive
- Amphetamine: Positive

Vitreous Humor
- Ethanol: 0.036 g/dL

### Death Certificate:

The State of Texas Certificate of Death for Rodney Wendell Goodman was filed with the Registrar on 4/25/22 and issued on 4/26/22 The date of injury is listed as 3/25/22; the time of injury is listed as 5:09 AM. The place of injury is listed as public roadway, 200 block Interstate 20 WB, Fort Worth, Texas. The date of death is listed as 3/25/22; the time of death is listed as 05:36 a.m. The place of death is the same as the place of injury. An autopsy was performed and was available to complete the cause of death. The cause of death is listed as: blunt force injuries. The interval between onset and death was minutes. How injury occurred: pedestrian struck by motor vehicle (s). The manner of death is listed as accident. The Death Certificate was certified by Kendall V. Crowns on 3/31/22.

**Electronically Signed**
**Peggy Gelmer, MD, FACOEM**
**Board Certified Internal Medicine and Preventive Medicine (Occupational Medicine)**

*This report was written with the use of voice recognition software. It may contain inadvertent spelling errors, which were not detected during editing. Please do not hesitate to contact me if there any questions or concerns.*

### References:

[i] Centers for Disease Control and Prevention; Alcohol and Public Health; https://www.cdc.gov/alcohol/index.htm
[ii] Centers for Disease Control and Prevention; Impaired Driving: Get the Facts;
http://www.cdc.gov/motorvehiclesafety/impaired_driving/impaired-drv_factsheet.html
[iii] National Institutes of Health, Medline Plus; As Blood Alcohol Content (BAC) Increases, So Does Impairment;
https://www.nlm.nih.gov/medlineplus/magazine/issues/spring14/articles/spring14pg23.html
[iv] US Department of Transportation, National Highway Traffic Safety Administration; Drunk Driving;
https://www.nhtsa.gov/risky-driving/drunk-driving
[v] Kugelberg, Fetal; Interpreting results of ethanol analysis in postmortem specimens: A review of the literature; Forensic Science International 165 (2007) 10-29
[vi] Swotinsky, Retal; The Medical Review Officer's Manual; OEM Press 2021
[vii] National Highway Traffic Safety Administration; Drugs and Human Performance Fact Sheets; Methamphetamine (And Amphetamine); April 2004
[viii] Mendelson, Jet al; The Clinical Pharmacology of Intranasal l-Methamphetamine; BMC Clinical Pharmacology 2008
[ix] FDA Prescribing Information; Desoxyn; http://www.drugs.com/pro/desoxyn.html
[x] Logan, B; Methamphetamine and driving impairment; Journal of Forensic Science 1996 May
[xi] Department of Justice/Drug Enforcement Administration; Drug Fact Sheet; Methamphetamine;
https://www.dea.gov/sites/default/files/2020-06/Methamphetamine-2020_0.pdf

**Lincoln/Nowell 085**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Whataburger Restaurants LLC | Rodney Goodman | 12649472 |

| | | | |
|---|---|---|---|
| **Report Date:** | 10/14/2022 | | |
| **Referred By:** | Jennifer Dimaggio | **Claimant DOB:** | |
| **Referral Date:** | 10/06/2022 | **Job Title:** | n/a |
| **Due Date:** | 10/20/2022 | **Medical/ Surgical Condition:** | AD&D claim |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LIFE |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 03/21/2022 |
| | | **DOD:** | 03/25/2022 |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

Please do not assign to Dr. Robert Millstein as the review is for an appeal and the file was previously reviewed by Dr. Millstein

**Questions**
**Please review the death certificate, toxicology report, police report, etc.**
**1. Please indicate what substances were present at the time of death. Is there any evidence the deceased had valid prescriptions for any of the substances listed? If yes, were the levels indicated in the toxicology report within therapeutic range? What are the likely side effects of a person with the levels listed on the toxicology report?**
Response:
*Ethanol:* Ethanol was found in the heart blood, vitreous and urine of the decedent. Ethanol is not a DEA Controlled Substance. Based on the decedent's vitreous ethanol concentration, his blood alcohol concentration (calculated using Pearson's correlation coefficient) at the time of death was 0.021%. Blood alcohol concentrations between 0.0 and 0.05% may be associated with mild impairment such as mild speech, memory, and attention, coordination, and balance impairments. Sleepiness may be seen at this level. Blood alcohol concentrations of 0.02% typically cause some loss of judgment, relaxation, declining visual functions (rapid tracking of a moving target) and/or decline inability to perform two tasks at the same time (divided attention).

*Methamphetamine:* Methamphetamine was found in the heart blood of the decedent. His urine was positive for both methamphetamine and its metabolite amphetamine. Methamphetamine and amphetamine are DEA Schedule II drugs. There are no prescription records available to indicate that the deceased had a legal prescription for any medications containing methamphetamine. The concentration of methamphetamine found in the blood of the deceased is consistent with therapeutic use as well as with methamphetamine abuse. Side effects of methamphetamine include but are not limited to irritability, insomnia, tremors, anxiety, paranoia, aggressiveness, hallucinations, heightened sense of well-being, feelings of increased physical strength, poor impulse control and irrational behavior. Late effects include but are not limited to fatigue, sleepiness with sudden starts, restlessness, agitation, dysphoria, and delusions. Binge use is also associated with but not limited to rapid flight of ideas, obsessive/compulsive activity, thought blending, and uncontrollable sleepiness.

**Lincoln/Nowell 086**

**2. Did any of the substances listed cause or contribute to the death?**
Response: Methamphetamine caused or contributed to the death of Mr. Goodman. Alcohol may also have caused or contributed to the death of Mr. Goodman.

---

*Case Summary:*
Rodney Goodman was a 30-year-old male who died on 3/25/22 The cause of death listed on the death certificate was blunt force injuries. The manner of death was deemed an accident. I am asked to perform a clinical review and analysis of the documents within the claim file and respond to the questions above.

*Records reviewed:*
- Irix Prescription Record; generated 7/7/22
- State of Texas Certificate of Death; issued 4/26/22
- Texas Peace Officer's Crash Report; crash date 3/25/22
- Office of Chief Medical Examiner, Death Investigation Report; signed 6/27/22
- Tarrant County Medical Examiner's Office, Toxicology Laboratory, Forensic Toxicology Results; signed 4/12/22

*Assessment:*
*Summary of Medical History*
For an unknown reason the decedent had stopped his vehicle facing eastbound in the westbound lanes of traffic at 100 SW. Loop 820. The decedent got out of his vehicle. He was struck by another vehicle and thrown over the Jersey barrier wall. He was pronounced dead at the scene.

*Drugs found*
*Ethanol:* Heart blood from the decedent was tested and revealed ethanol at a concentration of 0.022 g/dL. This is equivalent to a blood alcohol concentration of 0.022%. Urine was tested and revealed ethanol at a concentration of 0.041 g/dL. Vitreous was tested and revealed ethanol at a concentration of 0.036 g/dL.

Vitreous fluid is less susceptible to severe trauma or to the putrefaction process that may occur postmortem, and therefore gives a more accurate estimate of blood-alcohol concentration at the time of death when compared to blood or other fluids, including decomposition fluid. Using Pearson's correlation coefficient (vitreous alcohol divided by 1.75) - a recommendation from the forensic literature - a very conservative estimate of the decedent's blood alcohol concentration at the time of his death based on the vitreous ethanol concentration is 0.025 g%. This is equivalent to a blood alcohol concentration (BAC) at the time of death of 0.021% and is consistent with the decedent's BAC in his heart blood.

Urine is a useful specimen for analysis of ethanol because it is mainly water and the risk of microbes or yeasts invading the urinary bladder after death is low. The quantitative relationship between urine-alcohol concentration (UAC) and blood alcohol concentration (BAC) has been extensively studied. Calculating the ratio of UAC/BAC provides useful information about the status of alcohol absorption at the time of death. Finding a ratio less than or close to unity suggests incomplete absorption of alcohol in all body fluids at the time of death; this indicates fairly recent drinking. A ratio of 1.25 or more suggests that absorption and distribution of ethanol was complete at the time of death. While the concentration of ethanol in the blood and urine at autopsy are highly correlated, the blood-alcohol concentration should not be estimated indirectly from the urine alcohol concentration in any individual case. The ratio of UAC/BAC in this instance is 1.95 suggesting the

**Lincoln/Nowell 087**

absorption of alcohol was complete at the time of Mr. Goodman's death; he drank alcohol at some time prior to his death, but not immediately prior to his death.

Blood alcohol concentrations between 0.0 and 0.05% may be associated with mild impairment such as mild speech, memory, and attention, coordination, and balance impairments. Sleepiness may be seen at this level. Blood alcohol concentrations of 0.02% typically cause some loss of judgment, relaxation, declining visual functions (rapid tracking of a moving target) and/or decline inability to perform two tasks at the same time (divided attention).[i, ii, iii, iv, v]

*Methamphetamine/Amphetamine:* Heart blood from the decedent was tested and revealed methamphetamine at a concentration of 95 ng/mL. Urine was tested and was positive for methamphetamine and amphetamine.

Methamphetamine and amphetamine are DEA Schedule II drugs. There are two forms of methamphetamine: l- and d-methamphetamine. The l-isomer is used in non-prescription inhalers as a decongestant and has week CNS-stimulatory activity. The d-isomer has been used therapeutically as an anorexigenic agent in the treatment of obesity and has potent CNS, cardiac and circulatory stimulatory activity.  Prescription d-methamphetamine, as found in Desoxyn, is indicated for the medical treatment of attention deficit disorder and attention deficit hyperactivity disorder as well as exogenous obesity. Desoxyn is prescribed in doses of 2.5-10 mg/day, with dosing not to exceed 60 mg/day. A small portion of methamphetamine is metabolized amphetamine, typically 2% to 7%. Amphetamine is a metabolite of methamphetamine.  Amphetamine was not found in the blood of the decedent, but the decedent's urine was positive for amphetamine, and it was likely there as a metabolite of methamphetamine.  Amphetamine can be metabolized to methamphetamine but when this happens, the amphetamine is typically 200 times higher than the methamphetamine level. Non-prescription over-the-counter medications may contain l-methamphetamine e.g., Vicks VapoInhaler and similar generics; however, they deliver low doses of the compound. They are not DEA Controlled Substances. When over-the-counter products are used as directed, blood levels of methamphetamine are usually below the level of quantification. There is postmortem redistribution of methamphetamine similar to that seen with amphetamine. Postmortem blood concentrations are about 1.51 times greater than antemortem concentrations. Assuming the deceased's postmortem blood level of methamphetamine was 1.51 times higher than her antemortem level – as determined in studies by McIntyre, et al - the decedent's antemortem blood level was likely closer to 63 ng/mL (0.063 mg/L). Therapeutic concentrations of methamphetamine are typically 0.02 – 0.05 mg/L although up to 0.2 mg/L has been documented. Blood concentrations of methamphetamine greater than this represent abuse. The major use is illicit. Methamphetamine is a highly addictive central nervous stimulant that can be injected, snorted, smoked or ingested orally. Illegal or street methamphetamine (crystal meth, ice, chalk, crank, rock candy) is currently very pure with common abused doses from 100-5000 ng/day. Concentrations typically seen with recreational abuse of methamphetamine are 0.01 to 2.5 mg/L. Following oral administration, peak methamphetamine concentrations are seen in 2.6-3.6 hours with a mean elimination half-life of 10.1 hours.  Peak blood methamphetamine concentrations occur shortly after injection, a few minutes after smoking and around three hours after oral dosing. Peak plasma amphetamine concentrations occur around 10 hours after methamphetamine use. The concentration of methamphetamine found in the blood of the deceased is consistent with therapeutic use and with methamphetamine abuse. There are no prescription records available to indicate that the deceased had a legal prescription for any medications containing methamphetamine. Side effects of methamphetamine include but are not limited to irritability, insomnia, tremors, anxiety, paranoia, aggressiveness, hallucinations, heightened sense of well-being, feelings of increased physical strength, poor impulse control and irrational behavior. Late effects include but are not limited to fatigue, sleepiness with sudden starts, restlessness, agitation, dysphoria, and delusions. Binge use is also associated with but not limited to

**Lincoln/Nowell 088**

rapid flight of ideas, obsessive/compulsive activity, thought blending, and uncontrollable sleepiness. High doses of methamphetamine can also elicit restlessness, confusion, hallucinations, circulatory collapse and convulsions. Chronic methamphetamine users can exhibit violent behavior, anxiety, confusion, and psychotic features including paranoia, aggression, visual and auditory hallucinations, mood disturbances and delusions. Such paranoia can result in homicidal or suicidal thoughts. [vi, vii, viii, ix, x, xi]

***Historical:***

*Medical Records*
The decedent's medical records were not reviewed for this report.

*Pharmacy Records*
Irix Report:
- Azithromycin 250 mg; filled 2/15/19 - #6, 5 day supply

*Incident Report*
The Crash Report states that the crash occurred on 3/25/22 at 0509 hrs. The decedent was the driver of Unit 2. For an unknown reason Unit 2 stopped facing eastbound in the westbound lanes of traffic at 100 SW. Loop 820. The decedent got out of his vehicle. Unit 1 was traveling westbound at 100 SW. Loop 820 and did not see Unit 2 in the roadway. Unit 1 struck Unit 2. The decedent was struck by the vehicles and thrown over the Jersey barrier wall. At the same time Unit 4 was towing Unit 5 westbound at 100 SW. Loop 820 behind Unit 1. Unit 4 struck Unit 1. The decedent was pronounced deceased on the scene. Additional narrative states that Unit 1 was traveling westbound at 100 SW. Loop 820. Unit 2 was previously involved in an accident (220022446) and was disabled in the lane of traffic. Unit 1 struck Unit 2.

*Autopsy*
The Death Investigation Report is from the Office of Chief Medical Examiner, Tarrant County Medical Examiner's District, Tarrant, Texas. The report was signed by Kendall Von Crowns, MD, Chief Medical Examiner on 6/27/22. Dr. Crowns perform the postmortem examination on 3/26/22. There was an external examination and x-rays. Numerous blunt force injuries were noted on external examination; the reader is referred to the report for the complete list. Postmortem imaging revealed the findings noted in Dr. Crowns' Summary and Opinion below.

- Cause of Death: Blunt Force Injuries
- Significant Contributing Conditions: None
- Manner of Death: Accident

Summary and Opinion: "According to the investigative report, this 30-year-old male was reportedly involved in a chain reaction accident with five vehicles. The decedent reportedly exited his stranded vehicle on the interstate highway and was struck by one or more vehicles. At external examination, the decedent exhibits multiple abrasions, lacerations, and bruises about his body. Postmortem x-rays revealed fractures of the skull, air and the cranial vault, separation of the cervical spine, fracture of the right ulna (forearm), multiple pelvic fractures and near amputation of the right foot. The postmortem toxicological analysis revealed ethanol (alcohol), methamphetamine and amphetamine."

*Toxicology*
The Forensic Toxicology Results are from the Tarrant County Medical Examiner's Office, Toxicology Laboratory. The report was signed on 4/12/22 by Robert Johnson, PhD, F-ABFT.

Bodily fluids from the decedent were tested with the following positive results:
Heart Blood
- Ethanol: 0.022 g/dL
- Methamphetamine: 95 ng/mL

Urine
- Ethanol: 0.041 g/dL
- Methamphetamine: Positive
- Amphetamine: Positive

Vitreous Humor
- Ethanol: 0.036 g/dL

### *Death Certificate:*

The State of Texas Certificate of Death for Rodney Wendell Goodman was filed with the Registrar on 4/25/22 and issued on 4/26/22 The date of injury is listed as 3/25/22; the time of injury is listed as 5:09 AM. The place of injury is listed as public roadway, 200 block Interstate 20 WB, Fort Worth, Texas. The date of death is listed as 3/25/22; the time of death is listed as 05:36 a.m. The place of death is the same as the place of injury. An autopsy was performed and was available to complete the cause of death. The cause of death is listed as: blunt force injuries. The interval between onset and death was minutes. How injury occurred: pedestrian struck by motor vehicle (s). The manner of death is listed as accident. The Death Certificate was certified by Kendall V. Crowns on 3/31/22.

**Electronically Signed**
**Peggy Geimer, MD, FACOEM**
**Board Certified Internal Medicine and Preventive Medicine (Occupational Medicine)**

*This report was written with the use of voice recognition software. It may contain inadvertent spelling errors, which were not detected during editing. Please do not hesitate to contact me if there any questions or concerns.*

### *References:*

[i] Centers for Disease Control and Prevention; Alcohol and Public Health; https://www.cdc.gov/alcohol/index.htm
[ii] Centers for Disease Control and Prevention; Impaired Driving: Get the Facts;
http://www.cdc.gov/motorvehiclesafety/impaired_driving/impaired-drv_factsheet.html
[iii] National Institutes of Health, Medline Plus; As Blood Alcohol Content (BAC) Increases, So Does Impairment;
https://www.nlm.nih.gov/medlineplus/magazine/issues/spring14/articles/spring14pg23.html
[iv] US Department of Transportation, National Highway Traffic Safety Administration; Drunk Driving;
https://www.nhtsa.gov/risky-driving/drunk-driving
[v] Kugelberg, F etal; Interpreting results of ethanol analysis in postmortem specimens: A review of the literature; Forensic Science International 165 (2007) 10-29
[vi] Swotinsky, R etal; The Medical Review Officer's Manual; OEM Press 2021
[vii] National Highway Traffic Safety Administration; Drugs and Human Performance Fact Sheets; Methamphetamine (And Amphetamine); April 2004
[viii] Mendelson, J et al; The Clinical Pharmacology of Intranasal l-Methamphetamine; BMC Clinical Pharmacology 2008
[ix] FDA Prescribing Information; Desoxyn; http://www.drugs.com/pro/desoxyn.html
[x] Logan, B; Methamphetamine and driving impairment; Journal of Forensic Science 1996 May
[xi] Department of Justice/Drug Enforcement Administration; Drug Fact Sheet; Methamphetamine;
https://www.dea.gov/sites/default/files/2020-06/Methamphetamine-2020_0.pdf

**Lincoln/Nowell 090**



**LAW OFFICES**
—— OF ——
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

September 30, 2022

**SENT VIA CERTIFIED MAIL**
**& FAX  603-334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Livia Jamerian**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:  **Deceased: Rodney Goodman**
> **Policyholder: Whatabrands LLC**
> **Policy #: SA3-890-462780-01**
> **Claim #: 12649472**

Dear Ms. Jamerian,

**I represent Shanta Nowell in connection with a denial of accidental death and/or life insurance benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

### REQUEST FOR EXTENSION OF TIME

We are in receipt of your August 17, 2022, letter and we hereby request an extension of the October 16, 2022 deadline to allow time for receipt and evaluation of Ms. Nowell's claim file.

We are investigating and may provide additional information to be considered as part of the administrative appeal. We ask that no final decision be made until we notify you in writing that our submission is complete even if my client has previously submitted an appeal prior to this letter.

### REQUEST FOR COPY OF ADMINISTRATIVE RECORD
### & ALL RELEVANT PLAN DOCUMENTS

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1.  All governing plan documents, including, but not limited to, the summary plan description, the plan itself, **and any and all policies of insurance covering the plan**.

2.  All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making**

**Lincoln/Nowell 091**

the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."

3.   The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4.   Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5.   A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 2B, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

### INSTRUCTIONS FOR ALL BENEFIT PAYMENTS

Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.

Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.

\*\*Please confirm your receipt of this letter and Lincoln's consent to the extension requested herein by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej
Enclosure

**Lincoln/Nowell 092**

**U.S. Department of Labor**    Employee Benefits Security Administration
Washington, D.C. 20210



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

**Lincoln/Nowell 093**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was … generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

2

**Lincoln/Nowell 094**

We hope this information is of assistance to you.

Sincerely,

Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

3

**Lincoln/Nowell 095**

# ₣ FILEVINE

## Fax Confirmation

**To:**   (603) 334-0401                                      **From:**   (225) 201-8313

**Doc:**   Fax_Nowell - Ltr to Lincoln Req ADD CF & Ext - 09-30-22_2022-09-30-1135-PDT.pdf                **Pages:**   5

**Sent:**   September 30, 2022 11:35 AM PDT                **Rec'd:**   September 30, 2022 11:37 AM PDT

**Lincoln/Nowell 096**



**LAW OFFICES**
—— OF ——
**J. PRICE MCNAMARA**

**J. PRICE McNAMARA**
**10455 Jefferson Highway, Ste. 130**
**Baton Rouge, LA 70809**
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
**www.jpricemcnamara.com**

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 4, 2022

**SENT VIA CERTIFIED MAIL**
**& FAX  603-334-0401**

The Lincoln National Life Insurance Company
Disability & Life Claims
**Attn: Livia Jamerlan**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:    Deceased: Rodney Goodman**
> **Policyholder: Whatabrands LLC**
> **Policy #: SA3-890-462780-01**
> **Claim #: 12649472**

### ADMINISTRATIVE APPEAL

Dear Ms. Jamerlan,

**I represent Shanta Nowell in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

My client, Shanta Nowell, hereby administratively appeals Lincoln's August 17, 2022, denial of Accidental Death and Dismemberment (AD&D) benefits for the above noted claim. The administrative record, as a whole, does not support Lincoln's conclusion that alcohol or drugs contributed to the death in question.

In connection with her appeal for accidental death and dismemberment benefits, Shanta Nowell provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

1.  Birth Certificate of Rodney Goodman (03/30/22) (001).
2.  Death Certificate of Rodney Goodman (04/26/22) (002).
3.  Texas Peace Officer's Crash Reports (03/25/22) (003).
4.  Tarrant County Medical Examiner's Office Death Investigation Report (06/27/22) (013).
5.  Tarrant County Medical Examiner's Office Forensic Toxicology Results (04/12/22) (023).
6.  Lincoln Authorization to Obtain and Release Information Signed by Shanta Nowell (07/05/22) (024).
7.  Shanta Nowell's Request for Copy of Examination Report (04/26/22) (025).

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

**Lincoln/Nowell 097**

## COURT REVIEW

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

## PAYMENT INSTRUCTIONS

Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.

Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej

2

**Lincoln/Nowell 098**

STATE OF NORTH CAROLINA
NEW HANOVER COUNTY
REGISTER OF DEEDS
TAMMY THEUSCH PIVER

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION

**CERTIFICATE OF LIVE BIRTH**

0303

Registration District No. 065-90 Local No. _____

BIRTH NO — 132

**CHILD**

CHILD'S NAME (First, Middle, Last)
1. Rodney Wendell Goodman

DATE OF BIRTH (Month, Day, Year)
2.

TIME OF BIRTH
12:26 P

SEX
4. Male

CITY, TOWN, OR LOCATION OF BIRTH
5. Wilmington

COUNTY OF BIRTH
6. New Hanover

PLACE OF BIRTH: ☒ Hospital ☐ Freestanding Birth Center ☐ Clinic/Doctor's Office ☐ Residence 7. ☐ Other (Specify)

FACILITY NAME (If not institution, give street and number)
6. New Hanover Regional Medical Center

**PARENTS**

FATHER'S NAME (First, Middle, Last)
8.

DATE OF BIRTH (Month, Day, Year)
10.

BIRTHPLACE (State or foreign country)
11.

MOTHER'S NAME (First, Middle, Last)
13a. Shanta Patrice Nowell

MAIDEN NAME
13b. Nowell

DATE OF BIRTH (Month, Day, Year)
13.

BIRTHPLACE (State or foreign country)
14. North Carolina

USUAL RESIDENCE (STATE)
15a. North Carolina

COUNTY
15b. New Hanover

CITY, TOWN OR LOCATION
15c. Wilmington

STREET AND NUMBER
15d.

INSIDE CITY LIMITS (Yes or No)
15e. Yes

MOTHER'S MAILING ADDRESS (If same as residence, enter same.)
16a. Same

Zip Code
16b. 28401

MOTHER'S SIGNATURE I certify that I have inspected this certificate
17a.

RELATION TO CHILD IF MOTHER CANNOT SIGN
17b.

SOCIAL SECURITY NUMBER REQUESTED
17c. YES ☒  NO ☐

**CERTIFIER**

I certify that this child was born alive at the place and time and on the date stated. Signature
18a.

DATE SIGNED (Month, Day, Year)
18b. 7/3/12

ATTENDANT'S NAME AND TITLE (If other than certifier) (Type/Print)
18. ☐ MD ☐ DO ☐ CNM ☐ Other Midwife ☐ Other (Specify)

CERTIFIER'S NAME & TITLE (Type/Print)
☒ MD ☐ DO ☐ Hospital Administrator ☐ CNM ☐ Other Midwife 20. ☐ Other (Specify)
David Adcock, III MD.

ATTENDANT'S MAILING ADDRESS (Street & Number or Rural Route & Number, City, Town, Zip Code)
21. New Hanover Reg. Med. Cent. Wilmington

DATE REC'D BY LOCAL REG
22a.

SIGNATURE OF REGISTRAR
22b.

DATE NAME ADDED
23.

DATE AMENDED
24.

**RACE**

COLOR OR RACE OF FATHER (Specify White, Black, American Indian, etc.)
24a.

COLOR OR RACE OF MOTHER (Specify White, Black, American Indian, etc.)
25b. Black

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, NEW HANOVER COUNTY, N.C. IN BOOK 218 PAGE 303. WITNESS MY HAND AND SEAL THIS 30th OF MARCH, 2022.

TAMMY THEUSCH PIVER, REGISTER OF DEEDS

BY: _____

ASSISTANT/DEPUTY REGISTER OF DEEDS

Shanta Nowell - Appeal 10/04/22 - 001

**Lincoln/Nowell 099**

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### TARRANT COUNTY

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

Apr 23 2022

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-22-077719

1. LEGAL NAME OF DECEASED: RODNEY WENDELL GOODMAN
3. SEX: MALE
4. DATE OF DEATH: 
6. AGE-Last Birthday: 30
2. DATE OF DEATH: ACTUAL OR PRESUMED
5. BIRTHPLACE: WILMINGTON, NC

7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Never Married
10a. RESIDENCE STREET ADDRESS: 0100 BIANCA CIR
10b. APT. NO: 166
10c. CITY OR TOWN: FORT WORTH
10d. COUNTY: TARRANT
10e. STATE: TEXAS
10f. ZIP CODE: 76132
10g. INSIDE CITY LIMITS: ☒ Yes ☐ No

11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: NA NA
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: SHANTA NOWELL

13. PLACE OF DEATH (CHECK ONLY ONE): ☒ Other (Specify) PUBLIC ROADWAY
14. COUNTY OF DEATH: TARRANT — FORT WORTH, 76115
16. CITY/TOWN, ZIP OF DEATH: 200 BLOCK INTERSTATE 20 WB

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: SHANTA NOWELL - MOTHER
18. MAILING ADDRESS OF INFORMANT: 145 PRONGHORN DEER CT, GARNER, NC 27529

19. METHOD OF DISPOSITION: ☒ Removal from state
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: LARITTA NORSEWEATHER BY ELECTRONIC SIGNATURE - 116276

21. PLACE OF DISPOSITION: GREENLAWN MEMORIAL PARK
21. LOCATION: WILMINGTON, NC

24. NAME OF FUNERAL FACILITY: ANOINTED HANDS EMBALMING SERVICES
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 4350 TOWN PLAZA DR, SUITE 211, HOUSTON, TX 77045

27. SIGNATURE OF CERTIFIER: KENDALL V. CROWNS BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: MARCH 31, 2022
29. LICENSE NUMBER: N2897
30. TIME OF DEATH: 05:56 AM

31. PRINTED NAME, ADDRESS OF CERTIFIER: KENDALL V. CROWNS 200 FELIKS GWOZDZ PLACE, FORT WORTH, TX 76104
32. TITLE OF CERTIFIER: MD

**IMMEDIATE CAUSE:** A. BLUNT FORCE INJURIES

PART 2 ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1: NONE

34. WAS AN AUTOPSY PERFORMED: ☒ No

36. MANNER OF DEATH: ☒ Accident
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No

40a. DATE OF INJURY:
40b. TIME OF INJURY: 05:09 AM
40c. INJURY AT WORK? ☒ No
40d. PLACE OF INJURY: PUBLIC ROADWAY
40f. COUNTY OF INJURY: TARRANT

40e. LOCATION: 200 BLOCK INTERSTATE 20 WB, FORT WORTH, TX 76115
41. DESCRIBE HOW INJURY OCCURRED: PEDESTRIAN STRUCK BY MOTOR VEHICLE(S)

42a. REGISTRAR FILE NO: 06004700
42b. DATE RECEIVED BY LOCAL REGISTRAR: APRIL 25, 2022
42c. REGISTRAR: REGISTRAR - TARRANT COUNTY CLERK, ELECTRONICALLY FILED

EDIT NUMBER: 000044453117676

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED** APR 26, 2022

*Mary Louise Nicholson*
Mary Louise Nicholson
County Clerk/Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Shanta Nowell - Appeal 10/04/22 - 002

**Lincoln/Nowell 100**

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 0 0 5   Total Num. Prsns 0 0 4   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 1 of 7

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2   ★Crash Time (24HRMM) 0 5 0 9   Case ID 220022446   Local Use

★County Name TARRANT   ★City Name FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒Yes ☐No   Latitude (decimal degrees) 0 0 . 0 0 0 0 0 0   Longitude (decimal degrees) − 0 0 0 . 0 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. IH   ★Hwy. Num. 820   2 Rdwy Part 1   Block Prefix   Block Num. 100   3 Street Prefix   ★Street Name SOUTHWEST   4 Street Suffix LOOP

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit 60   Const. Zone ☐Yes ☒No   Workers Present ☐Yes ☒No   Street Desc. ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐Yes ☒No   1 Rdwy. Sys. IH   Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 5600   3 Street Prefix   Street Name SOUTH   4 Street Suffix FWY

Distance from Int or Ref. Marker 100   ☒FT ☐MI   3 Dir. from Int. or Ref. Marker W   Reference Marker   Street Desc. ASPHALT   RRX Num.

Unit Num. 1   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. NNS5172   VIN 3 G C P C R E C X J G 2 2 0 0 4 5

Veh. Year 2 0 1 8   6 Veh. Color BLK   Veh. Make CHEVROLET   Veh. Model SILVERADO C1500   7 Body Style PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 38767068   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

## VEHICLE, DRIVER, & PERSONS

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SOTELO  ROBERTO | N | 26 | H | 1 | 1 | 96 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒Owner ☐Lessee   Owner/Lessee Name & Address   SOTELO   ROBERTO

Proof of Fin. Resp ☒Yes ☐No   ☐Expired ☐Exempt   26 Fin. Resp. Type 2   Fin. Resp. Name STATE FARM INS   Fin. Resp. Num. 307 6792-B18-43K 001

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 10 -   FD - 6   27 Vehicle Damage Rating 2 10 -   LBQ - 3   Vehicle Inventoried ☐Yes ☒No

Towed By BEARDS   Towed To 2530 BRENNAN AVE

Unit Num. 2   5 Unit Desc. 1   ☒ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. PZX5179   VIN 3 K P C 2 4 A 6 2 M E 1 3 8 6 7 1

Veh. Year 2 0 2 1   6 Veh. Color SIL   Veh. Make HYUNDAI   Veh. Model ACCENT   7 Body Style P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type   DL/ID State   DL/ID Num.   9 DL Class   10 CDL End.   11 DL Rest.   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒Owner ☐Lessee   Owner/Lessee Name & Address   GOODMAN   RODNEY

Proof of Fin. Resp. ☐Yes ☒No   ☐Expired ☐Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 12 -   FD - 7   27 Vehicle Damage Rating 2   Vehicle Inventoried ☐Yes ☒No

Towed By BEARDS TOWING   Towed To 2530 BRENNAN AVE

Shanta Nowell - Appeal 10/04/22 - 003

**Lincoln/Nowell 101**

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 220022446

TxDOT Crash ID

Page 2 of 7

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 3 | 1 | TC MORGUE | FW FUNERALS AND CREMATION | | 0 5 3 6 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib | 38 Weather Cond | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 2 | 14 | | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

VIC, UNIT 3, WAS DRIVING UNIT 2. FOR AN UNKNOWN REASON UNIT 2 STOPPED FACING EB IN THE WB LANES OF TRAFFIC AT 100 SOUTHWEST LOOP 820. VIC GOT OUT OF HIS VEHICLE. UNIT 1 WAS TRAVELING WB AT 100 SOUTHWEST LOOP 820 AND DID NOT SEE UNIT 2 IN THE ROADWAY. UNIT 1 STRUCK UNIT 2. VIC WAS STRUCK BY THE VEHICLES AND THROWN OVER THE JERSEY BARRIER WALL. AT THE SAME TIME UNIT 4 WAS TOWING UNIT 5 WB AT 100 SOUTHWEST LOOP 820 BEHIND UNIT 1. UNIT 4 STRUCK UNIT 1. VIC WAS PRONOUNCED DECEASED ON SCENE.

(SEE RELATED ACCIDENT 220023626)

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 5 2 9 | How Notified BY SUPERVISOR | Time Arrived (24HRMM) | 0 6 1 5 | Report Date (MM/DD/YYYY) | 0 3 / 2 5 / 2 0 2 2 |
|---|---|---|---|---|---|---|

Invest. Comp. ☑ Yes ☐ No   Investigator Name (Printed) CARTER   CL   ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0   Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA S O U T H

Shanta Nowell - Appeal 10/04/22 - 004

**Lincoln/Nowell 102**

Law Enforcement and TxDOT Use ONLY

☒ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE | Total Num. Units 0 0 5 | Total Num. Prsns. 0 0 4 | TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 7

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2  ★Crash Time (24HRMM) 0 5 0 9  Case ID 220022446  Local Use

★County Name TARRANT  ★City Name FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees) 0 0 . 0 0 0 0 0  Longitude (decimal degrees) − 0 0 0 . 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. IH  ★Hwy. Num. 820  2 Rdwy Part 1  Block Num. 100  3 Street Prefix  ★Street Name SOUTHWEST  4 Street Suffix LOOP

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/Toll Lane  Speed Limit 60  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc. ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No  1 Rdwy. Sys. IH  Hwy. Num. 35  2 Rdwy. Part 1  Block Num. 5600  3 Street Prefix  Street Name SOUTH  4 Street Suffix FWY

Distance from Int. or Ref. Marker 100  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker W  Reference Marker  Street Desc. ASPHALT  RRX Num.

**VEHICLE, DRIVER & PERSONS**

Unit Num. 3  5 Unit Desc. 4  ☐ Parked Vehicle  ☐ Hit and Run  LP State  LP Num.  VIN

Veh. Year  6 Veh. Color  Veh. Make  Veh. Model  7 Body Style  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State NC  DL/ID Num. 000038363123  9 DL Class 98  10 CDL End. 98  11 DL Rest. 98  DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | GOODMAN  RODNEY  WENDELL | K | 30 | B | 1 | 97 | 97 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☐ Lessee  Owner/Lessee Name & Address

Proof of Fin. Resp ☐ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type  Fin. Resp. Name  Fin. Resp. Num.

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  -  -  27 Vehicle Damage Rating 2  -  -  Vehicle Inventoried ☐ Yes ☐ No

Towed By  Towed To

Unit Num. 4  5 Unit Desc. 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. NSF0955  VIN 3 C 6 J R 6 D T 0 E G 1 0 0 8 4 0

Veh. Year 2 0 1 4  6 Veh. Color WHI  Veh. Make DODGE  Veh. Model RAM 1500  7 Body Style PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 3  9 DL Class CM  10 CDL End. 96  11 DL Rest. A  DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle  Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KIRKPATRICK  NATHANIEL  LEE | N | 32 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | ROSALES  GELA | N | 43 | W | 2 | 1 | 1 | 1 | 97 | N | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  ANDRES  CHRISTOPHER  4413 SWEETGUM WAY  FORT WORTH  TX  76133

Proof of Fin. Resp. ☐ Yes ☒ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type  Fin. Resp. Name  Fin. Resp. Num.

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  12 -  FC - 2  27 Vehicle Damage Rating 2  -  -  Vehicle Inventoried ☐ Yes ☒ No

Towed By  DRIVEN AWAY BY DRIVER  Towed To

Shanta Nowell - Appeal 10/04/22 - 005

**Lincoln/Nowell 103**

Law Enforcement and TxDOT Use ONLY
Form CR-3    (Rev. 1/1/2018)

Case ID 220022446

TxDOT Crash ID

Page 4 of 7

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY — CMV Disabling Damage? ☐ Yes ☐ No — 28 Veh. Oper. — 29 Carrier ID Type — Carrier ID Num.

Carrier's Corp. Name — Carrier's Primary Addr. — 30 Veh. Type

31 Bus Type — ☐ RGVW ☐ GVWR — HazMat Released ☐ Yes ☐ No — 32 HazMat Class Num. — HazMat ID Num. — 32 HazMat Class Num — HazMat ID Num — 33 Cargo Body Type

Unit Num. — ☐ RGVW ☐ GVWR — 34 Trlr. Type — CMV Disabling Damage? ☐ Yes ☐ No — Unit Num. — ☐ RGVW ☐ GVWR — 34 Trlr. Type — CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events — 35 Seq. 1 — 35 Seq. 2 — 35 Seq. 3 — 35 Seq. 4 — Internodal Shipping Container Permit ☐ Yes ☐ No — Actual Gross Weight — Total Num Axles:

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM) 0 5 2 9 — How Notified BY SUPERVISOR — Time Arrived (24HRMM) 0 6 1 5 — Report Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2

Invest. Comp. ☒ Yes ☐ No — Investigator Name (Printed) CARTER — CL — ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0 — *Agency FORT WORTH POLICE DEPARTMENT — Service/Region/DA S O U T H

Shanta Nowell - Appeal 10/04/22 - 006

**Lincoln/Nowell 104**

Law Enforcement and TxDOT Use ONLY

☒ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units 0 0 5    Total Num. Prsns. 0 0 4    TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page: 5 of 7

### IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2    ★Crash Time (24HRMM) 0 5 0 9    Case ID 220022446    Local Use

★County Name TARRANT    ★City Name FORT WORTH    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees) 0 0 . 0 0 0 0 0    Longitude (decimal degrees) − 0 0 0 . 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. IH    ★Hwy. Num. 820    2 Rdwy. Part 1    Block Num. 100    3 Street Prefix    ★Street Name SOUTHWEST    4 Street Suffix LOOP

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☐ Toll Road/ Toll Lane    Speed Limit 60    Const. Zone ☐ Yes ☒ No    Workers Present ☐ Yes ☒ No    Street Desc. ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No    1 Rdwy. Sys. IH    Hwy. Num. 35    2 Rdwy. Part 1    Block Num. 5600    3 Street Prefix    Street Name SOUTH    4 Street Suffix FWY

Distance from Int or Ref. Marker 100    ☒ FT ☐ MI    3 Dir. from Int. or Ref. Marker W    Reference Marker    Street Desc. ASPHALT    RRX Num.

### VEHICLE, DRIVER, & PERSONS

Unit Num. 5    5 Unit Desc 6    ☐ Parked Vehicle    ☐ Hit and Run    LP State AR    LP Num. AB517715    VIN

Veh. Year 2 0 1 0    6 Veh. Color BLK    Veh. Make UNKNOWN    Veh. Model UNKNOWN    7 Body Style TL    Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type    DL/ID State    DL/ID Num.    9 DL Class    10 CDL End.    11 DL Rest.    DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☒ Lessee    Owner/Lessee Name & Address    KIRKPATRICK    NATHANIEL

Proof of Fin. Resp. ☐ Yes ☒ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type    Fin. Resp. Name    Fin. Resp. Num.

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1 − −    27 Vehicle Damage Rating 2 − −    Vehicle Inventoried ☐ Yes ☒ No

Towed By TOWED BY UNIT 5    Towed To

---

Unit Num.    5 Unit Desc.    ☐ Parked Vehicle    ☐ Hit and Run    LP State    LP Num.    VIN

Veh. Year    6 Veh. Color    Veh. Make    Veh. Model    7 Body Style    Pol., Fire, EMS on Emergency (Explain in Narrative if checked) ☐

8 DL/ID Type    DL/ID State    DL/ID Num.    9 DL Class    10 CDL End.    11 DL Rest.    DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☐ Lessee    Owner/Lessee Name & Address

Proof of Fin. Resp. ☐ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type    Fin. Resp. Name    Fin. Resp Num.

Fin. Resp Phone Num.    27 Vehicle Damage Rating 1 − −    27 Vehicle Damage Rating 2 − −    Vehicle Inventoried ☐ Yes ☐ No

Towed By    Towed To

Shanta Nowell - Appeal 10/04/22 - 007

**Lincoln/Nowell 105**

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID: 220022446

TxDOT Crash ID:

Page 6 of 7

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh Type

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr Type | CMV Disabling Damage? ☐Yes ☐No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr Type | CMV Disabling Damage? ☐Yes ☐No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐Yes ☐No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

## NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

## INVESTIGATOR

Time Notified (24HR:MM): 0 5 2 9    How Notified: BY SUPERVISOR    Time Arrived (24HR:MM): 0 6 1 5    Report Date (MM/DD/YYYY): 0 3 / 2 5 / 2 0 2 2

Invest. Comp. ☒Yes ☐No    Investigator Name (Printed): CARTER    CL    ID Num. 3505

Off Num. T X 2 2 0 1 2 0 0    *Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA: S O U T H

Shanta Nowell - Appeal 10/04/22 - 008

**Lincoln/Nowell 106**



Shanta Nowell - Appeal 10/04/22 - 009

**Lincoln/Nowell 107**

Law Enforcement and TxDOT Use ONLY

☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE  | Total Num. Units 0 0 2 | Total Num. Prsns. 0 0 1 | TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 3

| ★Crash Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2 | ★Crash Time (24HRMM) 0 5 0 9 | Case ID 220023626 | Local Use |
|---|---|---|---|

★County Name TARRANT  ★City Name FORT WORTH  ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  | Latitude (decimal degrees) 0 0 . 0 0 0 0 0 0 | Longitude (decimal degrees) — 0 0 0 . 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. IH  ★Hwy. Num. 820  2 Rdwy. Part 1  Block Num. 100  3 Street Prefix  ★Street Name SOUTHWEST  4 Street Suffix LOOP

Crash Occurred on a Private Drive or Road/Private Property/Parking Lot ☐  | Toll Road/ Toll Lane ☐  | Speed Limit 60  | Const. Zone ☐ Yes ☒ No  | Workers Present ☐ Yes ☒ No  | Street Desc. ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No  1 Rdwy. Sys. IH  Hwy. Num. 35  2 Rdwy. Part 1  Block Num. 5600  3 Street Prefix  Street Name SOUTH  4 Street Suffix FWY

Distance from Int. or Ref. Marker 100  ☒ FT ☐ MI  3 Dir. from Int. or Ref. Marker W  Reference Marker  Street Desc. ASPHALT  RRX Num.

Unit Num. 1  5 Unit Desc 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. HZH7534  VIN K N A D E 2 2 3 X 9 6 4 4 5 0 6 6

Veh. Year 2 0 0 9  6 Veh. Color ONG  Veh. Make KIA  Veh. Model RIO  7 Body Style P4  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. '5  9 DL Class C  10 CDL End. 96  11 DL Rest 96  DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | IRVING     BELINDA | A | 50 | B | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  IRVING     BELINDA  6308 TRUMAN DR  FORT WORTH  TX  76112

Proof of Fin. Resp ☐ Yes ☒ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type  Fin. Resp. Name  Fin. Resp. Num.

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 12 - FD - 7  27 Vehicle Damage Rating 2 -  Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING  Towed To 2530 BRENNAN AVE

Unit Num. 2  5 Unit Desc. 1  ☒ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. NNS5172  VIN 3 G C P C R E C X J G 2 2 0 0 4 5

Veh. Year 2 0 1 8  6 Veh. Color BLK  Veh. Make CHEVROLET  Veh. Model SILVERADO C1500  7 Body Style PK  ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  DL/ID State  DL/ID Num.  9 DL Class  10 CDL End.  11 DL Rest.  DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  SOTELO     ROBERTO  7714 LABRADOR DR  ARLINGTON  TX  76002

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp Type 2  Fin. Resp. Name STATE FARM INS  Fin. Resp. Num. 307 6792-B18-43K 001

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1 10 - FD - 6  27 Vehicle Damage Rating 2 -  Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS  Towed To 2530 BRENNAN AVE

Shanta Nowell - Appeal 10/04/22 - 010

**Lincoln/Nowell 108**

Law Enforcement and TxDOT Use ONLY
Form CR-3    (Rev. 1/1/2018)    Case ID 220023626    TxDOT Crash ID    Page 2 of 3

**DISPOSITION OF INJURED/KILLED**

| Unit Num | Prsn. Num | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | JPS | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. — ☐ 10,001+ LBS. — ☐ TRANSPORTING HAZARDOUS MATERIAL — ☐ 9+ CAPACITY — CMV Disabling Damage? ☐ Yes ☐ No — 28 Veh. Oper. — 29 Carrier ID Type — Carrier ID Num

Carrier's Corp. Name — Carrier's Primary Addr. — 30 Veh Type

31 Bus Type — ☐ RGVW ☐ GVWR — HazMat Released ☐ Yes ☐ No — 32 HazMat Class Num. — HazMat ID Num. — 32 HazMat Class Num. — HazMat ID Num. — 33 Cargo Body Type

Unit Num. — ☐ RGVW ☐ GVWR — 34 Trlr. Type — CMV Disabling Damage? ☐ Yes ☐ No — Unit Num. — ☐ RGVW ☐ GVWR — 34 Trlr Type — CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events — 35 Seq. 1 — 35 Seq. 2 — 35 Seq. 3 — 35 Seq. 4 — Intermodal Shipping Container Permit ☐ Yes ☐ No — Actual Gross Weight — Total Num Axles:

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 2 | 14 | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

UNIT 1 WAS TRAVELING WB AT 100 SOUTHWEST LOOP 820. UNIT 2 WAS PREVIOUSLY INVOLVED IN AN ACCDENT (220022446) AND WAS DISABLED IN THE LANE OF TRAFFIC. UNIT 1 STRUCK UNIT 2.

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 5 2 9 — How Notified BY SUPERVISOR — Time Arrived (24HRMM) 0 6 1 5 — Report Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2

Invest. Comp. ☒ Yes ☐ No — Investigator Name (Printed) CARTER — CL — ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0 — *Agency FORT WORTH POLICE DEPARTMENT — Service/Region/DA S O U T H

Shanta Nowell - Appeal 10/04/22 - 011

**Lincoln/Nowell 109**



Shanta Nowell - Appeal 10/04/22 - 012

**Lincoln/Nowell 110**



Office of Chief Medical Examiner
Tarrant County Medical Examiner's District
Tarrant County, Texas
200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919
(817) 920-5700 FAX (817) 920-5713

## DEATH INVESTIGATION REPORT

### RODNEY WENDELL GOODMAN

**2206276**

A postmortem examination is performed by Kendall Crowns, Chief Medical Examiner, beginning at 0805 hours on March 26, 2022 at the Tarrant County Medical Examiner's Office, Fort Worth, Texas.

Autopsy technician: Elizabeth Griffin

Other persons present: None

### DECLARATION

The death of RODNEY WENDELL GOODMAN was investigated by the Tarrant County Medical Examiner's District under the statutory authority of the Tarrant County Medical Examiner.

I, Kendall Von Crowns, MD, a board certified anatomic and forensic pathologist licensed to practice medicine in the State of Texas, do declare that I personally performed or supervised the tasks described in this Medical Examiner Report. It is only after careful consideration of all the data available to me at the time this report was finalized that I attest to the diagnoses and opinions stated herein.

Numerous photographs were obtained along the course of the examination. I have personally reviewed those photographs and attest that they are representative of findings reported in this document.

Should you have questions after review of this material, please feel free to contact me at the Tarrant County Medical Examiner's Office.

Shanta Nowell - Appeal 10/04/22 - 013

**Lincoln/Nowell 111**

GOODMAN, Rodney Wendell
2206276
Page 2 of 10

## CAUSE OF DEATH STATEMENT

**CAUSE OF DEATH:** BLUNT FORCE INJURIES

**SIGNIFICANT CONTRIBUTING CONDITIONS:** NONE

**MANNER OF DEATH:** ACCIDENT

KENDALL VON CROWNS, MD
Chief Medical Examiner

6 . 27 - 22
Date

Shanta Nowell - Appeal 10/04/22 - 014

**Lincoln/Nowell 112**

GOODMAN, Rodney Wendell
2206276
Page 3 of 10

## SUMMARY AND OPINION

According to the investigative report, this 30-year-old male was reportedly involved in a chain reaction accident with five vehicles. The decedent reportedly exited his stranded vehicle on the interstate highway and was struck by one or more motor vehicles.

At external examination, the decedent exhibits multiple abrasions, lacerations and bruises about his body. Postmortem x-rays revealed fractures of the skull, air in the cranial vault, separation of the cervical spine, fracture of the right ulna (forearm), multiple pelvic fractures and near amputation of the right foot.

The postmortem toxicological analysis revealed ethanol (alcohol), methamphetamine and amphetamine.

Shanta Nowell - Appeal 10/04/22 - 015

**Lincoln/Nowell 113**

GOODMAN, Rodney Wendell
2206276
Page 4 of 10

| | EXTERNAL EXAMINATION |
| --- | --- |

| | |
| --- | --- |
| Body bag seal: | The body bag is received sealed with a red seal with the inscription "0000981". |
| Clothing: | The body is received wearing a white shirt with a floral print, black sweat pants and black socks. |
| Personal effects: | A driver's license is recovered from the left front pocket. |

| | | |
| --- | --- | --- |
| Body length (inches, cm): | 71 | 180.3 |
| Body weight (pounds, kg): | 159 | 71.9 |
| Body mass index (kg/m$^2$): | 22.1 | |

| | |
| --- | --- |
| Development: | Well-developed |
| Stature: | Well-nourished |
| Age: | Appears to be stated age |

| | |
| --- | --- |
| Anasarca: | Not present |
| Edema localized: | Not present |
| Evidence of dehydration: | Not present |
| Skin: | Unremarkable |
| Scalp hair length: | Bald |
| Scalp hair color: | Not applicable |
| Eyes: | Both eyes present |
| Irides: | Brown |
| Corneas: | Translucent |
| Sclera/bulbar conjunctivae: | White |
| Palpebral conjunctiva: | Translucent |
| Petechiae: | Not present |
| Nose: | Normally formed |
| Ears: | Normally formed |
| Lips: | Normally formed |
| Facial hair: | Mustache and goatee |
| Facial hair color: | Black |
| Maxillary dentition: | Natural |
| Mandibular dentition: | Natural |

Shanta Nowell - Appeal 10/04/22 - 016

**Lincoln/Nowell 114**

GOODMAN, Rodney Wendell
2206276
Page 5 of 10

| | |
|---|---|
| Condition of dentition: | Fair |
| Neck: | Unremarkable |
| Trachea midline: | Yes |
| Chest development: | Normal |
| Chest symmetrical: | Yes |
| Chest diameter: | Appropriate |
| Abdomen: | Flat |
| Anus: | Unremarkable |
| Back: | Unremarkable |
| Spine: | Unremarkable |
| External genitalia: | Male |
| Breast development: | None |
| Breast masses: | None |
| Right hand digits complete: | Yes |
| Left hand digits complete: | Yes |
| Right foot digits complete: | Yes |
| Left foot digits complete: | Yes |
| Extremities: | Well-developed and symmetrical |
| Muscle group atrophy: | Not present |
| Senile purpura: | Not present |
| Pitting edema: | Not present |
| Tattoos: | Chest, back and upper extremities |
| Cosmetic piercing: | The nipples are pierced bilaterally with metal dumbbells in place. |
| Scars: | None identified |

Shanta Nowell - Appeal 10/04/22 - 017

**Lincoln/Nowell 115**

GOODMAN, Rodney Wendell
2206276
Page 6 of 10

| POSTMORTEM CHANGES | |
|---|---|
| **Body temperature:** | Cool subsequent to refrigeration |
| **Rigor mortis:** | Fully fixed |
| **Livor mortis – color:** | Purple |
| **Livor mortis – fixation:** | Fully fixed |
| **Livor mortis – position:** | Posterior |
| **State of preservation:** | No decomposition |
| **Funerary Preparation(s):** | None |
| **Organ/tissue procurement:** | None |

Shanta Nowell - Appeal 10/04/22 - 018

**Lincoln/Nowell 116**

GOODMAN, Rodney Wendell
2206276
Page 7 of 10

| MEDICAL INTERVENTION | |
|---|---|
| Evidence of medical intervention: | None |
| Injuries related to resuscitative attempts: | None |

$\zeta$

$\mathcal{L}$

Shanta Nowell - Appeal 10/04/22 - 019

**Lincoln/Nowell 117**

GOODMAN, Rodney Wendell
2206276
Page 8 of 10

---

| **EVIDENCE OF INJURY** |
|---|

*Conventions used in description of injuries:*

    *1.   The body is described in the Standard Anatomic Position. Reference is to this position only.*
    *2.   Clock-face references are from the perspective of the observer viewing the body in the Standard Anatomic Position, with the 12 o'clock position corresponding to the top of the head.*
    *3.   Injuries are numbered or lettered for reference purposes only and will occasionally correspond to labeled injuries in the autopsy photographs. This is arbitrary and does not correspond to any order in which they have been incurred or degree of severity.*

**BLUNT FORCE INJURIES:**

1. On the forehead, extending onto the superior aspect of the head and the back of the head, there are multiple abrasions and lacerations ranging in size from 10 x 1.5 cm to 0.1 x 0.1 cm.
2. There is a 4 x 0.1 cm lacerated abrasion on the lateral left side of the forehead just above the left eyebrow.
3. 2 x 1 cm red bruise on the lateral left side of the face near the left eye
4. 0.5 x 0.1 cm abrasion on the lateral left side of the face
5. 2 x 1 cm abrasion on the lateral right side of the chest
6. 0.3 x 0.3 cm abrasion on the lateral left side of the chest
7. 10 x 3 cm abraded laceration of the lower lateral right side of the abdomen
8. 15 x 3 cm brush-type abrasion on the posterolateral lower left side of the back
9. 16 x 6 cm abrasion on the anterior right forearm
10. Multiple abrasions ranging in size from 6 x 3 cm to 0.5 x 0.3 cm on the posterior right forearm
11. Multiple abrasions about the right hand ranging in size from 1 x 0.5 cm to 0.3 x 0.2 cm
12. Multiple abrasions about the anterior right thigh ranging in size from 3.5 x 3.0 cm to 0.1 x 0.1 cm
13. 6 x 1 cm laceration on the anterior right leg
14. 11 x 3 cm laceration resulting in a near complete amputation of the right foot at the level of the right ankle
15. Multiple abrasions about the right foot ranging in size from 1 x 0.7 cm to 0.2 x 0.1 cm
16. Multiple abrasions ranging in size from 16 x 7 cm to 1 x 1 cm about the anterior left thigh
17. 11 x 4.5 cm abrasion on the medial aspect of the left knee
18. 11 x 4 cm horizontal laceration above the left knee
19. 2 x 1 cm abrasion on the anterior left knee
20. 1 x 0.5 cm abrasion on the inferior aspect of the left knee
21. 9 x 4 cm abraded red bruise on the anterior left leg
22. 2 x 2 cm red bruise on the anterior left leg
23. Multiple abrasions and red bruises about the dorsum of the left foot ranging in size from 2 x 2 cm to 1 x 1 cm
24. 20 x 20 cm abrasion on the posterior right leg

Shanta Nowell - Appeal 10/04/22 - 020

**Lincoln/Nowell 118**

GOODMAN, Rodney Wendell
2206276
Page 9 of 10

## POSTMORTEM IMAGING/RADIOLOGY

Postmortem imaging reveals the following findings of forensic significance:

1. Fractures of the skull
2. Air in the cranial vault
3. Atlanto-occipital separation
4. Fracture of the right ulna
5. Multiple pelvic fractures
6. Near amputation of the right foot with separation of the foot from the leg

Shanta Nowell - Appeal 10/04/22 - 021

**Lincoln/Nowell 119**

GOODMAN, Rodney Wendell
2206276
Page 10 of 10

## PROCEDURAL NOTES

### APPROACH TO AUTOPSY DISSECTION

| | |
|---|---|
| Rokitansky evisceration: | Not performed |
| Virchow evisceration: | Not performed |
| Modified evisceration: | Not performed |
| Pericranial membrane removal: | Not performed |
| Anterior neck dissection: | Not performed |
| Posterior neck dissection: | Not performed |
| Facial dissection: | Not performed |
| Vertebral artery dissection (in situ): | Not performed |
| Cervical spine removal: | Not performed |
| Layered anterior trunk dissection: | Not performed |
| Anterolateral rib arc dissection: | Not performed |
| Back dissection: | Not performed |
| Posterior rib arc dissection: | Not performed |
| Extremity soft tissue dissection: | Not performed |
| Eye enucleation: | Not performed |
| Inner middle ear evaluation: | Not performed |
| Maxilla or mandible resection: | Not performed |
| Spinal cord removal (anterior): | Not performed |
| Spinal cord removal (posterior): | Not performed |
| Other dissection(s): | External examination only |

KVC/sad

Shanta Nowell - Appeal 10/04/22 - 022

**Lincoln/Nowell 120**



**Toxicology Laboratory**

Tarrant County Medical Examiner's Office
200 Feliks Gwozdz Place
Fort Worth, TX 76104
(817) 920-5700

Kendall Crowns, M.D.
Chief Medical Examiner

Robert Johnson Ph.D., F-ABFT
Chief Toxicologist

## Forensic Toxicology Results

TCME Case #:2206276
Toxicology Work # : 2201080
Service Request No:002
Case Name : Rodney Wendell Goodman

Start Date: 3/29/2022

Agency :TCME

Items: Exhibit Number(s)
7            Toxicology Specimens
7.1          Blood, Heart
7.2          Blood, Heart
7.3          Urine
7.4          Vitreous Humor

| Specimen/Analyte | Result | Instrument | Performed by |
|---|---|---|---|
| **7.1  Blood, Heart** | | | |
| Ethanol | 0.022 g/dL | GC/FID | K. Scott |
| Methamphetamine | 95 ng/mL. | LC/MS | L. Hazard |
| **7.2  Blood, Heart** | | | |
| Acid / Neutral Drugs | None Detected | GC/MS | J. Bishop |
| **7.3 Urine** | | | |
| Ethanol | 0.041 g/dL. | GC/FID | K. Osawa |
| Methamphetamine | Positive | LC/MS | L. Hazard |
| Amphetamine | Positive | LC/MS | L. Hazard |
| **7.4 Vitreous Humor** | | | |
| Ethanol | 0.036 g/dL. | GC/FID | K. Osawa |

7.3 Immunoassay screening (ELISA) was used to screen for the following drugs or drug classes: amphetamine, methamphetamine, benzodiazepines, cocaine, opiates, cannabinoids, oxycodone, and fentanyl(s), and, if positive, confirmed quantitative/qualitative results are reported above.

The absence of an exhibit number indicates that the item was not tested, or the item was screened and not used for the purposes of generating a reported result.

Robert Johnson Ph.D., F-ABFT

4/13/22

Date

Page 1 of 1

Shanta Nowell - Appeal 10/04/22 - 023

**Lincoln/Nowell 121**



The Lincoln National Life Insurance Company
Group Life Claim
P.O. Box 2578
Omaha, NE  68172-9688
Phone 888-787-2129
Fax 603-427-1888

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

| CLAIMANT or DECEASED | Rodney Wendell Goodman | DATE OF BIRTH | |
|---|---|---|---|
| ADDRESS | | | |
| EMPLOYER/GROUP POLICYHOLDER | Whataburger | | |

I authorize any licensed physician, medical provider, pharmacy, other medical or medically related facility, police department, attorney general or district attorney's office, coroner or medical examiner's office, ambulance, government agency, including the Social Security Administration, and Veterans Administration, insurance or reinsurance company, credit or consumer reporting and investigative agencies, the medical information bureau, and any employer to release any and all of the following information regarding the claimant or deceased to the particular Company in the Lincoln Financial Group of companies to which a claim for insurance benefits has been submitted, or its legal representative, or to persons or other organizations providing claims management services:

Any and all medical information with respect to any physical or mental condition and/or treatment, including but not limited to confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health, emergency room records, consultations, history & physical exams, progress notes, operative and pathology lab reports, x-rays, tests, discharge summaries, admitting sheets, out-patient & clinic records, prescription records, and ambulance reports; Autopsy and toxicology reports;

Any and all police reports and applicable legend, including but not limited to incident reports, crime scene investigation report, and witness statements;

Attorney general or district attorney's office reports; and

Any and all other reports or records regarding, relating to, or in connection with the claimant or deceased.

I understand the Company will use any information obtained under this Authorization to determine eligibility insurance benefits under the Group Policy issued to the Group Policyholder.

Any information received will not be released to any person or organizations, EXCEPT to reinsuring companies, other companies in the Lincoln Financial Group of Companies to which a claim has been submitted, persons or other organizations providing claims management and claim advisory services to the Company, the Group Policyholder for purposes of auditing Lincoln's administration of claims under the Group Policy, or as otherwise permitted by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance-support organizations to detect or prevent criminal activity, fraud, material misrepresentations, or material non-disclosure in connection with insurance transactions.

I understand that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company, files a statement or claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

I understand this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Company in the Lincoln Financial Group of companies to which a claim has been submitted.

Signature of Claimant or Legal Representative: _Shanta Nowell_    Date: _7/5/2022_

Print Name: _Shanta Nowell_

Relationship to Claimant or Deceased: _Mother_

DP 616 GL LNL 12/21

Shanta Nowell - Appeal 10/04/22 - 024

**Lincoln/Nowell 122**



**OFFICE OF THE CHIEF MEDICAL EXAMINER
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT**

**200 Feliks Gwozdz Place
Fort Worth, Texas 76104-4919
Phone: 817-920-5700     Fax: 817-920-5713**

Date: 4/26/2022

REQUEST FOR COPY OF EXAMINATION REPORT

I hereby request a copy of the examination report of decedent:

Rodney Wendell Goodman

Tarrant County Medical Examiner District's Case Number: _____

Date of death: _____

*Shanta Nowell*
Signature

Shanta Nowell
Printed Name

Mother
Relationship to deceased

_____
Address

_____
City, State, ZIP

_____
Phone

( ) please mail report to me.
(✓) email report to me at the following address

_____

If a certified copy of the report is required, please call for the current fee

Rev. 03/2015

Shanta Nowell - Appeal 10/04/22 - 025

**Lincoln/Nowell 123**

# ⍦ FILEVINE

## Fax Confirmation

**To:**  (603) 334-0401

**From:**  (225) 201-8313

**Doc:**  Fax_Nowell - Ltr to Lincoln Re AD&D APPEAL - 10-04-22_2022-10-04-1219-PDT.pdf

**Pages:**  27

**Sent:**  October 4, 2022 12:19 PM PDT

**Rec'd:**  October 4, 2022 12:28 PM PDT

**Lincoln/Nowell 124**

## Death (Life Claim) - APPEAL REFERRAL
**appealassociates@lfg.com**

Appeal Referral To:

Office: __0096__  Death Case Mgr.: __Livia Jamerlan__

Claimant Name: __Rodney Goodman__  Death Claim #: __12649472__

Date of Denial __8/16/2022__  Date Appeal Rec'd * __10/4/2022__

Policyholder/Self-Insured Plan holder: __WHATABURGER RESTAURANTS LLC.__

Death Information
Policy Number: __09-462780__

Was any amounts of insurance paid?  Yes, Basic Coverage in the amount of $50,000

Policyholder Contacts/cc: addresses:
**Overturn:  cc Employer?  Yes**
**Uphold:  cc Employer?  Yes**

Phone No.  (    ) _____  FAX No.  (    ) _____

Account specific or unique Death issues:
**n/a**

Analyst Review & Signature    Livia Jamerlan    Date: 9/20/2022

Special ARU Log Processing
  Life Death Only Appeal:  Add to Log
  Life Death Appeal combined w/ an STD or LTD appeal:  Do not add to log.  Add to S1 only.

Special ARU S1 Processing
  ARU:  Add S1 claim notes:
  Appeal,  Death IN, Name ARU Consultant in Note text.
  Appeal, Death OUT, State return to Life Claims in Note text.

Special ARU Consultant Processing
  See letter "add-ins"  for WP decision:  "Death Appeal decision add-ins v2"

Death - Appeal Referral (March 18, 2002)

**Lincoln/Nowell 125**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Thursday, October 6, 2022 11:53:47 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Whatabrands LLC Claim No. 12649472 Rodney Goodman |
| Attachments: | gjfhziobnjorvbtw8ei2_13713822.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Nowell 126**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 6, 2022

J P. McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY
SUITE 130
BATON ROUGE, LA 70809

RE:     Deceased: Rodney Goodman
        Policyholder: Whatabrands LLC
        Policy #: SA3-890-462780-01
        Claim #: 12649472

Dear J McNamara:

The Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for group life insurance benefits/accidental death and dismemberment benefits under Whataburger Restaurants LLC.'s Group Life Insurance Policy (the Policy). We are writing in reference to the above-referenced claim for accidental death and dismemberment benefits under the Policy.

We received your request for review of the recent claim determination of the above-referenced claim on October 5, 2022.

We understand this is all of the information you intend to submit for our consideration of the appeal. Consequently, the file has been forwarded to Lincoln's Claim Resolution Services department for a full, and fair review.

I will be your dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 59238 during the hours of 7am to 3:30 pm EST.

To assist us in evaluating your client's eligibility for benefits we have referred Mr. Rodney Goodman's file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than November 5, 2022. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your client's eligibility for benefits under the terms of the Policy.

1  of  2

**Lincoln/Nowell 127**

In accordance with the Employee Retirement Income Security Act (ERISA), under normal circumstances, you will be notified in writing of a final decision within 60 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation.  We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 120 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer DiMaggio
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

**Lincoln/Nowell 128**

4-Oct-2022   19:19   +16033340401                              +12252018313              p.1



**LAW OFFICES**
········· OF ·········
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

October 4, 2022

**SENT VIA CERTIFIED MAIL**
**& FAX  603-334-0401**

The Lincoln National Life Insurance Company
Disability & Life Claims
**Attn: Livia Jamerlan**
P.O. Box 2578
Omaha, NE 68172-9688

> **Re:**   **Deceased: Rodney Goodman**
> **Policyholder: Whatabrands LLC**
> **Policy #: SA3-890-462780-01**
> **Claim #: 12649472**

**ADMINISTRATIVE APPEAL**

Dear Ms. Jamerlan,

    **I represent Shanta Nowell in connection with the referenced claim. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.**

    My client, Shanta Nowell, hereby administratively appeals Lincoln's August 17, 2022, denial of Accidental Death and Dismemberment (AD&D) benefits for the above noted claim. The administrative record, as a whole, does not support Lincoln's conclusion that alcohol or drugs contributed to the death in question.

    In connection with her appeal for accidental death and dismemberment benefits, Shanta Nowell provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/insurer in connection with this appeal after being given the opportunity to review such new evidence.

1. Birth Certificate of Rodney Goodman (03/30/22) (001).
2. Death Certificate of Rodney Goodman (04/26/22) (002).
3. Texas Peace Officer's Crash Reports (03/25/22) (003).
4. Tarrant County Medical Examiner's Office Death Investigation Report (06/27/22) (013).
5. Tarrant County Medical Examiner's Office Forensic Toxicology Results (04/12/22) (023).
6. Lincoln Authorization to Obtain and Release Information Signed by Shanta Nowell (07/05/22) (024).
7. Shanta Nowell's Request for Copy of Examination Report (04/26/22) (025).

    All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

Batch: 008116538, Audit Trail: 008116538 23, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 129**

## COURT REVIEW

Let this serve as notice of the claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

## PAYMENT INSTRUCTIONS

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara at 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response**.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

With kind regards, I remain

Sincerely,

*J. Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej

2

**Lincoln/Nowell 130**

STATE OF NORTH CAROLINA
NEW HANOVER COUNTY
REGISTER OF DEEDS
TAMMY THEUSCH PIVER

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION

**CERTIFICATE OF LIVE BIRTH**

0303

Registration District No. 065-90 Local No. _____

BIRTH NO — 132

| | | | |
|---|---|---|---|
| CHILD'S NAME (First, Middle, Last) | | DATE OF BIRTH (Month, Day, Year) | TIME OF BIRTH |
| 1. Rodney    Wendell    Goodman | | 2. | 3. 12:26  P |
| SEX | CITY, TOWN, OR LOCATION OF BIRTH | | COUNTY OF BIRTH |
| 4. Male  5. Wilmington | | | 6. New Hanover |
| PLACE OF BIRTH ☑Hospital ☐ Freestanding Birth Center ☐ Clinic/Doctor's Office | | FACILITY NAME (If not institution, give street and number) | |
| ☐ Residence 7. ☐ Other (Specify) | | 8. New Hanover Regional Medical Center | |

| | | |
|---|---|---|
| FATHER'S NAME (First, Middle, Last) | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (State or foreign count) |
| 9. | 10. | 11. |
| MOTHER'S NAME (First, Middle, Last) | MAIDEN NAME | DATE OF BIRTH (Month, Day, Year) |
| 12a. Shanta    Patrice    Nowell | 12b.Nowell | 13. |
| BIRTHPLACE (State or foreign country) | USUAL RESIDENCE (STATE) | COUNTY | CITY, TOWN OR LOCATION |
| 14. North Carolina | 15a. North Carolina | 15b.New Hanover | 15c. Wilmington |
| STREET AND NUMBER | INSIDE CITY LIMITS (Yes or No) | MOTHER'S MAILING ADDRESS (If same as residence, enter same.) | Zip Code |
| 15d. | 15e. Yes | 15f. Same | 15g. 28401 |

| | | |
|---|---|---|
| MOTHER'S SIGNATURE I certify that I have inspected this certificate | RELATION TO CHILD IF MOTHER CANNOT SIGN | SOCIAL SECURITY NUMBER REQUESTED |
| 17a. | 17b. | 17c. YES ☑  NO ☐ |
| I certify that this child was born alive at the place and time and on the date stated. Signature | DATE SIGNED (Month, Day, Year) | ATTENDANT'S NAME AND TITLE (If other than certifier) (Type/Print) |
| 18. | 18b. 7/1/72 | ☐ MD ☐ DO ☐ CNM  ☐ Other Midwife  18. ☐ Other (Specify) |
| CERTIFIER'S NAME & TITLE (Type/Print) | | ATTENDANT'S MAILING ADDRESS (Street & Number or Rural Route & Number, City, Town, Zip Code) |
| ☑MD ☐DO ☐ Hospital Administrator    David Adcock, IIIMD. ☐ CNM ☐ Other Midwife  20. ☐ Other (Specify) | | 21. New Hanover Reg. Med. Cent.Wilmington,NC |
| DATE REC'D BY LOCAL REG | SIGNATURE OF REGISTRAR | DATE NAME ADDED | DATE AMENDED |
| 22. | Robert E. Parker | 23. | 24. |

| | |
|---|---|
| COLOR OR RACE OF FATHER (Specify White, Black, American Indian, etc.) | COLOR OR RACE OF MOTHER (Specify White, Black, American Indian, etc.) |
| 25a. | 25b. Black |

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, NEW HANOVER COUNTY, N.C. IN BOOK 218 PAGE 303. WITNESS MY HAND AND SEAL THIS 30th OF MARCH, 2022.

TAMMY THEUSCH PIVER, REGISTER OF DEEDS

BY: _____
ASSISTANT/DEPUTY REGISTER OF DEEDS

Shanta Nowell - Appeal 10/04/22 - 001

Batch: 008116538, Audit Trail: 008116538 25, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 131**

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### TARRANT COUNTY

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Apr 23 2022

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER 142-22-077719

1. LEGAL NAME OF DECEASED: RODNEY WENDELL GOODMAN

SEX: MALE

4. DATE OF BIRTH — 5. AGE: 30

BIRTHPLACE (City & State or Foreign Country): WILMINGTON, NC

8. MARITAL STATUS AT TIME OF DEATH: ☒ Never Married

10a. RESIDENCE STREET ADDRESS

10c. CITY OR TOWN: FORT WORTH

10c. COUNTY: TARRANT

STATE: TEXAS

ZIP CODE: 76132

INSIDE CITY LIMITS? ☒ Yes

11. FATHER/PARENT'S NAME PRIOR TO FIRST MARRIAGE: NA NA

12. MOTHER/PARENT'S NAME PRIOR TO FIRST MARRIAGE: SHANTA NOWELL

13. PLACE OF DEATH: ☒ Other (Specify): PUBLIC ROADWAY

16. FACILITY NAME: 200 BLOCK INTERSTATE 20 WB

14. COUNTY OF DEATH: TARRANT — FORT WORTH, 76115

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: SHANTA NOWELL — MOTHER

19. METHOD OF DISPOSITION: ☒ Removal from State

20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: LARITTA NORSEFWEATHER, BY ELECTRONIC SIGNATURE – 116276

22. PLACE OF DISPOSITION: GREENLAWN MEMORIAL PARK

23. LOCATION (City/Town, and State): WILMINGTON, NC

24. NAME OF FUNERAL FACILITY: ANOINTED HANDS EMBALMING SERVICES

25. COMPLETE ADDRESS OF FUNERAL FACILITY: 4350 TOWN PLAZA DR. SUITE 211, HOUSTON, TX 77045

26. CERTIFIER: ☒ Medical Examiner/Justice of the Peace

27. SIGNATURE OF CERTIFIER: KENDALL V. CROWNS, BY ELECTRONIC SIGNATURE

28. DATE CERTIFIED: MARCH 31, 2022

29. LICENSE NUMBER: N209T

30. TIME OF DEATH: 05:56 AM

31. PRINTED NAME, ADDRESS OF CERTIFIER: KENDALL V. CROWNS, 200 FELIKS GWOZDZ PLACE, FORT WORTH, TX 76104

32. TITLE OF CERTIFIER: MD

IMMEDIATE CAUSE (Final): a. BLUNT FORCE INJURIES

MINUTES

PART 2: NONE

34. WAS AN AUTOPSY PERFORMED? ☒ Yes

36. MANNER OF DEATH: ☒ Accident

37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No

38. IF TRANSPORTATION INJURY, SPECIFY: ☒ Pedestrian

40a. DATE OF INJURY

40b. TIME OF INJURY: 05:09 AM

40c. INJURY AT WORK? ☒ No

40d. PLACE OF INJURY: PUBLIC ROADWAY

40e. LOCATION: 200 BLOCK INTERSTATE 20 WB, FORT WORTH, TX 76115

40f. COUNTY OF INJURY: TARRANT

41. DESCRIBE HOW INJURY OCCURRED: PEDESTRIAN STRUCK BY MOTOR VEHICLE(S)

42a. REGISTRAR FILE NO: 06004700

42b. DATE RECEIVED BY LOCAL REGISTRAR: APRIL 25, 2022

42c. REGISTRAR: REGISTRAR - TARRANT COUNTY CLERK, ELECTRONICALLY FILED

This is a true and correct copy of the record as registered in the State of Texas, issued under the authority of Section 191.051, Health and Safety Code.

ISSUED APR 26, 2022

*Mary Louise Nicholson*
Mary Louise Nicholson
County Clerk/Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VS-112 REV 1/2016

S0004410 93

Shanta Nowell - Appeal 10/04/22 - 002

Batch: 008116538, Audit Trail: 008116538 26, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 132**

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 0 0 5 | Total Num. Prsns. | 0 0 4 | TxDOT Crash ID |
|---|---|---|---|---|

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 1 of 7

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0 3 / 2 5 / 2 0 2 2   ★Crash Time (24HRMM): 0 5 0 9   Case ID: 220022446   Local Use:

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 0 0 . 0 0 0 0 0 0   Longitude (decimal degrees): - 0 0 0 . 0 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: IH   ★Hwy. Num.: 820   2 Rdwy. Part: 1   Block Num.: 100   3 Street Prefix:   ★Street Name: SOUTHWEST   4 Street Suffix: LOOP

Crash Occurred on a Private Drive or Road/Private Property/Parking Lot ☐   Toll Road/ Toll Lane ☐   Speed Limit: 60   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.: ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No   1 Rdwy. Sys.: IH   Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 5600   3 Street Prefix:   Street Name: SOUTH   4 Street Suffix: FWY

Distance from Int. or Ref. Marker: 100   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker: W   Reference Marker:   Street Desc.: ASPHALT   RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 1   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: NNS5172   VIN: 3 G C P C R E C X J G 2 2 0 0 4 5

Veh. Year: 2 0 1 8   6 Veh. Color: BLK   Veh. Make: CHEVROLET   Veh. Model: SILVERADO C1500   7 Body Style: PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 38767068   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SOTELO        ROBERTO | N | 26 | H | 1 | 1 | 96 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: SOTELO    ROBERTO

Proof of Fin. Resp.: ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type: 2   Fin. Resp. Name: STATE FARM INS   Fin. Resp. Num.: 307 6792-B18-43K 001

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 10" FD-6   27 Vehicle Damage Rating 2: 10" LBQ-3   Vehicle Inventoried ☐ Yes ☒ No

Towed By: BEARDS   Towed To: 2530 BRENNAN AVE

Unit Num.: 2   5 Unit Desc.: 1   ☒ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: PZX5179   VIN: 3 K P C 2 4 A 6 2 M E 1 3 8 6 7 1

Veh. Year: 2 0 2 1   6 Veh. Color: SIL   Veh. Make: HYUNDAI   Veh. Model: ACCENT   7 Body Style: P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:   DL/ID State:   DL/ID Num.:   9 DL Class:   10 CDL End.:   11 DL Rest.:   DOB (MM/DD/YYYY): / /

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address: GOODMAN    RODNEY

Proof of Fin. Resp.: ☐ Yes ☒ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type:   Fin. Resp. Name:   Fin. Resp. Num.:

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12" FD-7   27 Vehicle Damage Rating 2: -   Vehicle Inventoried ☐ Yes ☒ No

Towed By: BEARDS TOWING   Towed To: 2530 BRENNAN AVE

Shanta Nowell - Appeal 10/04/22 - 003

Batch: 008116538, Audit Trail: 008116538 27, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 133**

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 220022446 — TxDOT Crash ID — Page 2 of 7

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 3 | 1 | TC MORGUE | FW FUNERALS AND CREMATION | 2 | 0 5 3 6 |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type |
|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles: |
|---|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 2 | 14 | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

VIC, UNIT 3, WAS DRIVING UNIT 2. FOR AN UNKNOWN REASON UNIT 2 STOPPED FACING EB IN THE WB LANES OF TRAFFIC AT 100 SOUTHWEST LOOP 820. VIC GOT OUT OF HIS VEHICLE. UNIT 1 WAS TRAVELING WB AT 100 SOUTHWEST LOOP 820 AND DID NOT SEE UNIT 2 IN THE ROADWAY. UNIT 1 STRUCK UNIT 2. VIC WAS STRUCK BY THE VEHICLES AND THROWN OVER THE JERSEY BARRIER WALL. AT THE SAME TIME UNIT 4 WAS TOWING UNIT 5 WB AT 100 SOUTHWEST LOOP 820 BEHIND UNIT 1. UNIT 4 STRUCK UNIT 1. VIC WAS PRONOUNCED DECEASED ON SCENE.

(SEE RELATED ACCIDENT 220023626)

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 5 2 9 | How Notified BY SUPERVISOR | Time Arrived (24HR:MM) | 0 6 1 5 | Report Date (MM/DD/YYYY) | 0 3 / 2 5 / 2 0 2 2 |
|---|---|---|---|---|---|---|

| Invest. Comp. | ☒ Yes ☐ No | Investigator Name (Printed) CARTER    CL | ID Num. 3505 |
|---|---|---|---|

| ORI Num. | T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA | S O U T H |
|---|---|---|---|---|

Shanta Nowell - Appeal 10/04/22 - 004

Batch: 008116538, Audit Trail: 008116538 28, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 134**

4-Oct-2022  19:22    +16033340401                                    +12252018313          p.7

<table>
<tr><td>Law Enforcement and TxDOT Use ONLY</td><td colspan="5"></td><td>Total Num. Units</td><td>0 0 5</td><td>Total Num. Prsns.</td><td>0 0 4</td><td>TxDOT Crash ID</td></tr>
<tr><td>☒ FATAL</td><td>☐ CMV</td><td>☐ SCHOOL BUS</td><td>☐ RAILROAD</td><td>☐ MAB</td><td>☐ SUPPLEMENT</td><td>☐ ACTIVE SCHOOL ZONE</td><td colspan="4"></td></tr>
</table>

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 7

| | | |
|---|---|---|
| ★ Crash Date (MM/DD/YYYY) | ★ Crash Time (24HRMM) 0 5 0 9 | Case ID 220022446 | Local Use |

| ★ County Name TARRANT | ★ City Name FORT WORTH | ☐ Outside City Limit |
|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 0 0 . 0 0 0 0 0 | Longitude (decimal degrees) — 0 0 0 . 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**

| ★1 Rdwy. Sys. IH | ★ Hwy. Num. 820 | 2 Rdwy. Part 1 | Block Num. 100 | 3 Street Prefix | ★ Street Name SOUTHWEST | 4 Street Suffix LOOP |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit 60 | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc. ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. IH | Hwy. Num. 35 | 2 Rdwy. Part 1 | Block Num. 5600 | 3 Street Prefix | Street Name SOUTH | 4 Street Suffix FWY |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 100 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker W | Reference Marker | Street Desc. ASPHALT | RRX Num. |
|---|---|---|---|---|---|

| Unit Num. 3 | 5 Unit Desc. 4 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | LP Num. | | VIN | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Veh. Year | 6 Veh. Color | Veh. Make | | Veh. Model | | 7 Body Style | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State NC | DL/ID Num. 000038363123 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | GOODMAN   RODNEY   WENDELL | K | 30 | B | 1 | 97 | 97 | 97 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | |

| ☐ Owner ☐ Lessee | Owner/Lessee Name & Address | | |
|---|---|---|---|
| Proof of Fin. Resp. ☐ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num. |
| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1   -   - | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☐ No |
| Towed By | | Towed To | |

| Unit Num. 4 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NSF0955 | VIN 3 C 6 J R 6 D T 0 E G 1 0 0 8 4 0 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 4 | 6 Veh. Color WHI | Veh. Make DODGE | Veh. Model RAM 1500 | 7 Body Style PK | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 22469603 | 9 DL Class CM | 10 CDL End. 96 | 11 DL Rest. A | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KIRKPATRICK   NATHANIEL   LEE | N | 32 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | ROSALES   GELA | N | 43 | W | 2 | 1 | 1 | 1 | 97 | N | | Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | |

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address   ANDRES   CHRISTOPHER | | |
|---|---|---|---|
| Proof of Fin. Resp. ☐ Yes ☒ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num. |
| Fin. Resp. Phone Num. | | 27 Vehicle Damage Rating 1   12-   FC-2 | 27 Vehicle Damage Rating 2   -   - | Vehicle Inventoried ☐ Yes ☒ No |
| Towed By   DRIVEN AWAY BY DRIVER | | Towed To | |

Shanta Nowell - Appeal 10/04/22 - 005

PAGE 7/27 * RCVD AT 10/4/2022 3:19:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6033340401 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):09-24
Batch: 008116538, Audit Trail: 008116538 29, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 135**

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

**Case ID** 220022446

**TxDOT Crash ID**

Page 4 of 7

### DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

### CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

### CMV

Unit Num. ☐ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type  ☐ RGVW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

### FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

### NARRATIVE AND DIAGRAM

DIAGRAM ON SEPARATE PAGE

### INVESTIGATOR

Time Notified (24HR:MM) 0 5 2 9   How Notified BY SUPERVISOR   Time Arrived (24HR:MM) 0 6 1 5   Report Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) CARTER  CL   ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA S O U T H

Shanta Nowell - Appeal 10/04/22 - 006

Batch: 008116538, Audit Trail: 008116538 30, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 136**

Law Enforcement and TxDOT Use ONLY

[X] FATAL   [ ] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE

| Total Num. Units | 0 0 5 | Total Num. Prsns. | 0 0 4 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 5 of 7

Texas Department of Transportation

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): 0
★Crash Time (24HRMM): 0 5 0 9
Case ID: 220022446
Local Use:

★County Name: TARRANT
★City Name: FORT WORTH
[ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
Latitude (decimal degrees): 0 0 . 0 0 0 0 0
Longitude (decimal degrees): − 0 0 0 . 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys.: IH
★Hwy. Num.: 820
2 Rdwy. Part: 1
Block Num.: 100
3 Street Prefix:
★Street Name: SOUTHWEST
4 Street Suffix: LOOP

[ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
[ ] Toll Road/ Toll Lane
Speed Limit: 60
Const. Zone: [ ] Yes [X] No
Workers Present: [ ] Yes [X] No
Street Desc.: ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: [ ] Yes [X] No
1 Rdwy. Sys.: IH
Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 5600
3 Street Prefix:
Street Name: SOUTH
4 Street Suffix: FWY

Distance from Int. or Ref. Marker: 100
[X] FT [ ] MI
3 Dir. from Int. or Ref. Marker: W
Reference Marker:
Street Desc.: ASPHALT
RRX Num.:

**VEHICLE, DRIVER, & PERSONS**

Unit Num.: 5
5 Unit Desc.: 6
[ ] Parked Vehicle
[ ] Hit and Run
LP State: AR
LP Num.: AB517715
VIN:

Veh. Year: 2 0 1 0
6 Veh. Color: BLK
Veh. Make: UNKNOWN
Veh. Model: UNKNOWN
7 Body Style: TL
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Rest. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[ ] Owner [X] Lessee
Owner/Lessee Name & Address: KIRKPATRICK    NATHANIEL                                      TX

Proof of Fin. Resp.: [ ] Yes [X] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: - -
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried: [ ] Yes [X] No

Towed By: TOWED BY UNIT 5
Towed To:

Unit Num.:
5 Unit Desc.:
[ ] Parked Vehicle
[ ] Hit and Run
LP State:
LP Num.:
VIN:

Veh. Year:
6 Veh. Color:
Veh. Make:
Veh. Model:
7 Body Style:
[ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Rest. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[ ] Owner [ ] Lessee
Owner/Lessee Name & Address:

Proof of Fin. Resp.: [ ] Yes [ ] No [ ] Expired [ ] Exempt
26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: - -
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried: [ ] Yes [ ] No

Towed By:
Towed To:

Shanta Nowell - Appeal 10/04/22 - 007

Batch: 008116538, Audit Trail: 008116538 31, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 137**

Law Enforcement and TxDOT Use ONLY.  
Form CR-3    (Rev. 1/1/2018)

| Case ID | 220022446 | TxDOT Crash ID | | Page 6 of 7 |
|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 5 2 9 | How Notified BY SUPERVISOR | Time Arrived (24HR:MM) 0 6 1 5 | Report Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) CARTER  CL | ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0 | *Agency FORT WORTH POLICE DEPARTMENT | Service/Region/DA S O U T H

Shanta Nowell - Appeal 10/04/22 - 008

Batch: 008116538, Audit Trail: 008116538 32, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 138**

4-Oct-2022  19:24    +16033340401                                    +12252018313              p.11



Shanta Nowell - Appeal 10/04/22 - 009

PAGE 11/27 * RCVD AT 10/4/2022 3:19:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6033340401 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):09-24

Batch: 008116538, Audit Trail: 008116538 33, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 139**

Law Enforcement and TxDOT Use ONLY
☐ FATAL   ☐ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 0 0 2 | Total Num. Prsns. | 0 0 1 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 3

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY): _ _ / _ _ / _ _ _ _   ★Crash Time (24HRMM): 0 5 0 9   Case ID: 220023626   Local Use:

★County Name: TARRANT   ★City Name: FORT WORTH   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒Yes ☐No
Latitude (decimal degrees): 0 0 . 0 0 0 0 0 0   Longitude (decimal degrees): — 0 0 0 . 0 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**
★1 Rdwy. Sys.: IH   ★Hwy. Num.: 820   2 Rdwy. Part: 1   Block Num.: 100   3 Street Prefix:   ★Street Name: SOUTHWEST   4 Street Suffix: LOOP

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit: 60   Const. Zone: ☐Yes ☒No   Workers Present: ☐Yes ☒No   Street Desc.: ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
At Int.: ☐Yes ☒No   1 Rdwy. Sys.: IH   Hwy. Num.: 35   2 Rdwy. Part: 1   Block Num.: 5600   3 Street Prefix:   Street Name: SOUTH   4 Street Suffix: FWY

Distance from Int. or Ref. Marker: 100   ☒FT ☐MI   3 Dir. from Int. or Ref. Marker: W   Reference Marker:   Street Desc.: ASPHALT   RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 1   5 Unit Desc.: 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: HZH7534   VIN: K N A D E 2 2 3 X 9 6 4 4 5 0 6 6

Veh. Year: 2 0 0 9   6 Veh. Color: ONG   Veh. Make: KIA   Veh. Model: RIO   7 Body Style: P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1   DL/ID State: TX   DL/ID Num.: 23047075   9 DL Class: C   10 CDL End.: 96   11 DL Rest.: 96   DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | IRVING      BELINDA | A | 50 | B | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒Owner ☐Lessee   Owner/Lessee Name & Address: IRVING      BELINDA

Proof of Fin. Resp.: ☐Yes ☒No   ☐Expired ☐Exempt   26 Fin. Resp. Type:   Fin. Resp. Name:   Fin. Resp. Num.:

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 12-   FD-7   27 Vehicle Damage Rating 2: - -   Vehicle Inventoried: ☐Yes ☒No

Towed By: BEARDS TOWING   Towed To: 2530 BRENNAN AVE

Unit Num.: 2   5 Unit Desc.: 1   ☒ Parked Vehicle   ☐ Hit and Run   LP State: TX   LP Num.: NNS5172   VIN: 3 G C P C R E C X J G 2 2 0 0 4 5

Veh. Year: 2 0 1 8   6 Veh. Color: BLK   Veh. Make: CHEVROLET   Veh. Model: SILVERADO C1500   7 Body Style: PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:   DL/ID State:   DL/ID Num.:   9 DL Class:   10 CDL End.:   11 DL Rest.:   DOB (MM/DD/YYYY): _ _ / _ _ / _ _ _ _

Address (Street, City, State, ZIP):

| Person Num | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒Owner ☐Lessee   Owner/Lessee Name & Address: SOTELO      ROBERTO

Proof of Fin. Resp.: ☒Yes ☐No   ☐Expired ☐Exempt   26 Fin. Resp. Type: 2   Fin. Resp. Name: STATE FARM INS   Fin. Resp. Num.: 307 6792-B18-43K 001

Fin. Resp. Phone Num.:   27 Vehicle Damage Rating 1: 10-   FD-6   27 Vehicle Damage Rating 2: - -   Vehicle Inventoried: ☐Yes ☒No

Towed By: BEARDS   Towed To: 2530 BRENNAN AVE

Shanta Nowell - Appeal 10/04/22 - 010

Batch: 008116538, Audit Trail: 008116538 34, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 140**

Law Enforcement and TxDOT Use ONLY.
Form CR-3   (Rev. 1/1/2018)

Case ID: 220023626   TxDOT Crash ID:   Page 2 of 3

### DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | JPS | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

### CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

### CMV

Unit Num. ☐ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name   Carrier's Primary Addr.   30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR   HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num. ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

### FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects (Investigator's Opinion) Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 14 | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

### NARRATIVE AND DIAGRAM

UNIT 1 WAS TRAVELING WB AT 100 SOUTHWEST LOOP 820. UNIT 2 WAS PREVIOUSLY INVOLVED IN AN ACCIDENT (220022446) AND WAS DISABLED IN THE LANE OF TRAFFIC. UNIT 1 STRUCK UNIT 2.

DIAGRAM ON SEPARATE PAGE

### INVESTIGATOR

Time Notified (24HR:MM) 0 5 2 9   How Notified BY SUPERVISOR   Time Arrived (24HR:MM) 0 6 1 5   Report Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2

Invest. Comp. ☒ Yes ☐ No   Investigator Name (Printed) CARTER   CL   ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0   *Agency FORT WORTH POLICE DEPARTMENT   Service/Region/DA S O U T H

Shanta Nowell - Appeal 10/04/22 - 011

PAGE 13/27 * RCVD AT 10/4/2022 3:19:33 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6033340401 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):09-24

Batch: 008116538, Audit Trail: 008116538 35, Printed by: velo11, 10/5/2022 7:38 AM

| Law Enforcement and TxDOT Use ONLY.<br>DIAGRAM | Case ID 220023626 | TxDOT Crash ID | Page 3 of 3 |
|---|---|---|---|

100 SOUTHWEST LOOOP 820 WB

UNIT 1-

UNIT 2-

DRAWING NOT TO SCALE

Shanta Nowell - Appeal 10/04/22 - 012

Batch: 008116538, Audit Trail: 008116538 36, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 142**



Office of Chief Medical Examiner
Tarrant County Medical Examiner's District
Tarrant County, Texas
200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919
(817) 920-5700 FAX (817) 920-5713

## DEATH INVESTIGATION REPORT

### RODNEY WENDELL GOODMAN

**2206276**

A postmortem examination is performed by Kendall Crowns, Chief Medical Examiner, beginning at 0805 hours on March 26, 2022 at the Tarrant County Medical Examiner's Office, Fort Worth, Texas.

Autopsy technician: Elizabeth Griffin

Other persons present: None

### DECLARATION

The death of RODNEY WENDELL GOODMAN was investigated by the Tarrant County Medical Examiner's District under the statutory authority of the Tarrant County Medical Examiner.

I, Kendall Von Crowns, MD, a board certified anatomic and forensic pathologist licensed to practice medicine in the State of Texas, do declare that I personally performed or supervised the tasks described in this Medical Examiner Report. It is only after careful consideration of all the data available to me at the time this report was finalized that I attest to the diagnoses and opinions stated herein.

Numerous photographs were obtained along the course of the examination. I have personally reviewed those photographs and attest that they are representative of findings reported in this document.

Should you have questions after review of this material, please feel free to contact me at the Tarrant County Medical Examiner's Office.

Shanta Nowell - Appeal 10/04/22 - 013

Batch: 008116538, Audit Trail: 008116538 37, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 143**

GOODMAN, Rodney Wendell
2206276
Page 2 of 10

## CAUSE OF DEATH STATEMENT

CAUSE OF DEATH: BLUNT FORCE INJURIES

SIGNIFICANT CONTRIBUTING CONDITIONS: NONE

MANNER OF DEATH: ACCIDENT

KENDALL VON CROWNS, MD
Chief Medical Examiner

6.27.22
Date

Shanta Nowell - Appeal 10/04/22 - 014

Batch: 008116538, Audit Trail: 008116538 38, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 144**

GOODMAN, Rodney Wendell
2206276
Page 3 of 10

## SUMMARY AND OPINION

According to the investigative report, this 30-year-old male was reportedly involved in a chain reaction accident with five vehicles. The decedent reportedly exited his stranded vehicle on the interstate highway and was struck by one or more motor vehicles.

At external examination, the decedent exhibits multiple abrasions, lacerations and bruises about his body. Postmortem x-rays revealed fractures of the skull, air in the cranial vault, separation of the cervical spine, fracture of the right ulna (forearm), multiple pelvic fractures and near amputation of the right foot.

The postmortem toxicological analysis revealed ethanol (alcohol), methamphetamine and amphetamine.

Shanta Nowell - Appeal 10/04/22 - 015

Batch: 008116538, Audit Trail: 008116538 39, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 145**

GOODMAN, Rodney Wendell
2206276
Page 4 of 10

## EXTERNAL EXAMINATION

| | |
|---|---|
| Body bag seal: | The body bag is received sealed with a red seal with the inscription "0000981". |
| Clothing: | The body is received wearing a white shirt with a floral print, black sweat pants and black socks. |
| Personal effects: | A driver's license is recovered from the left front pocket. |
| Body length (inches, cm): | 71    180.3 |
| Body weight (pounds, kg): | 159    71.9 |
| Body mass index (kg/m$^2$): | 22.1 |
| Development: | Well-developed |
| Stature: | Well-nourished |
| Age: | Appears to be stated age |
| Anasarca: | Not present |
| Edema localized: | Not present |
| Evidence of dehydration: | Not present |
| Skin: | Unremarkable |
| Scalp hair length: | Bald |
| Scalp hair color: | Not applicable |
| Eyes: | Both eyes present |
| Irides: | Brown |
| Corneas: | Translucent |
| Sclera/bulbar conjunctivae: | White |
| Palpebral conjunctiva: | Translucent |
| Petechiae: | Not present |
| Nose: | Normally formed |
| Ears: | Normally formed |
| Lips: | Normally formed |
| Facial hair: | Mustache and goatee |
| Facial hair color: | Black |
| Maxillary dentition: | Natural |
| Mandibular dentition: | Natural |

Shanta Nowell - Appeal 10/04/22 - 016

Batch: 008116538, Audit Trail: 008116538 40, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 146**

GOODMAN, Rodney Wendell
2206276
Page 5 of 10

| | |
|---|---|
| Condition of dentition: | Fair |
| Neck: | Unremarkable |
| Trachea midline: | Yes |
| Chest development: | Normal |
| Chest symmetrical: | Yes |
| Chest diameter: | Appropriate |
| Abdomen: | Flat |
| Anus: | Unremarkable |
| Back: | Unremarkable |
| Spine: | Unremarkable |
| External genitalia: | Male |
| Breast development: | None |
| Breast masses: | None |
| Right hand digits complete: | Yes |
| Left hand digits complete: | Yes |
| Right foot digits complete: | Yes |
| Left foot digits complete: | Yes |
| Extremities: | Well-developed and symmetrical |
| Muscle group atrophy: | Not present |
| Senile purpura: | Not present |
| Pitting edema: | Not present |
| | |
| Tattoos: | Chest, back and upper extremities |
| | |
| Cosmetic piercing: | The nipples are pierced bilaterally with metal dumbbells in place. |
| | |
| Scars: | None identified |

Shanta Nowell - Appeal 10/04/22 - 017

Batch: 008116538, Audit Trail: 008116538 41, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 147**

GOODMAN, Rodney Wendell
2206276
Page 6 of 10

## POSTMORTEM CHANGES

| | |
|---|---|
| **Body temperature:** | Cool subsequent to refrigeration |
| **Rigor mortis:** | Fully fixed |
| **Livor mortis – color:** | Purple |
| **Livor mortis – fixation:** | Fully fixed |
| **Livor mortis – position:** | Posterior |
| **State of preservation:** | No decomposition |
| **Funerary Preparation(s):** | None |
| **Organ/tissue procurement:** | None |

Shanta Nowell - Appeal 10/04/22 - 018

Batch: 008116538, Audit Trail: 008116538 42, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 148**

GOODMAN, Rodney Wendell
2206276
Page 7 of 10

## MEDICAL INTERVENTION

**Evidence of medical intervention:**          None

**Injuries related to resuscitative**          None
**attempts:**

Shanta Nowell - Appeal 10/04/22 - 019

Batch: 008116538, Audit Trail: 008116538 43, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 149**

GOODMAN, Rodney Wendell
2206276
Page 8 of 10

## EVIDENCE OF INJURY

*Conventions used in description of injuries:*
1. *The body is described in the Standard Anatomic Position. Reference is to this position only.*
2. *Clock-face references are from the perspective of the observer viewing the body in the Standard Anatomic Position, with the 12 o'clock position corresponding to the top of the head.*
3. *Injuries are numbered or lettered for reference purposes only and will occasionally correspond to labeled injuries in the autopsy photographs. This is arbitrary and does not correspond to any order in which they have been incurred or degree of severity.*

**BLUNT FORCE INJURIES:**

1. On the forehead, extending onto the superior aspect of the head and the back of the head, there are multiple abrasions and lacerations ranging in size from 10 x 1.5 cm to 0.1 x 0.1 cm.
2. There is a 4 x 0.1 cm lacerated abrasion on the lateral left side of the forehead just above the left eyebrow.
3. 2 x 1 cm red bruise on the lateral left side of the face near the left eye
4. 0.5 x 0.1 cm abrasion on the lateral left side of the face
5. 2 x 1 cm abrasion on the lateral right side of the chest
6. 0.3 x 0.3 cm abrasion on the lateral left side of the chest
7. 10 x 3 cm abraded laceration of the lower lateral right side of the abdomen
8. 15 x 3 cm brush-type abrasion on the posterolateral lower left side of the back
9. 16 x 6 cm abrasion on the anterior right forearm
10. Multiple abrasions ranging in size from 6 x 3 cm to 0.5 x 0.3 cm on the posterior right forearm
11. Multiple abrasions about the right hand ranging in size from 1 x 0.5 cm to 0.3 x 0.2 cm
12. Multiple abrasions about the anterior right thigh ranging in size from 3.5 x 3.0 cm to 0.1 x 0.1 cm
13. 6 x 1 cm laceration on the anterior right leg
14. 11 x 3 cm laceration resulting in a near complete amputation of the right foot at the level of the right ankle
15. Multiple abrasions about the right foot ranging in size from 1 x 0.7 cm to 0.2 x 0.1 cm
16. Multiple abrasions ranging in size from 16 x 7 cm to 1 x 1 cm about the anterior left thigh
17. 11 x 4.5 cm abrasion on the medial aspect of the left knee
18. 11 x 4 cm horizontal laceration above the left knee
19. 2 x 1 cm abrasion on the anterior left knee
20. 1 x 0.5 cm abrasion on the inferior aspect of the left knee
21. 9 x 4 cm abraded red bruise on the anterior left leg
22. 2 x 2 cm red bruise on the anterior left leg
23. Multiple abrasions and red bruises about the dorsum of the left foot ranging in size from 2 x 2 cm to 1 x 1 cm
24. 20 x 20 cm abrasion on the posterior right leg

Shanta Nowell - Appeal 10/04/22 - 020

Batch: 008116538, Audit Trail: 008116538 44, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 150**

GOODMAN, Rodney Wendell
2206276
Page 9 of 10

## POSTMORTEM IMAGING/RADIOLOGY

Postmortem imaging reveals the following findings of forensic significance:

1. Fractures of the skull
2. Air in the cranial vault
3. Atlanto-occipital separation
4. Fracture of the right ulna
5. Multiple pelvic fractures
6. Near amputation of the right foot with separation of the foot from the leg

Shanta Nowell - Appeal 10/04/22 - 021

Batch: 008116538, Audit Trail: 008116538 45, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 151**

GOODMAN, Rodney Wendell
2206276
Page 10 of 10

## PROCEDURAL NOTES

### APPROACH TO AUTOPSY DISSECTION

| | |
|---|---|
| **Rokitansky evisceration:** | Not performed |
| **Virchow evisceration:** | Not performed |
| **Modified evisceration:** | Not performed |
| **Pericranial membrane removal:** | Not performed |
| **Anterior neck dissection:** | Not performed |
| **Posterior neck dissection:** | Not performed |
| **Facial dissection:** | Not performed |
| **Vertebral artery dissection (in situ):** | Not performed |
| **Cervical spine removal:** | Not performed |
| **Layered anterior trunk dissection:** | Not performed |
| **Anterolateral rib arc dissection:** | Not performed |
| **Back dissection:** | Not performed |
| **Posterior rib arc dissection:** | Not performed |
| **Extremity soft tissue dissection:** | Not performed |
| **Eye enucleation:** | Not performed |
| **Inner middle ear evaluation:** | Not performed |
| **Maxilla or mandible resection:** | Not performed |
| **Spinal cord removal (anterior):** | Not performed |
| **Spinal cord removal (posterior):** | Not performed |
| **Other dissection(s):** | External examination only |

KVC/sad

Shanta Nowell - Appeal 10/04/22 - 022

Batch: 008116538, Audit Trail: 008116538 46, Printed by: velol1, 10/5/2022 7:38 AM

**Lincoln/Nowell 152**



Tarrant County Medical Examiner's Office
200 Feliks Gwozdz Place
Fort Worth, TX 76104
(817) 920-5700

Kendall Crowns, M.D.
Chief Medical Examiner

Robert Johnson Ph.D., F-ABFT
Chief Toxicologist

**Toxicology Laboratory**

## Forensic Toxicology Results

TCME Case #:2206276                                      Start Date: 3/29/2022
Toxicology Work # : 2201080
Service Request No:002
Case Name : Rodney Wendell Goodman

Agency :TCME

Items: Exhibit Number(s)
7              Toxicology Specimens
7.1            Blood, Heart
7.2            Blood, Heart
7.3            Urine
7.4            Vitreous Humor

| Specimen/Analyte | Result | Instrument | Performed by |
|---|---|---|---|
| **7.1  Blood, Heart** | | | |
| Ethanol | 0.022 g/dL | GC/FID | K. Scott |
| Methamphetamine | 95 ng/mL | LC/MS | L. Hazard |
| **7.2  Blood, Heart** | | | |
| Acid / Neutral Drugs | None Detected | GC/MS | J. Bishop |
| **7.3 Urine** | | | |
| Ethanol | 0.041 g/dL | GC/FID | K. Osawa |
| Methamphetamine | Positive | LC/MS | L. Hazard |
| Amphetamine | Positive | LC/MS | L. Hazard |
| **7.4 Vitreous Humor** | | | |
| Ethanol | 0.036 g/dL | GC/FID | K. Osawa |

7.3 Immunoassay screening (ELISA) was used to screen for the following drugs or drug classes: amphetamine, methamphetamine, benzodiazepines, cocaine, opiates, cannabinoids, oxycodone, and fentanyl(s), and, if positive, confirmed quantitative/qualitative results are reported above.

The absence of an exhibit number indicates that the item was not tested, or the item was screened and not used for the purposes of generating a reported result.

_____
Robert Johnson Ph.D., F-ABFT

4/13/22
Date

Page 1 of 1

Shanta Nowell - Appeal 10/04/22 - 023

Batch: 008116538, Audit Trail: 008116538 47, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 153**



The Lincoln National Life Insurance Company
Group Life Claims
P.O. Box 2578
Omaha, NE  68172-9688
Phone 888-787-2129
Fax 603-427-1888

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

CLAIMANT or DECEASED: Rodney Wendell Goodman   DATE OF BIRTH:

ADDRESS:

EMPLOYER/GROUP POLICYHOLDER: Whataburger

I authorize any licensed physician, medical provider, pharmacy, other medical or medically related facility, police department, attorney general or district attorney's office, coroner or medical examiner's office, ambulance, government agency, including the Social Security Administration, and Veterans Administration, insurance or reinsurance company, credit or consumer reporting and investigative agencies, the medical information bureau, and any employer to release any and all of the following information regarding the claimant or deceased to the particular Company in the Lincoln Financial Group of companies to which a claim for insurance benefits has been submitted, or its legal representative, or to persons or other organizations providing claims management services:

Any and all medical information with respect to any physical or mental condition and/or treatment, including but not limited to confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health, emergency room records, consultations, history & physical exams, progress notes, operative and pathology lab reports, x-rays, tests, discharge summaries, admitting sheets, out-patient & clinic records, prescription records, and ambulance reports; Autopsy and toxicology reports;

Any and all police reports and applicable legend, including but not limited to incident reports, crime scene investigation report, and witness statements;

Attorney general or district attorney's office reports; and

Any and all other reports or records regarding, relating to, or in connection with the claimant or deceased.

I understand the Company will use any information obtained under this Authorization to determine eligibility insurance benefits under the Group Policy issued to the Group Policyholder.

Any information received will not be released to any person or organizations, EXCEPT to reinsuring companies, other companies in the Lincoln Financial Group of Companies to which a claim has been submitted, persons or other organizations providing claims management and claim advisory services to the Company, the Group Policyholder for purposes of auditing Lincoln's administration of claims under the Group Policy, or as otherwise permitted by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentations, or material non-disclosure in connection with insurance transactions.

I understand that information used or disclosed pursuant to this authorization could be subject to re-disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company, files a statement or claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

I understand this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Company in the Lincoln Financial Group of companies to which a claim has been submitted.

Signature of Claimant or Legal Representative: Shanta Nowell   Date: 7/5/2022

Print Name: Shanta Nowell

Relationship to Claimant or Deceased: Mother

DP 616 GL LNL 12/21

Shanta Nowell - Appeal 10/04/22 - 024

Batch: 008116538, Audit Trail: 008116538 48, Printed by: velo11, 10/5/2022 7:38 AM

**Lincoln/Nowell 154**



**OFFICE OF THE CHIEF MEDICAL EXAMINER
TARRANT COUNTY MEDICAL EXAMINER'S DISTRICT**

**200 Feliks Gwozdz Place
Fort Worth, Texas 76104-4919
Phone: 817-920-5700    Fax: 817-920-5713**

Date: 4/26/2022

REQUEST FOR COPY OF EXAMINATION REPORT

I hereby request a copy of the examination report of decedent:

Rodney Wendell Goodman

Tarrant County Medical Examiner District's Case Number: _____

Date of death: _____

_Shanta Nowell_
Signature

Shanta Nowell
Printed Name

Mother
Relationship to deceased

_____
Phone

( ) please mail report to me.
(✓) email report to me at the following address

If a certified copy of the report is required, please call for the current fee.

Rev. 03/2015

Shanta Nowell - Appeal 10/04/22 - 025

**Lincoln/Nowell 155**

30-Sep-2022  18:35    +16033340401                          +12252018313                    p.1



**LAW OFFICES**
——— OF ———
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 130
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

September 30, 2022

**SENT VIA CERTIFIED MAIL**
**& FAX  603-334-0401**

The Lincoln National Life Insurance Company
Disability and Life Claims
**Attn: Livia Jamerian**
P.O. Box 2578
Omaha, NE 68172-9688

> Re:    **Deceased: Rodney Goodman**
> **Policyholder: Whatabrands LLC**
> **Policy #: SA3-890-462780-01**
> **Claim #: 12649472**

Dear Ms. Jamerian,

I represent Shanta Nowell in connection with a denial **of accidental death and/or life insurance benefits.**
**Please do not initiate contact with my client except through me, including any contact by telephone, postal mail**
**or electronic means, including contact through insurer claim portals. This will further serve as a revocation of**
**any and all previous consent for contact.**

**REQUEST FOR EXTENSION OF TIME**

We are in receipt of your August 17, 2022, letter and we hereby request an extension of the October 16, 2022
deadline to allow time for receipt and evaluation of Ms. Nowell's claim file.

We are investigating and may provide additional information to be considered as part of the administrative
appeal. We ask that no final decision be made until we notify you in writing that our submission is complete even if
my client has previously submitted an appeal prior to this letter.

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

We request a copy of the entire administrative claims file to date, including, but not limited to the following,
including all data or information that exists in electronic or digital form.

1.   All governing plan documents, including, but not limited to, the summary plan description, the plan
itself, **and any and all policies of insurance covering the plan**.

2.   All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-
1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit**
**determination, but also all documents "submitted, considered, or generated in the course of making**

**Lincoln/Nowell 156**

the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."

3.    The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4.    Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5.    A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 2B, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**INSTRUCTIONS FOR ALL BENEFIT PAYMENTS**

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to J. Price McNamara, 10455 Jefferson Highway, Ste. 130, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please confirm your receipt of this letter and Lincoln's consent to the extension requested herein by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
**Law Offices of J. Price McNamara**

JPM/eej
Enclosure

Batch: 008115230, Audit Trail: 008115230 79, Printed by: velo11, 10/3/2022 8:19 AM

**Lincoln/Nowell 157**

30-Sep-2022  18:36    +16033340401                                    +12252018313                  p.3

U.S. Department of Labor          Employee Benefits Security Administration
                                  Washington, D.C.  20210



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

Batch: 008115230, Audit Trail: 008115230 80, Printed by: velo11, 10/3/2022 8:19 AM

**Lincoln/Nowell 158**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was … generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

2

Batch: 008115230, Audit Trail: 008115230 81, Printed by: velo11, 10/3/2022 8:19 AM

**Lincoln/Nowell 159**

30-Sep-2022  18:37    +16033340401                                    +12252018313            p.5

We hope this information is of assistance to you.

Sincerely,


Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

3

PAGE 5/5 * RCVD AT 9/30/2022 2:35:45 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/3 * DNIS:6033340401 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):01-54

Batch: 008115230, Audit Trail: 008115230 82, Printed by: velol1, 10/3/2022 8:19 AM

**Lincoln/Nowell 160**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




SHANTA NOWELL

**Lincoln/Nowell 161**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 334-0401

August 17, 2022

Shanta Nowell

RE:    Deceased: Rodney Goodman
       Policyholder: Whatabrands LLC
       Policy #: SA3-890-462780-01
       Claim #: 12649472

Dear Shanta Nowell:

We have completed an initial review of the above referenced claim for life insurance benefits. Unfortunately, we are unable to pay the proceeds at this time.

The policy issued to Whataburger Restaurants; LLC by The Lincoln National Life Insurance Company (Lincoln Life) states the following.

## ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS

No benefits are payable for any loss that is contributed to or caused by:
1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries, while sane or insane;

3. suicide, or suicide attempt, while sane or insane;

4. active Participation in a Riot;

5. committing or attempting to commit a felony or misdemeanor;

6. disease, bodily or mental illness (or medical or surgical treatment thereof);

7. infections, except septic infections of and through a visible wound;

8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;

9. serving full-time active duty in the Armed Forces of any country or international authority;

10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if

1  of  3

**Lincoln/Nowell 162**

the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger or working as a pilot or a crew member in any aircraft that is owned or leased by or on behalf of the Sponsor; or

11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or

12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving

Based on the above exclusions and the review of Mr. Goodman's Certificate of Death, Texas Peace Officer's Crash Report, Tarrant County Toxicology Report and Mr. Goodman's prescription history, it has been determined the Accidental Death benefit is not payable. The Certificate of Death indicates that Blunt Force Injuries as the cause of death.

The Texas Peace Officer's Crash Report states that Mr. Goodman was driving eastbound in the far-left lane of a westbound four lane highway. Mr. Goodman exited his vehicle and was struck by an oncoming vehicle. The Tarrant County Medical Examiner's Office Forensic Toxicology Results indicates the following positive findings:

**Specimen/Analyte**        **Results**
**7.1 Blood, Heart**
Ethanol              0.022 g/dL
Methamphetamine      95 ng/mL

**7.3 Urine**
Ethanol              0.041 g/dL
Methamphetamine      Positive
Amphetamine          Positive

**7.4 Vitreous Humor**
Ethanol              0.0.36 g/dL

The Milliman Intelli Script confirms that Mr. Goodman did not have a prescription for Methamphetamine and/or Amphetamine. Both Methamphetamine and Amphetamine are Schedule II controlled substances, the Accidental Death benefit is not payable under exclusion #8 of Policy as noted above.

The Toxicology findings concluded that Mr. Goodman's blood ethanol was reported as 0.022g/mL. Therefore, there is a presence of alcohol in the Covered Person's blood in this claim. This raises the presumption that Mr. Goodman was under the influence of alcohol and contributed to the cause of his death. The facts of this claim support this presumption. Therefore, alcohol caused or, at a minimum, contributed to the cause of death. As such, we have determined that the Accidental Death benefit is not payable under exclusion #11 of Policy as noted above.

**Lincoln/Nowell 163**

In addition, based on the Policy provisions and the records obtained in the accident. The documentation concluded driving eastbound on a westbound highway and the presence of both alcohol and controlled substance in Mr. Goodman's body was of a concentration that caused or contributed to the motor vehicle accident and would be considered a misdemeanor under Texas Law. Therefore, we have determined that the Accidental Death benefit is not payable under exclusion #5 of Policy as noted above.

You or your authorized representative may request a review of your denied claim.  Such request must be made in writing and submitted to us at the address below within 60 days after you receive this denial notice.

The Lincoln National Life Insurance Company
Disability & Life Claims
Attn: Livia Jamerlan
P.O. Box 2578
Omaha NE 68172-9688

Please include your reason(s) for appealing and provide any proof, including pertinent medical information, including the police report, to support your appeal.  We will then provide you with a full written explanation of the decision within 60 days of receipt of your appeal.

Please be sure to include your policy number and claim number.  If you wish, you may also submit your comments and views of the issues in writing and may request copies of the pertinent documents.

If your plan is subject to ERISA, you and your plan may have other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U. S. Department of Labor Office and your State insurance regulatory agency.  In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

If you have any questions regarding this matter, please contact me.

Sincerely,

Livia Jamerlan
Claims Examiner II
Phone No.: (888) 787-2129 Ext. 69793
Secure Fax No.: (603) 334-0401

3  of 3

**Lincoln/Nowell 164**

**From:**Shanta Nowell <spnowell28@gmail.com>
**Sent:**Wed, 10 Aug 2022 12:23:59 -0400
**To:**LifeClaimDocs
**Subject:**Re: (Secure) Death Claim 12649472 Rodney Goodman
**Attachments:**image001.png, image002.png, image003.png, image004.png, image005.png, image006.png

\*\*\*This email is from an external source. Only open links and attachments from a Trusted Sender.\*\*\*

On Fri, Jul 1, 2022, 9:57 AM LifeClaimDocs <LifeClaimDocs@lfg.com> wrote:

This message was sent securely using Zix®

Good Morning Shanta,

Please fill out the attached document at your earliest convenience. As we discussed I will also need to the Officer's phone number. Per the accident report it show CL Cater (ID 3505) as the investigator. Please let me know if you have any questions.

Thank you,

Livia

 **Livia Jamerlan**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 ext *69793
Office

603-427-1888 Fax



Notice of Confidentiality: \*\*This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.\*\*

Notice of Confidentiality: \*\*This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited

**Lincoln/Nowell 165**

and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**&#174.

**Lincoln/Nowell 166**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WHATABURGER RESTAURANTS LLC. | RODNEY GOODMAN | 12649472 |

| | | | |
|---|---|---|---|
| **Report Date:** | 07/14/2022 | | |
| **Referred By:** | Livia Jamerlan | **Claimant DOB:** | |
| **Referral Date:** | 07/11/2022 | **Job Title:** | |
| **Due Date:** | 07/29/2022 | **Medical/ Surgical Condition:** | |
| **Referral Type:** | AD&D Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LIFE |
| **Other Considerations** | | **LDW:** | 03/21/2022 |
| | | **DOD:** | |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

*Questions:*

1. *Please review the death certificate, prescription medication history, and toxicology reports. Please indicate what substances were present at the time of death and whether any of those listed are Controlled Substances as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments. Is there any evidence the deceased had valid prescriptions for any of the substances listed? If yes, were the levels indicated in the toxicology report within therapeutic range?*

2. *What are the likely side effects of a person with the levels listed on the toxicology report?*

3. *Did any of the substances listed cause or contribute to the death?*

*Analysis of Medical Documentation and Support for Responses to Referral Questions:*

- At the time of death the following controlled substances were found Mr. Goodman's blood: methamphetamine and amphetamine – Schedule II controlled substances. There is no evidence that Mr. Goodman had a valid prescription for either substance. Methamphetamine is metabolized to amphetamine but amphetamine is not metabolized to methamphetamine therefore the presence of both indicates the drug used by Mr. Goodman was methamphetamine.
- Studies support that methamphetamine use at any blood level impairs judgement and increases risk taking. In addition Mr. Goodman's blood level of alcohol 22 mg/dL,

**Lincoln/Nowell 167**

> below the legal limit of 80 mg/dL, more likely than not would have contributed to drowsiness.
- At the time of the accident Mr. Goodman had turned his car on a four lane highway into the far left lane of oncoming traffic, got out of his car and was struck by a motor vehicle. This behavior supports impairment in judgement and risk taking likely caused by the use of methamphetamine and alcohol.

Amphetamines[1] are Schedule II controlled substances which act as stimulants producing feelings of euphoria, increase alertness, arousal, as well as changes in blood pressure and heart rate. Methamphetamine is a form of an amphetamine which is structurally and functionally similar; and once in the brain, methamphetamine and amphetamine are indistinguishable. Methamphetamine differs from amphetamine in that at comparable doses, much higher levels of methamphetamine get into the brain making it a more potent stimulant than amphetamine. Methamphetamine also has a longer duration of action and has greater effects on the central nervous system leading to euphoria, motor stimulation, and anorexia than on the sympathetic nervous system which controls blood pressure and heart rate.[1]

Smoking or injecting methamphetamine puts the drug very quickly into the bloodstream and brain, causing an immediate, intense "rush" and amplifying the drugs addiction potential and adverse health consequences. The rush, or "flash," lasts only a few minutes and is described as extremely pleasurable. Snoring or oral ingestion produces euphoria – a high, but not an intense rush. Starting produce effects within 3 to 5 minutes, and oral ingestion produces effects within 15 to 20 minutes.[2]

As with many stimulants, methamphetamine is most often used in a "binging crash" pattern. Because the pleasurable effects of methamphetamine disappear even before the drug concentration in the blood falls significantly, users try to maintain a high by taking more of the drug. In some cases, people indulge in a form of binging known as a "run," forgoing food and sleep while continuing to take the drug for up to several days.[2]

Withdraw from methamphetamine occurs when the chronic abuser stops taking the drug; symptoms of withdrawal include depression, anxiety, fatigue, and an intense craving for the drug. In addition to been addicted to methamphetamine, people who use methamphetamine long-term may exhibit symptoms that can include significant anxiety, confusion, insomnia, mood disturbances, and violent behavior. They may also display a number of psychotic features, including paranoia, visual and auditory hallucinations, and delusions (for example, the sensation of insects crawling under the skin). [2]

Studies in chronic methamphetamine users have also revealed severe structural and functional changes in areas of the brain associated with emotion and memory, which may cover many of the emotional and cognitive problems observed in these individuals.[2] Among the long-term effects of methamphetamine abuse are deficits in thinking and motor skills, increased distractibility, memory loss and mood disturbances. [2]

Methamphetamine is associated with motor vehicle driving impairment.

A study of 461 patients with positive toxicology screen for methamphetamine found a significant association between methamphetamine use and injury from trauma, the majority with blunt trauma injuries involving motor vehicle accidents.[3] The propensity for risk-taking

**Lincoln/Nowell 168**

observed in methamphetamine users as well as paranoia, fearlessness, and aggression might be expected to have an adverse effect on driving behaviors.[3]

A study of methamphetamine and driving impairment found typical driving behaviors included drifting out of lane of travel, erratic driving, weaving, speeding, drifting off the road, and high speed collisions. Behavioral manifestations of methamphetamine use in persons arrested for impaired driving included rapid or confused speech, rapid pulse, agitation, paranoia, dilated pupils, violent or aggressive attitude. In addition to impairing judgment and increasing risk-taking, the effects of withdrawal from methamphetamine use including fatigue, hypersomnolence, and depression are likely contributors to many motor vehicle accidents. A consideration of the literature and cases reviewed in a study of methamphetamine and driving impairment led the authors to conclude that methamphetamine at any concentration is likely to produce symptoms that are inconsistent with safe driving.[4]

While acute dosing with amphetamines has improved driving related performance in some laboratory studies, epidemiological studies suggest an association between methamphetamine use, impaired driving, and accident culpability. A 2012 study of driving skills in methamphetamine users, most of whom met the criteria for methamphetamine dependence, found users were more likely to speed and to weave from side to side when driving. They also left less distance between their vehicle and oncoming vehicles when making a right-hand turn. Notably, this risky driving was not associated with current blood levels of methamphetamine or its principal metabolite, amphetamine, which varied widely within the methamphetamine group.[5]

Methamphetamine is metabolized to amphetamine but amphetamine is not metabolized to methamphetamine [6] therefore the presence of both in the blood indicates the drug used by Mr. Goodman was methamphetamine.

At the time of the accident Mr. Goodman's blood alcohol level was 0.022 g/dL (equals 22 mg/dL) below the legal limit of 0.08 g/dL (equals 80 mg/dL).

An adult does not need to be intoxicated or have a blood alcohol level above 0.08 g/dL to demonstrate impaired driving behavior. A review of 112 studies provides strong evidence that impairment to driving skills begin with any departure from zero BAC.[7] A person's risk of involvement in a fatal crash nearly doubles with each 0.02 g/dL (20 mg/dL) in blood alcohol concentration.[8]

Overall traffic crashes are more likely to result in death or injury if alcohol is involved. Of all alcohol related crashes in 2002, 4% resulted in death and 42% in an injury. In contrast, the crashes that did not involve alcohol, 0.6% resulted in death, and 31% in an injury. [7]

An April 2000 review of the literature on the effects of low dose of alcohol and driving related skills [9] by the National Highway Traffic Safety administration found strong evidence that impairment of some driving related skills begins with any departure from zero BAC. Researchers studied the first blood alcohol concentration at which 50% or more of behavioral tests indicated consistent impairment. With a blood alcohol level between 0.010-0.019 g/dL (10-19 mg/dL) drowsiness was observed in 50% or more of behavioral tests. An analysis of 112 reviewed studies found impairment with BACs as low as 0.009 g/dL (0.9 mg/dL.[9]

**Lincoln/Nowell 169**

Toxicology testing indicated the blood alcohol level was higher than vitreous or urine alcohol levels. This indicates that Mr. Goodman's blood alcohol level had been higher (peaked) earlier and was being metabolized and removed from the blood at the time of the accident.

***All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:***
- Milliman IntelliScript pharmacy survey

*Historical:*

Rodney Goodman was a 30-year-old who died on blunt force injuries which he sustained when he was struck by a car while standing on a highway on March 25, 2022 at approximately 5 AM. His past medical history is unknown.

**Police report**
There are two police reports on file which indicate that the two collisions described below occurred on 3/25/22 at 0509 hrs.

The first report indicates that a Hyundai Accent, driven by Mr. Goodman, was, for an unknown reason, stopped facing eastbound in the far left westbound lane of four lanes of traffic. Mr. Goodman got out of his vehicle. A Chevrolet Silverado driven by Roberto Sotelo was traveling westbound in the far left lane and did not see Mr. Goodman's Hyundai Accent striking it causing Mr. Goodman, as a pedestrian, to be thrown over the jersey barrier wall. Mr. Goodman was pronounced deceased on the scene. A Dodge Ram 1500 which was towing a trailer struck then the Chevy Silverado disabling it.

The second report indicates a Kia Rio driven by Belinda Irving struck the Chevy Silverado driven by Roberto Sotelo, which had been previously involved in an accident (220022446) and was disabled in the leftmost lane of traffic.

**Medical examiner report**
According to the investigative report, this 30-year-old male was reportedly involved in a chain reaction accident with five vehicles. The decedent reportedly exited his stranded vehicle on the interstate highway and was struck by one or more motor vehicles (this conflicts with the events described in the police report outlined above). At external examination (this report was an external examination of the body only), the decedent exhibited multiple abrasions, laceration, and bruises about his body. Postmortem x-rays revealed fractures of the skull, air in the cranial vault, separation the cervical spine, fracture of the right ulna (forearm), multiple pelvic fractures and near amputation of the right foot.

The postmortem toxicological analysis revealed ethanol (alcohol), methamphetamine and amphetamine.

**Toxicology**

*Heart blood*

| | |
|---|---|
| Ethanol | 0.022 g/dL (22 mg/dL) |
| Methamphetamine | 95 ng/mL |

**Lincoln/Nowell 170**

*Urine*
Ethanol                         0.041 g/dL (41 mg/dL)
Methamphetamine                 positive
Amphetamine                     positive

*Vitreous humor*
Ethanol                         0.036 g/dL (36 mg/dL)

**Death certificate**
Date and time of death – March 25, 2022 at 05:36 AM (actual or presumed)
Cause of death – Blunt force injuries
Significant conditions contributing to death – none
Describe how injury occurred – pedestrian struck by motor vehicle(s)
Date of injury – March 25, 2022
Time of injury –05:09 AM

**Milliman IntelliScript pharmacy survey**
Azithromycin filled 2/15/19 at CVS pharmacy

*Electronically signed by:*
*Robert P. Millstein, MD*
*Board Certified in Internal Medicine by the American Board of Internal Medicine*

*References:*

1.  Medications Development Research for Treatment of Amphetamine and Methamphetamine Addiction Report to Congress The National Institute on Drug Abuse, National Institutes of Health Department of Health and Human Services August 2005
2.  https://nida.nih.gov/research-topics/commonly-used-drugs-charts#methamphetamine
3.  Janie Sheridan, Sara Bennett, Carolyn Coggan, Amanda Wheeler, and Karen McMillan Injury associated with methamphetamine use: A review of the literature Harm Reduct J. 2006; 3: 14.
4.  BK Logan Methamphetamine and Driving Impairment ASTM International Volume 41, Issue 3, 01 May 1996
5.  David Bosanquet, Hamish G. MacDougall, Stephen J. Rogers, Graham A. Starmer, Rebecca McKetin, Alexander Blaszczynski & Iain S. McGregor Driving on ice: impaired driving skills in current methamphetamine users July 29, 2012 Psychopharmacology volume 225, pages161–172
6.  Amphetamine-Type Stimulants (ATS) Mayo Clinic laboratories website accessed online 8/10/21
7.  Ralph Hingson, ScD, Michael Winter MPH Epidemiology and consequences of drinking and driving Alcohol Res Health 2003; 27 (1) 63 – 78
8.  Ralph Hingson, ScD, Timothy Heeren, PhD and Michael Winter, MPH Preventing Impaired Driving Alcohol Research and Health vol. 23, no 1, 1999
9.  H. Moscowitz, D. Fiorentino A review of the literature on the effects of low doses of alcohol on driving related skills US Department of Transportation, National Highway traffic safety administration April 2000 accessed online 03/30/22

**Lincoln/Nowell 171**



*This report was written with the use of voice recognition software. It may contain inadvertent spelling errors, which were not detected during editing. Please do not hesitate to contact me if there any questions or concerns.*

**Lincoln/Nowell 172**



Milliman
**IntelliScript®**

| APPLICANT NAME | SSN | DOB | GENDER | AGE | ZIP CODE |
|---|---|---|---|---|---|
| Rodney Goodman | | | M | 30 | |

| CASE NUMBER | 12649472 | OWNER | David MacFadzen |
|---|---|---|---|
| CREATED | 7/7/2022 | ORDERED BY | David MacFadzen |
| | | DRUG MAPPING | LFGGrpLifeClm |

# RX SUMMARY



**AZITHROMYCIN (Azithromycin)**                    LOW        1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Bacterial Exacerbation of COPD | 1   Marshall McCoy |
| Bacterial Infection | |
| Bacterial Pneumonia | |
| Acute Bacterial Sinusitis | |
| Genitourinary Infection | |
| Genitourinary Infection due to Chlamydia Trachomatis | |
| Upper Respiratory Tract Infection | |
| Community Acquired Pneumonia | |
| Disseminated Mycobacterium Avium Complex | |
| Disseminated Mycobacterium Avium Complex Infection | |
| Pelvic Inflammatory Disease | |
| Uncomplicated Skin and Skin Structure Infection | |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| LOW | AZITHROMYCIN | Azithromycin Tab 250 MG | McCoy | CVS PHARMACY #07047 | 2/15/2019 | 6 | 5 |

**Lincoln/Nowell 173**



## DOCTORS

| | | | | | FIRST FILL | LAST FILL |
|---|---|---|---|---|---|---|
| **Marshall McCoy**<br>Emergency Medicine<br>101 Manning Dr<br>Chapel Hill, NC 27514<br>919-966-7890 | DRUGS<br>AZITHROMYCIN | LOW | 1 Fill | | 02/15/2019 — | 02/15/2019 |

## PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **CVS PHARMACY #07047**<br>3573 HILLSBOROUGH RD<br>DURHAM, NC 27705<br>919-383-0171 | AZITHROMYCIN | LOW | 02/15/2019 |

## CASE ADDITIONAL DETAILS

Authorization Type   **Paper or Electronic**

**Lincoln/Nowell 174**



**Lincoln Financial Group**

The Lincoln National Life Insurance Company
Group Life Claims
P.O. Box 2578
Omaha, NE  68172-9688
Phone 888-787-2129
Fax 603-427-1888

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

| CLAIMANT or DECEASED | Rodney Wendell Goodman | DATE OF BIRTH |
|---|---|---|
| ADDRESS | | |
| EMPLOYER/GROUP POLICYHOLDER | Whataburger | |

I authorize any licensed physician, medical provider, pharmacy, other medical or medically related facility, police department, attorney general or district attorney's office, coroner or medical examiner's office, ambulance, government agency, including the Social Security Administration, and Veterans Administration, insurance or reinsurance company, credit or consumer reporting and investigative agencies, the medical information bureau, and any employer to release any and all of the following information regarding the claimant or deceased to the particular Company in the Lincoln Financial Group of companies to which a claim for insurance benefits has been submitted, or its legal representative, or to persons or other organizations providing claims management services:

Any and all medical information with respect to any physical or mental condition and/or treatment, including but not limited to confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health, emergency room records, consultations, history & physical exams, progress notes, operative and pathology lab reports, x-rays, tests, discharge summaries, admitting sheets, out-patient & clinic records, prescription records, and ambulance reports; Autopsy and toxicology reports;
Any and all police reports and applicable legend, including but not limited to incident reports, crime scene investigation report, and witness statements;
Attorney general or district attorney's office reports; and
Any and all other reports or records regarding, relating to, or in connection with the claimant or deceased.

I understand the Company will use any information obtained under this Authorization to determine eligibility insurance benefits under the Group Policy issued to the Group Policyholder.

Any information received will not be released to any person or organizations, EXCEPT to reinsuring companies, other companies in the Lincoln Financial Group of Companies to which a claim has been submitted, persons or other organizations providing claims management and claim advisory services to the Company, the Group Policyholder for purposes of auditing Lincoln's administration of claims under the Group Policy, or as otherwise permitted by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentations, or material non-disclosure in connection with insurance transactions.

I understand that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company, files a statement or claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

I understand this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Company in the Lincoln Financial Group of companies to which a claim has been submitted.

Signature of Claimant or Legal Representative: _Shanta Nowell_    Date: _7/5/2022_

Print Name: _Shanta Nowell_

Relationship to Claimant or Deceased: _Mother_

DP 616 GL LNL 12/2)

**Lincoln/Nowell 175**

**From:**Shanta Nowell <spnowell28@gmail.com>
**Sent:**Tue, 5 Jul 2022 09:05:35 -0400
**To:**LifeClaimDocs
**Subject:**12649472 Rodney Goodman
**Attachments:**DOC070522-07052022083816.pdf


***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Jamerlan,

Please see the attached document. The name of the detective is Mr. Carter and he can be reached at 817-392-4850 ext 4885. Please let me know if you need additional information.

Thank you,
Shanta Nowell

**Lincoln/Nowell 176**

**From:**Shanta Nowell <spnowell28@gmail.com>
**Sent:**Tue, 5 Jul 2022 09:05:35 -0400
**To:**LifeClaimDocs
**Subject:**12649472 Rodney Goodman
**Attachments:**DOC070522-07052022083816.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Jamerlan,

Please see the attached document. The name of the detective is Mr. Carter and he can be reached at 817-392-4850 ext 4885. Please let me know if you need additional information.

Thank you,
Shanta Nowell

**Lincoln/Nowell 177**

**From:** LifeClaimDocs
**Sent:** Fri, 1 Jul 2022 13:57:13 +0000
**To:** spnowell28@gmail.com
**Subject:** (Secure) Death Claim 12649472 Rodney Goodman
**Attachments:** DP 616 GL Authorization to Obtain and Release LNL 12-21.pdf

Good Morning Shanta,

Please fill out the attached document at your earliest convenience. As we discussed I will also need to the Officer's phone number. Per the accident report it show CL Cater (ID 3505) as the investigator. Please let me know if you have any questions.

Thank you,
Livia



**Livia Jamerlan**
Life Claims Examiner
Life Claims

888-787-2129 ext *69793 Office

603-427-1888 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Nowell 178**



**Toxicology Laboratory**

Tarrant County Medical Examiner's Office
200 Feliks Gwozdz Place
Fort Worth, TX 76104
(817) 920-5700

Kendall Crowns, M.D.
Chief Medical Examiner

Robert Johnson Ph.D., F-ABFT
Chief Toxicologist

## Forensic Toxicology Results

TCME Case #:2206276
Toxicology Work # : **2201080**
Service Request No:002
Case Name : **Rodney Wendell Goodman**

Start Date: 3/29/2022

Agency :TCME

**Items: Exhibit Number(s)**

| | |
|---|---|
| 7 | Toxicology Specimens |
| 7.1 | Blood, Heart |
| 7.2 | Blood, Heart |
| 7.3 | Urine |
| 7.4 | Vitreous Humor |

| Specimen/Analyte | Result | Instrument | Performed by |
|---|---|---|---|
| **7.1  Blood, Heart** | | | |
| Ethanol | 0.022 g/dL | GC/FID | K. Scott |
| Methamphetamine | 95 ng/mL | LC/MS | L. Hazard |
| **7.2  Blood, Heart** | | | |
| Acid / Neutral Drugs | None Detected | GC/MS | J. Bishop |
| **7.3 Urine** | | | |
| Ethanol | 0.041 g/dL | GC/FID | K. Osawa |
| Methamphetamine | Positive | LC/MS | L. Hazard |
| Amphetamine | Positive | LC/MS | L. Hazard |
| **7.4 Vitreous Humor** | | | |
| Ethanol | 0.036 g/dL | GC/FID | K. Osawa |

**7.3** Immunoassay screening (ELISA) was used to screen for the following drugs or drug classes: amphetamine, methamphetamine, benzodiazepines, cocaine, opiates, cannabinoids, oxycodone, and fentanyl(s), and, if positive, confirmed quantitative/qualitative results are reported above.

The absence of an exhibit number indicates that the item was not tested, or the item was screened and not used for the purposes of generating a reported result.

Robert Johnson Ph.D., F-ABFT

4/13/22

Date

Page 1 of 1

**Lincoln/Nowell 179**



Office of Chief Medical Examiner
Tarrant County Medical Examiner's District
Tarrant County, Texas
200 Feliks Gwozdz Place, Fort Worth, Texas 76104-4919
(817) 920-5700 FAX (817) 920-5713

# DEATH INVESTIGATION REPORT

## RODNEY WENDELL GOODMAN

**2206276**

A postmortem examination is performed by Kendall Crowns, Chief Medical Examiner, beginning at 0805 hours on March 26, 2022 at the Tarrant County Medical Examiner's Office, Fort Worth, Texas.

Autopsy technician: Elizabeth Griffin

Other persons present: None

## DECLARATION

The death of RODNEY WENDELL GOODMAN was investigated by the Tarrant County Medical Examiner's District under the statutory authority of the Tarrant County Medical Examiner.

I, Kendall Von Crowns, MD, a board certified anatomic and forensic pathologist licensed to practice medicine in the State of Texas, do declare that I personally performed or supervised the tasks described in this Medical Examiner Report. It is only after careful consideration of all the data available to me at the time this report was finalized that I attest to the diagnoses and opinions stated herein.

Numerous photographs were obtained along the course of the examination. I have personally reviewed those photographs and attest that they are representative of findings reported in this document.

Should you have questions after review of this material, please feel free to contact me at the Tarrant County Medical Examiner's Office.

**Lincoln/Nowell 180**

GOODMAN, Rodney Wendell
2206276
Page 2 of 10

## CAUSE OF DEATH STATEMENT

**CAUSE OF DEATH:** BLUNT FORCE INJURIES

**SIGNIFICANT CONTRIBUTING CONDITIONS:** NONE

**MANNER OF DEATH:** ACCIDENT

_____          6·27·22
KENDALL VON CROWNS, MD                    Date
Chief Medical Examiner

**Lincoln/Nowell 181**

GOODMAN, Rodney Wendell
2206276
Page 3 of 10

_____

## SUMMARY AND OPINION

According to the investigative report, this 30-year-old male was reportedly involved in a chain reaction accident with five vehicles. The decedent reportedly exited his stranded vehicle on the interstate highway and was struck by one or more motor vehicles.

At external examination, the decedent exhibits multiple abrasions, lacerations and bruises about his body. Postmortem x-rays revealed fractures of the skull, air in the cranial vault, separation of the cervical spine, fracture of the right ulna (forearm), multiple pelvic fractures and near amputation of the right foot.

The postmortem toxicological analysis revealed ethanol (alcohol), methamphetamine and amphetamine.

**Lincoln/Nowell 182**

GOODMAN, Rodney Wendell
2206276
Page 4 of 10

## EXTERNAL EXAMINATION

| | |
|---|---|
| Body bag seal: | The body bag is received sealed with a red seal with the inscription "0000981". |
| Clothing: | The body is received wearing a white shirt with a floral print, black sweat pants and black socks. |
| Personal effects: | A driver's license is recovered from the left front pocket. |
| Body length (inches, cm): | 71    180.3 |
| Body weight (pounds, kg): | 159    71.9 |
| Body mass index (kg/m$^2$): | 22.1 |
| Development: | Well-developed |
| Stature: | Well-nourished |
| Age: | Appears to be stated age |
| Anasarca: | Not present |
| Edema localized: | Not present |
| Evidence of dehydration: | Not present |
| Skin: | Unremarkable |
| Scalp hair length: | Bald |
| Scalp hair color: | Not applicable |
| Eyes: | Both eyes present |
| Irides: | Brown |
| Corneas: | Translucent |
| Sclera/bulbar conjunctivae: | White |
| Palpebral conjunctiva: | Translucent |
| Petechiae: | Not present |
| Nose: | Normally formed |
| Ears: | Normally formed |
| Lips: | Normally formed |
| Facial hair: | Mustache and goatee |
| Facial hair color: | Black |
| Maxillary dentition: | Natural |
| Mandibular dentition: | Natural |

**Lincoln/Nowell 183**

GOODMAN, Rodney Wendell
2206276
Page 5 of 10

| | |
|---|---|
| Condition of dentition: | Fair |
| Neck: | Unremarkable |
| Trachea midline: | Yes |
| Chest development: | Normal |
| Chest symmetrical: | Yes |
| Chest diameter: | Appropriate |
| Abdomen: | Flat |
| Anus: | Unremarkable |
| Back: | Unremarkable |
| Spine: | Unremarkable |
| External genitalia: | Male |
| Breast development: | None |
| Breast masses: | None |
| Right hand digits complete: | Yes |
| Left hand digits complete: | Yes |
| Right foot digits complete: | Yes |
| Left foot digits complete: | Yes |
| Extremities: | Well-developed and symmetrical |
| Muscle group atrophy: | Not present |
| Senile purpura: | Not present |
| Pitting edema: | Not present |
| Tattoos: | Chest, back and upper extremities |
| Cosmetic piercing: | The nipples are pierced bilaterally with metal dumbbells in place. |
| Scars: | None identified |

**Lincoln/Nowell 184**

GOODMAN, Rodney Wendell
2206276
Page 6 of 10

## POSTMORTEM CHANGES

| | |
|---|---|
| **Body temperature:** | Cool subsequent to refrigeration |
| **Rigor mortis:** | Fully fixed |
| **Livor mortis – color:** | Purple |
| **Livor mortis – fixation:** | Fully fixed |
| **Livor mortis – position:** | Posterior |
| **State of preservation:** | No decomposition |
| **Funerary Preparation(s):** | None |
| **Organ/tissue procurement:** | None |

**Lincoln/Nowell 185**

GOODMAN, Rodney Wendell
2206276
Page 7 of 10

## MEDICAL INTERVENTION

**Evidence of medical intervention:**            None

**Injuries related to resuscitative**            None
**attempts:**

**Lincoln/Nowell 186**

GOODMAN, Rodney Wendell
2206276
Page 8 of 10

## EVIDENCE OF INJURY

*Conventions used in description of injuries:*
1. *The body is described in the Standard Anatomic Position. Reference is to this position only.*
2. *Clock-face references are from the perspective of the observer viewing the body in the Standard Anatomic Position, with the 12 o'clock position corresponding to the top of the head.*
3. *Injuries are numbered or lettered for reference purposes only and will occasionally correspond to labeled injuries in the autopsy photographs. This is arbitrary and does not correspond to any order in which they have been incurred or degree of severity.*

**BLUNT FORCE INJURIES:**

1. On the forehead, extending onto the superior aspect of the head and the back of the head, there are multiple abrasions and lacerations ranging in size from 10 x 1.5 cm to 0.1 x 0.1 cm.
2. There is a 4 x 0.1 cm lacerated abrasion on the lateral left side of the forehead just above the left eyebrow.
3. 2 x 1 cm red bruise on the lateral left side of the face near the left eye
4. 0.5 x 0.1 cm abrasion on the lateral left side of the face
5. 2 x 1 cm abrasion on the lateral right side of the chest
6. 0.3 x 0.3 cm abrasion on the lateral left side of the chest
7. 10 x 3 cm abraded laceration of the lower lateral right side of the abdomen
8. 15 x 3 cm brush-type abrasion on the posterolateral lower left side of the back
9. 16 x 6 cm abrasion on the anterior right forearm
10. Multiple abrasions ranging in size from 6 x 3 cm to 0.5 x 0.3 cm on the posterior right forearm
11. Multiple abrasions about the right hand ranging in size from 1 x 0.5 cm to 0.3 x 0.2 cm
12. Multiple abrasions about the anterior right thigh ranging in size from 3.5 x 3.0 cm to 0.1 x 0.1 cm
13. 6 x 1 cm laceration on the anterior right leg
14. 11 x 3 cm laceration resulting in a near complete amputation of the right foot at the level of the right ankle
15. Multiple abrasions about the right foot ranging in size from 1 x 0.7 cm to 0.2 x 0.1 cm
16. Multiple abrasions ranging in size from 16 x 7 cm to 1 x 1 cm about the anterior left thigh
17. 11 x 4.5 cm abrasion on the medial aspect of the left knee
18. 11 x 4 cm horizontal laceration above the left knee
19. 2 x 1 cm abrasion on the anterior left knee
20. 1 x 0.5 cm abrasion on the inferior aspect of the left knee
21. 9 x 4 cm abraded red bruise on the anterior left leg
22. 2 x 2 cm red bruise on the anterior left leg
23. Multiple abrasions and red bruises about the dorsum of the left foot ranging in size from 2 x 2 cm to 1 x 1 cm
24. 20 x 20 cm abrasion on the posterior right leg

**Lincoln/Nowell 187**

GOODMAN, Rodney Wendell
2206276
Page 9 of 10

## POSTMORTEM IMAGING/RADIOLOGY

Postmortem imaging reveals the following findings of forensic significance:

1. Fractures of the skull
2. Air in the cranial vault
3. Atlanto-occipital separation
4. Fracture of the right ulna
5. Multiple pelvic fractures
6. Near amputation of the right foot with separation of the foot from the leg

**Lincoln/Nowell 188**

GOODMAN, Rodney Wendell
2206276
Page 10 of 10

## PROCEDURAL NOTES

### APPROACH TO AUTOPSY DISSECTION

| | |
|---|---|
| Rokitansky evisceration: | Not performed |
| Virchow evisceration: | Not performed |
| Modified evisceration: | Not performed |
| Pericranial membrane removal: | Not performed |
| Anterior neck dissection: | Not performed |
| Posterior neck dissection: | Not performed |
| Facial dissection: | Not performed |
| Vertebral artery dissection (in situ): | Not performed |
| Cervical spine removal: | Not performed |
| Layered anterior trunk dissection: | Not performed |
| Anterolateral rib arc dissection: | Not performed |
| Back dissection: | Not performed |
| Posterior rib arc dissection: | Not performed |
| Extremity soft tissue dissection: | Not performed |
| Eye enucleation: | Not performed |
| Inner middle ear evaluation: | Not performed |
| Maxilla or mandible resection: | Not performed |
| Spinal cord removal (anterior): | Not performed |
| Spinal cord removal (posterior): | Not performed |
| Other dissection(s): | External examination only |

KVC/sad

**Lincoln/Nowell 189**

**From:**Shanta Nowell <spnowell28@gmail.com>
**Sent:**Thu, 30 Jun 2022 19:58:01 -0400
**To:**LifeClaimDocs
**Subject:**Claim #12649472
**Attachments:**2206276 TOX.pdf, 2206276 GOODMAN EXAM REPORT.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached.

Thank you,
Shanta Nowell

**Lincoln/Nowell 190**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


SHANTA NOWELL

**Lincoln/Nowell 191**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

June 1, 2022

Shanta Nowell

RE:    Deceased: Rodney Goodman
       Policyholder: Whatabrands LLC
       Policy #: SA3-890-462780-01
       Claim #: 12649472

Dear Shanta Nowell:

Please accept our condolences on the passing of your loved one.

The Lincoln National Life Insurance Company has previously sent you a letter regarding the Accident Death and Dismemberment (hereinafter "AD&D") claim submitted by Whatabrands, LLC.

In order to complete our investigation of the AD&D benefits, please submit a copy of any of the following applicable reports:

●  **Toxicology Report**

If you choose not to pursue AD&D Benefits, please advise us in writing to the address listed above advising us of your intent to withdrawn the claim for AD&D Benefits.

Please send the necessary document back in the enclosed self-addressed stamped envelope. In an effort to expedite our review process you may fax this documentation to (603) 427-1888 or you may email it to LifeClaimDocs@lfg.com.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® services provided by ComPsych® Corporation.  The services provided by this program are specifically designed to offer assistance with grief, legal, and financial issues.  To access *LifeKeys*® services, please 1-855-891-3684.

If you have any questions regarding this matter, please contact me.

1  of  2

**Lincoln/Nowell 192**

Sincerely,

Livia Jamerlan
Claims Examiner II
Phone No.: (888) 787-2129 Ext. 69793
Secure Fax No.: (603) 427-1888

2  of  2

**Lincoln/Nowell 193**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




C&J FINANCIAL LLC
PO BOX 57250
SALT LAKE CITY UT 84157

**Lincoln/Nowell 194**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

May 3, 2022

C&J Financial LLC
PO BOX 57250
SALT LAKE CITY, UT 84157

RE:     Deceased: Rodney Goodman
        Policyholder: Whatabrands LLC
        Policy #: SA3-890-462780-01
        Claim #: 12649472

To Whom It May Concern:

Please find enclosed the Life Benefit payment of $19,550.75. This amount represents full settlement of the Group Life Insurance claim referenced above.

We extend our condolences at this difficult time.

If you have any questions regarding this matter, please contact your assigned Life Claims Examiner at the number below.

Sincerely,

Ashley Constantino
Telephonic Intake Rep
On Behalf Of: Livia Jamerlan
Phone No.: (888) 787-2129 Ext. 69793
Secure Fax No.: (603) 427-1888

1  of  1

**Lincoln/Nowell 195**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688


SHANTA NOWELL

**Lincoln/Nowell 196**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

May 3, 2022

Shanta Nowell

RE:    Deceased: Rodney Goodman
       Policyholder: Whatabrands LLC
       Policy #: SA3-890-462780-01
       Claim #: 12649472

Dear Shanta Nowell:

Please find enclosed the Life Benefit payment of $30,457.47.  This amount represents full settlement of the Group Life Insurance claim referenced above. The above amount includes $8.22, which is the interest earned at a rate of 1%.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® services provided by ComPsych® Corporation.  The services provided by this program are specifically designed to offer assistance with grief, legal, and financial issues.  To access LifeKeys® services, please call 1-855-891-3684.

We extend our condolences at this difficult time.

As directed by you, we processed a payment to C&J Financial, LLC,  in the amount of $19,550.75.

If you have any questions regarding this matter, please contact your assigned Life Claims Examiner at the number below.

Sincerely,

Ashley Constantino
Telephonic Intake Rep
On Behalf Of: Livia Jamerlan
Phone No.: (888) 787-2129 Ext. 69793
Secure Fax No.: (603) 427-1888

**Lincoln/Nowell 197**

Case 5:23-cv-00060-JKP   Document 13-3   Filed 06/01/23   Page 134 of 202

Lincoln/Nowell 198

## Death Claim Worksheet

| WS Date: | 5/2/2022 | | Assigned Analyst: | L. Jamerlan | |
|---|---|---|---|---|---|

| Claim: | 12649472 | | Customer: | WHATABURGER RESTAURANTS LLC. |
|---|---|---|---|---|
| Grand Total of Amount of Checks Paid Today: | | | $50,008.22 | |

### #1 Beneficiary Name: Shanta Nowell

| AD&D? | Acc | FHA? | Yes | Consent & Notice: | No | | | |
|---|---|---|---|---|---|---|---|---|
| EAP: | Yes #1 | NJ Tax Form: | No | Date Paid: | 5/3/2022 | Payment Is: | Partial Payment | |

| Interest: | Yes | Interest %: 1 | Notes: |
|---|---|---|---|
| | | | |
| Basic: | | $30,449.25 | |
| Optional: | | | |
| AD&D: | | | |
| Opt AD&D: | | | |
| Riders: | | | |
| Interest: | | $8.22 | |
| Total Due Today: | | $30,457.47 | |

### #2 Beneficiary Name: C&J Financial LLC

| AD&D? | No | FHA? | Yes | Consent & Notice: | No | | | |
|---|---|---|---|---|---|---|---|---|
| EAP: | No | NJ Tax Form: | No | Date Paid: | 5/3/2022 | Payment Is: | Full Payment | |

| Interest: | | Interest %: | Notes: |
|---|---|---|---|
| | | | |
| Basic: | | $19,550.75 | |
| Optional: | | | |
| AD&D: | | | |
| Opt AD&D: | | | |
| Riders: | | | |
| Interest: | | | |
| Total Due Today: | | $19,550.75 | |

Case 5:23-cv-00060-JKP    Document 13-3    Filed 06/01/23    Page 135 of 202

Lincoln/Nowell 199

### #3 Beneficiary Name:

| AD&D? |  | FHA |  | Consent & Notice: |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| EAP: |  | NJ Tax Form: |  | Date Paid: |  |  | Payment Is: |  |

| Interest: |  | Interest %: |  |
|---|---|---|---|
|  |  |  |  |
| Basic: |  |  |  |
| Optional: |  |  |  |
| AD&D: |  |  |  |
| Opt AD&D: |  |  |  |
| Riders: |  |  |  |
| Interest: |  |  |  |
| Total Due Today: | $0.00 |  |  |

Notes:

### #4 Beneficiary Name:

| AD&D? |  | FHA? |  | Consent & Notice: |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| EAP: |  | NJ Tax Form: |  | Date Paid: |  |  | Payment Is: |  |

| Interest: |  | Interest %: |  |
|---|---|---|---|
|  |  |  |  |
| Basic: |  |  |  |
| Optional: |  |  |  |
| AD&D: |  |  |  |
| Opt AD&D: |  |  |  |
| Riders: |  |  |  |
| Interest: |  |  |  |
| Total Due Today: | $0.00 |  |  |

Notes:

Lincoln/Nowell 200

### #5 Beneficiary Name:

| AD&D? | | FHA | | Consent & Notice: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EAP: | | NJ Tax Form: | | Date Paid: | | | | Payment Is: | |

| Interest: | | Interest %: | | Notes: |
|---|---|---|---|---|
| | | | | |
| Basic: | | | | |
| Optional: | | | | |
| AD&D: | | | | |
| Opt AD&D: | | | | |
| Riders: | | | | |
| Interest: | | | | |
| Total Due Today: | | $0.00 | | |

### #6 Beneficiary Name:

| AD&D? | | FHA? | | Consent & Notice: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EAP: | | NJ Tax Form: | | Date Paid: | | | | Payment Is: | |

| Interest: | | Interest %: | | Notes: |
|---|---|---|---|---|
| | | | | |
| Basic: | | | | |
| Optional: | | | | |
| AD&D: | | | | |
| Opt AD&D: | | | | |
| Riders: | | | | |
| Interest: | | | | |
| Total Due Today: | | $0.00 | | |

### #7 Beneficiary Name:

Case 5:23-cv-00060-JKP    Document 13-3    Filed 06/01/23    Page 137 of 202

Lincoln/Nowell 201

| AD&D? | | FHA? | | Consent & Notice: | | | | | |
|-------|--|------|--|-------------------|--|--|--|--|--|
| EAP: | | NJ Tax Form: | | Date Paid: | | | Payment Is: | | |

| Interest: | | Interest %: | | Notes: |
|-----------|--|-------------|--|--------|
| | | | | |
| Basic: | | | | |
| Optional: | | | | |
| AD&D: | | | | |
| Opt AD&D: | | | | |
| Riders: | | | | |
| Interest: | | | | |
| Total Due Today: | | $0.00 | | |

**#8 Beneficiary Name:**

| AD&D? | | FHA? | | Consent & Notice: | | | | | |
|-------|--|------|--|-------------------|--|--|--|--|--|
| EAP: | | NJ Tax Form: | | Date Paid: | | | Payment Is: | | |

| Interest: | | Interest %: | | Notes: |
|-----------|--|-------------|--|--------|
| | | | | |
| Basic: | | | | |
| Optional: | | | | |
| AD&D: | | | | |
| Opt AD&D: | | | | |
| Riders: | | | | |
| Interest: | | | | |
| Total Due Today: | | $0.00 | | |

**#9 Beneficiary Name:**

Case 5:23-cv-00060-JKP    Document 13-3    Filed 06/01/23    Page 138 of 202

Lincoln/Nowell 202

| AD&D? | | FHA? | | Consent & Notice: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EAP: | | NJ Tax Form: | | Date Paid: | | | Payment Is: | | |

| Interest: | | Interest %: | | Notes: |
|---|---|---|---|---|
| | | | | |
| Basic: | | | | |
| Optional: | | | | |
| AD&D: | | | | |
| Opt AD&D: | | | | |
| Riders: | | | | |
| Interest: | | | | |
| Total Due Today: | | $0.00 | | |

## #10 Beneficiary Name:

| AD&D? | | FHA? | | Consent & Notice: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EAP: | | NJ Tax Form: | | Date Paid: | | | Payment Is: | | |

| Interest: | | Interest %: | | Notes: |
|---|---|---|---|---|
| | | | | |
| Basic: | | | | |
| Optional: | | | | |
| AD&D: | | | | |
| Opt AD&D: | | | | |
| Riders: | | | | |
| Interest: | | | | |
| Total Due Today: | | $0.00 | | |

## #11 Beneficiary Name:

| AD&D? | | FHA? | | Consent & Notice: | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Case 5:23-cv-00060-JKP    Document 13-3    Filed 06/01/23    Page 139 of 202

Lincoln/Nowell 203

| EAP: | | NJ Tax Form: | | Date Paid: | | Payment Is: | |
|------|---|--------------|---|------------|---|-------------|---|

| Interest: | | Interest %: | | Notes: |
|-----------|---|-------------|---|--------|
| Basic: | | | | |
| Optional: | | | | |
| AD&D: | | | | |
| Opt AD&D: | | | | |
| Riders: | | | | |
| Interest: | | | | |
| Total Due Today: | | $0.00 | | |

**#12 Beneficiary Name:**

| AD&D? | | FHA? | | Consent & Notice: | | | |
|-------|---|------|---|-------------------|---|---|---|
| EAP: | | NJ Tax Form: | | Date Paid: | | Payment Is: | |

| Interest: | | Interest %: | | Notes: |
|-----------|---|-------------|---|--------|
| Basic: | | | | |
| Optional: | | | | |
| AD&D: | | | | |
| Opt AD&D: | | | | |
| Riders: | | | | |
| Interest: | | | | |
| Total Due Today: | | $0.00 | | |

**STATE OF TEXAS**
**CERTIFICATION OF VITAL RECORD**

## TARRANT COUNTY

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

Apr 23 2022

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER 142-22-077719 |
|---|---|---|

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) — RODNEY WENDELL GOODMAN

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR Mo | IF UNDER 1 DAY Hours | Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|---|
| MALE | FEBRUARY 26, 1992 | 30 | | | | WILMINGTON, NC |

7. SOCIAL SECURITY NUMBER

8. MARITAL STATUS AT TIME OF DEATH:
☐ Married   ☐ Widowed (and not remarried)
☐ Divorced (and not remarried)   ☒ Never Married   ☐ Unknown

9. SURVIVING SPOUSE'S NAME (if spouse, give name prior to first marriage)

| 10a. RESIDENCE STREET ADDRESS | | 10b. APT. NO | 10c. CITY OR TOWN |
|---|---|---|---|
| 6100 BIANCA CIR | | 168 | FORT WORTH |

| 10c. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| TARRANT | TEXAS | 76132 | ☒ Yes   ☐ No |

11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE — NA   NA

12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE — SHANTA   NOWELL

13. PLACE OF DEATH (CHECK ONLY ONE)

IF DEATH OCCURRED IN A HOSPITAL:
☐ Inpatient   ☐ ER/Outpatient   ☐ DOA

IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:
☐ Hospice Facility   ☐ Nursing Home   ☐ Decedent's Home   ☒ Other (Specify) PUBLIC ROADWAY

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP OF OUTSIDE CITY LIMITS, GIVE PRECINCT NO. | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| TARRANT | FORT WORTH, 76115 | 200 BLOCK INTERSTATE 20 WB |

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED — SHANTA NOWELL - MOTHER

18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code)

19. METHOD OF DISPOSITION
☐ Burial   ☐ Cremation   ☐ Donation
☐ Entombment   ☒ Removal from state   ☐ Mausoleum   ☐ Other (Specify)

20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH
LARITTA NORSEWEATHER BY ELECTRONIC SIGNATURE - 116276

21. ☐ Unknown

22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) — GREENLAWN MEMORIAL PARK

23. LOCATION (City/Town, and State) — WILMINGTON, NC

24. NAME OF FUNERAL FACILITY — ANOINTED HANDS EMBALMING SERVICES

25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) — 4350 TOWN PLAZA DR, SUITE 211, HOUSTON, TX 77045

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time/date and place, and due to the cause(s) and manner stated.

27. SIGNATURE OF CERTIFIER — KENDALL V. CROWNS , BY ELECTRONIC SIGNATURE

| 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|
| MARCH 31, 2022 | N2997 | 05:36 AM |

31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) — KENDALL V. CROWNS 200 FELIKS GWOZDZ PLACE, FORT WORTH, TX 76104

32. TITLE OF CERTIFIER — MD

33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. BLUNT FORCE INJURIES | | MINUTES |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST b. | Due to (or as a consequence of): | |
| c. | Due to (or as a consequence of): | |
| d. | | |

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1 — NONE

34. WAS AN AUTOPSY PERFORMED? ☐ Yes   ☒ No

35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes   ☐ No

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|---|
| ☐ Natural | ☐ Yes | ☐ Not pregnant within past year | ☐ Driver/Operator |
| ☒ Accident | ☒ No | ☐ Pregnant at time of death | ☐ Passenger |
| ☐ Suicide | ☐ Previously | ☐ Not pregnant, but pregnant within 42 days of death | ☒ Pedestrian |
| ☐ Homicide | ☐ Probably | ☐ Not pregnant, but pregnant 43 days to one year before death | ☐ Other (Specify) |
| ☐ Pending Investigation | ☐ Unknown | ☐ Unknown if pregnant within the past year | |
| ☐ Could not be determined | | | |

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| MARCH 25, 2022 | 05:09 AM | ☐ Yes   ☒ No | PUBLIC ROADWAY |

40e. LOCATION (Street and Number, City, State, Zip Code) — 200 BLOCK INTERSTATE 20 WB, FORT WORTH, TX 76115

40f. COUNTY OF INJURY — TARRANT

41. DESCRIBE HOW INJURY OCCURRED — PEDESTRIAN STRUCK BY MOTOR VEHICLE(S)

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 06004700 | APRIL 25, 2022 | REGISTRAR - TARRANT COUNTY CLERK, ELECTRONICALLY FILED |

EDR NUMBER 000044445317674

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED   APR 26, 2022

Mary Louise Nicholson
County Clerk/Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VS-112 REV 1/2006   S00044 1093

**Lincoln/Nowell 204**

**STATE OF TEXAS**
**CERTIFICATION OF VITAL RECORD**

## TARRANT COUNTY

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Apr 23 2022

**STATE OF TEXAS**    **CERTIFICATE OF DEATH**    STATE FILE NUMBER 142-22-077719

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last)

RODNEY    WENDELL    GOODMAN

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR | IF UNDER 1 DAY | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | FEBRUARY 28, 1992 | 30 | Mo / Days | Hours / Min | WILMINGTON, NC |

7. SOCIAL SECURITY NUMBER

8. MARITAL STATUS AT TIME OF DEATH
☐ Married ☐ Widowed (and not remarried) ☐ Divorced (and not remarried) ☒ Never Married ☐ Unknown

9. SURVIVING SPOUSE'S NAME (If spouse, give name prior to first marriage)

10a. RESIDENCE STREET ADDRESS

6100 BIANCA CIR

| 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|
| 168 | FORT WORTH |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| TARRANT | TEXAS | 76132 | ☒ Yes ☐ No |

11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE

NA    NA

12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE

SHANTA    NOWELL

13. PLACE OF DEATH (CHECK ONLY ONE)

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☒ Other (Specify) PUBLIC ROADWAY

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| TARRANT | FORT WORTH, 76115 | 200 BLOCK INTERSTATE 20 WB |

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED

SHANTA NOWELL - MOTHER

18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code)

140 PRONGHORN DEER CT, GARNER, NC 27529

19. METHOD OF DISPOSITION
☐ Burial ☐ Cremation ☐ Donation ☐ Entombment ☒ Removal from state ☐ Mausoleum ☐ Other (Specify)

20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH
LARITTA NORSEWEATHER,BY ELECTRONIC SIGNATURE - 116276

| 21 | ☐ Unknown |
|---|---|
| Section | |
| Block | |
| Lot | |
| Space | |

22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place)

GREENLAWN MEMORIAL PARK

23. LOCATION (City/Town, and State)

WILMINGTON, NC

24. NAME OF FUNERAL FACILITY

ANOINTED HANDS EMBALMING SERVICES

25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code)

4350 TOWN PLAZA DR, SUITE 211, HOUSTON, TX 77045

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

27. SIGNATURE OF CERTIFIER

KENDALL V. CROWNS , BY ELECTRONIC SIGNATURE

| 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|
| MARCH 31, 2022 | N2997 | 05:36 AM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City,State,Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| KENDALL V. CROWNS 200 FELIKS GWOZDZ PLACE, FORT WORTH, TX 76104 | MD |

33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. BLUNT FORCE INJURIES    Due to (or as a consequence of):    MINUTES

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST    b.    Due to (or as a consequence of):

c.    Due to (or as a consequence of):

d.

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

NONE

34. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE |
|---|---|---|
| ☐ Natural | ☐ Yes | ☐ Not pregnant within past year |
| ☒ Accident | ☒ No | ☐ Pregnant at time of death |
| ☐ Suicide | ☐ Previously | ☐ Not pregnant, but pregnant within 42 days of death |
| ☐ Homicide | ☐ Probably | ☐ Not pregnant, but pregnant 43 days to one year before death |
| ☐ Pending investigation | ☐ Unknown | ☐ Unknown if pregnant within the past year |
| ☐ Could not be determined | | |

38. IF TRANSPORTATION INJURY, SPECIFY:
☐ Driver/Operator ☐ Passenger ☒ Pedestrian ☐ Other (Specify)

| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY 05:09 AM | 40c. INJURY AT WORK? ☐ Yes ☒ No | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) PUBLIC ROADWAY | |
|---|---|---|---|---|

40e. LOCATION (Street and Number, City, State, Zip Code)

200 BLOCK INTERSTATE 20 WB, FORT WORTH, TX 76115

40f. COUNTY OF INJURY
TARRANT

41. DESCRIBE HOW INJURY OCCURRED

PEDESTRIAN STRUCK BY MOTOR VEHICLE(S)

| 42a. REGISTRAR FILE NO. 06004700 | 42b. DATE RECEIVED BY LOCAL REGISTRAR APRIL 25, 2022 | 42c. REGISTRAR   REGISTRAR - TARRANT COUNTY CLERK, ELECTRONICALLY FILED |
|---|---|---|

EDR NUMBER 000044445317874

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

*Mary Louise Nicholson*
Mary Louise Nicholson
County Clerk/Local Registrar

ISSUED    **APR 26, 2022**

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE STATE OF TEXAS    TARRANT COUNTY TEXAS

S00044410093

**Lincoln/Nowell 205**

**Law Enforcement and TxDOT Use ONLY**

☒ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num Units: 0 0 5    Total Num. Prsns.: 0 0 4    TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★ = These fields are required on all additional sheets submitted for this crash (ex. additional vehicles, occupants, injured, etc.)

Page: 1 of 7

★ Crash Date (MM/DD/YYYY): ▮▮▮  ★ Crash Time (24HRMM): 0 5 0 9  Case ID 220022446  Local Use

★ County Name: TARRANT    ★ City Name: FORT WORTH    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 0 0 . 0 0 0 0 0    Longitude (decimal degrees): − 0 0 0 . 0 0 0 0 0

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys: IH    ★ Hwy. Num. 820    2 Rdwy Part 1    Block Num. 100    3 Street Prefix    ★ Street Name: SOUTHWEST    4 Street Suffix: LOOP

Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane    Speed Limit 60    Const Zone ☐ Yes ☒ No    Workers Present ☐ Yes ☒ No    Street Desc. ASPHALT

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No    1 Rdwy Sys IH    Hwy. Num. 35    2 Rdwy Part 1    Block Num. 5600    3 Street Prefix    Street Name SOUTH    4 Street Suffix FWY

Distance from Int. or Ref. Marker 100  ☒ FT ☐ Mi  3 Dir. from Int. or Ref. Marker W    Reference Marker    Street Desc. ASPHALT    RRX Num.

**Unit Num. 1**    5 Unit Desc. 1    ☐ Parked Vehicle    ☐ Hit and Run    LP State TX    LP Num. NNS5172    VIN 3GCPCRECXJG220045

Veh. Year 2018    6 Veh. Color BLK    Veh. Make CHEVROLET    Veh. Model SILVERADO C1500    7 Body Style PK    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1    DL/ID State TX    DL/ID Num. 38767068    9 DL Class C    10 CDL End. 96    11 DL Rest 96    DOB (MM/DD/YYYY) ▮▮▮

Address (Street, City, State, ZIP) ▮▮▮

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 | Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SOTELO  ROBERTO | N | 26 | H | 1 | 1 | 96 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: SOTELO  ROBERTO  7714 LABRADOR DR    ARLINGTON  TX  76002

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt    26 Fin. Resp. Type 2    Fin. Resp. Name STATE FARM INS    Fin. Resp. Num. 307 6792-B18-43K 001

Fin. Resp. Phone Num    27 Vehicle Damage Rating 1  10−  FD−6    27 Vehicle Damage Rating 2  10−  LBQ−3    Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS    Towed To 2530 BRENNAN AVE

**Unit Num. 2**    5 Unit Desc. 1    ☒ Parked Vehicle    ☐ Hit and Run    LP State TX    LP Num. PZX5179    VIN 3KPC24A62ME138671

Veh. Year 2021    6 Veh. Color SIL    Veh. Make HYUNDAI    Veh. Model ACCENT    7 Body Style P4    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type    DL/ID State    DL/ID Num.    9 DL Class    10 CDL End.    11 DL Rest.    DOB (MM/DD/YYYY)  /  /

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 | Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: GOODMAN  RODNEY ▮▮▮

Proof of Fin. Resp. ☐ Yes ☒ No ☐ Expired ☐ Exempt    26 Fin. Resp. Type    Fin. Resp. Name    Fin. Resp. Num.

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1  12−  FD−7    27 Vehicle Damage Rating 2  −  −    Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING    Towed To 2530 BRENNAN AVE

Lincoln/Nowell 206

Law Enforcement and TxDOT Use ONLY.
Form CR-3  (Rev. 1/1/2018)

Case ID 220022446    TxDOT Crash ID

Page 2 of 7

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR.MM) |
|---|---|---|---|---|---|
| 3 | 1 | TC MORGUE | FW FUNERALS AND CREMATION | 03/25/2022 | 05 36 |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

**CMV** — Unit Num., Carrier's Corp. Name, etc.

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) Contributing | May Have Contrib. | 37 Vehicle Defects Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 14 | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

VIC, UNIT 3, WAS DRIVING UNIT 2. FOR AN UNKNOWN REASON UNIT 2 STOPPED FACING EB IN THE WB LANES OF TRAFFIC AT 100 SOUTHWEST LOOP 820. VIC GOT OUT OF HIS VEHICLE. UNIT 1 WAS TRAVELING WB AT 100 SOUTHWEST LOOP 820 AND DID NOT SEE UNIT 2 IN THE ROADWAY. UNIT 1 STRUCK UNIT 2. VIC WAS STRUCK BY THE VEHICLES AND THROWN OVER THE JERSEY BARRIER WALL. AT THE SAME TIME UNIT 4 WAS TOWING UNIT 5 WB AT 100 SOUTHWEST LOOP 820 BEHIND UNIT 1. UNIT 4 STRUCK UNIT 1. VIC WAS PRONOUNCED DECEASED ON SCENE.

(SEE RELATED ACCIDENT 220023626)

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR.MM) 05 29    How Notified BY SUPERVISOR    Time Arrived (24HRMM) 06 15    Report Date (MM/DD/YYYY) 03/25/2022

Invest. Comp. ☒ Yes ☐ No    Investigator Name (Printed) CARTER    CL    ID Num. 3505

ORI Num. TX2201200    Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA SOUTH

Lincoln/Nowell 207

**Law Enforcement and TxDOT Use ONLY**
☒ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num Units | 0 0 5 | Total Num Prsns. | 0 0 4 | TxDOT Crash ID |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★ = These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 3 of 7

## IDENTIFICATION & LOCATION

★ Crash Date (MM/DD/YYYY): ▮▮▮
★ Crash Time (24HRMM): 0 5 0 9
Case ID: 220022446
Local Use:
☐ Outside City Limit

★ County Name: TARRANT
★ City Name: FORT WORTH

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 0 0 . 0 0 0 0 0
Longitude (decimal degrees): − 0 0 0 . 0 0 0 0 0

### ROAD ON WHICH CRASH OCCURRED
★ 1 Rdwy. Sys.: IH
★ Hwy. Num.: 820
2 Rdwy. Part: 1
Block Prefix:
Block Num.: 100
3 Street Prefix:
★ Street Name: SOUTHWEST
4 Street Suffix: LOOP

Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
Toll Road/ Toll Lane:
Speed Limit: 60
Const Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.: ASPHALT

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: IH
Hwy. Num.: 35
2 Rdwy. Part: 1
Block Num.: 5600
3 Street Prefix:
Street Name: SOUTH
4 Street Suffix: FWY

Distance from Int. or Ref. Marker: 100  ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: W
Reference Marker:
Street Desc.: ASPHALT
RRX Num.:

## VEHICLE, DRIVER & PERSONS

Unit Num: 3
5 Unit Desc.: 4
☐ Parked Vehicle
☐ Hit and Run
LP State:
LP Num.:
VIN:
Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year:
6 Veh. Color:
Veh. Make:
Veh. Model:
11 DL Rest. 98
7 Body Style:

8 DL/ID Type: 1
DL/ID State: NC
DL/ID Num.: 000038363123
9 DL Class: 98
10 CDL End.: 98
11 DL Rest.: 98
DOB (MM/DD/YYYY): 0 2 / 2 8 / 1 9 9 2

Address (Street, City, State, ZIP): ▮▮▮

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 16 | GOODMAN  RODNEY  WENDELL | K | 30 | B | 1 | 97 | 97 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☐ Lessee  Owner/Lessee Name & Address:

Proof of Fin. Resp.: ☐ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: − −
27 Vehicle Damage Rating 2: − −
Vehicle Inventoried: ☐ Yes ☐ No

Towed By:
Towed To:

---

Unit Num: 4
5 Unit Desc.: 1
☐ Parked Vehicle
☐ Hit and Run
LP State: TX
LP Num.: NSF0955
VIN: 3 C 6 J R 6 D T 0 E G 1 0 0 8 4 0
Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year: 2 0 1 4
6 Veh. Color: WHI
Veh. Make: DODGE
Veh. Model: RAM 1500
7 Body Style: PK

8 DL/ID Type: 1
DL/ID State: TX
DL/ID Num.: 22469603
9 DL Class: CM
10 CDL End.: 96
11 DL Rest.: A
DOB (MM/DD/YYYY): ▮▮▮

Address (Street, City, State, ZIP): ▮▮▮

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KIRKPATRICK  NATHANIEL  LEE | N | 32 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 3 | ROSALES  GELA | N | 43 | W | 2 | 1 | 1 | 1 | 97 | N | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address:
ANDRES  CHRISTOPHER
4413 SWEETGUM WAY
FORT WORTH  TX  76133

Proof of Fin. Resp.: ☐ Yes ☒ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type:
Fin. Resp. Name:
Fin. Resp. Num.:

Fin. Resp. Phone Num.:
27 Vehicle Damage Rating 1: 12−
FC−2
27 Vehicle Damage Rating 2: − −
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: DRIVEN AWAY BY DRIVER
Towed To:

Lincoln/Nowell 208

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID: 220022446    TxDOT Crash ID:    Page 4 of 7

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR.MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

Unit Num. ☐ 10,001+ LBS. ☐ TRANSPORTING HAZARDOUS MATERIAL ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type

Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles:

**FACTORS & CONDITIONS**

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR.MM): 0 5 2 9 | How Notified: BY SUPERVISOR | Time Arrived (24HRMM): 0 6 1 5 | Report Date (MM/DD/YYYY): 0 3 / 2 5 / 2 0 2 2

Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed): CARTER    CL | ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0 | Agency: FORT WORTH POLICE DEPARTMENT | Service/Region/DA: S O U T H

**Lincoln/Nowell 209**

Law Enforcement and TxDOT Use ONLY
[X] FATAL   [ ] CMV   [ ] SCHOOL BUS   [ ] RAILROAD   [ ] MAB   [ ] SUPPLEMENT   [ ] ACTIVE SCHOOL ZONE   Total Num. Units 0 0 5   Total Num. Prsns. 0 0 4   TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex: additional vehicles, occupants, injured, etc.)
Page: 5 of 7

**IDENTIFICATION & LOCATION**

★Crash Date (MM/DD/YYYY): _____   ★Crash Time (24HRMM): 0 5 0 9   Case ID: 220022446   Local Use

★County Name: TARRANT   ★City Name: FORT WORTH   [ ] Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No   Latitude (decimal degrees): 0 0 . 0 0 0 0 0 0   Longitude (decimal degrees): – 0 0 0 . 0 0 0 0 0 0

ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys: IH   ★Hwy. Num. 820   2 Rdwy. Part 1   Block Num. 100   3 Street Prefix   ★Street Name: SOUTHWEST   4 Street Suffix: LOOP

Crash Occurred on a Private Drive or Road/Private Property/Parking Lot [ ]   Toll Road/Toll Lane [ ]   Speed Limit 60   Const. Zone [ ] Yes [X] No   Workers Present [ ] Yes [X] No   Street Desc. ASPHALT

INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. [ ] Yes [X] No   1 Rdwy. Sys: IH   Hwy. Num. 35   2 Rdwy. Part 1   Block Num. 5600   3 Street Prefix   Street Name: SOUTH   4 Street Suffix: FWY

Distance from Int. or Ref. Marker: 100   [X] FT [ ] MI   3 Dir. from Int. or Ref. Marker: W   Reference Marker   Street Desc. ASPHALT   RRX Num.

**VEHICLE, DRIVER, & PERSONS**

Unit Num. 5   5 Unit Desc. 6   [ ] Parked Vehicle   [ ] Hit and Run   LP State AR   LP Num. AB517715   VIN

Veh. Year 2 0 1 0   6 Veh. Color BLK   Veh. Make UNKNOWN   Veh. Model UNKNOWN   7 Body Style TL   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ]

8 DL/ID Type   DL/ID State   DL/ID Num.   9 DL Class   10 CDL End.   11 DL Rest.   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[ ] Owner [X] Lessee   Owner/Lessee Name & Address: KIRKPATRICK   NATHANIEL

Proof of Fin. Resp. [ ] Yes [X] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 – –   27 Vehicle Damage Rating 2 – –   Vehicle Inventoried [ ] Yes [X] No

Towed By: TOWED BY UNIT 5   Towed To:

---

Unit Num.   5 Unit Desc.   [ ] Parked Vehicle   [ ] Hit and Run   LP State   LP Num.   VIN

Veh. Year   6 Veh. Color   Veh. Make   Veh. Model   7 Body Style   Pol., Fire, EMS on Emergency (Explain in Narrative if checked) [ ]

8 DL/ID Type   DL/ID State   DL/ID Num.   9 DL Class   10 CDL End.   11 DL Rest.   DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

[ ] Owner [ ] Lessee   Owner/Lessee Name & Address

Proof of Fin. Resp. [ ] Yes [ ] No   [ ] Expired [ ] Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 – –   27 Vehicle Damage Rating 2 – –   Vehicle Inventoried [ ] Yes [ ] No

Towed By:   Towed To:

**Lincoln/Nowell 210**

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID 220022446    TxDOT Crash ID

Page 6 of 7

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

Unit Num.  ☐ 10,001+ LBS.  ☐ TRANSPORTING HAZARDOUS MATERIAL  ☐ 9+ CAPACITY  CMV Disabling Damage? ☐ Yes ☐ No  28 Veh. Oper.  29 Carrier ID Type  Carrier ID Num.

Carrier's Corp. Name    Carrier's Primary Addr.    30 Veh. Type

31 Bus Type  ☐ RGVW ☐ GVWR  HazMat Released ☐ Yes ☐ No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type

Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No  Unit Num.  ☐ RGVW ☐ GVWR  34 Trlr. Type  CMV Disabling Damage? ☐ Yes ☐ No

Sequence Of Events  35 Seq. 1  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit ☐ Yes ☐ No  Actual Gross Weight  Total Num. Axles:

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| | | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

Time Notified (24HR:MM) 0 5 2 9    How Notified BY SUPERVISOR    Time Arrived (24HRMM) 0 6 1 5    Report Date (MM/DD/YYYY) 0 3 / 2 5 / 2 0 2 2

Invest. Comp. ☒ Yes ☐ No    Investigator Name (Printed) CARTER    CL    ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0    *Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA S O U T H

Lincoln/Nowell 211



Lincoln/Nowell 212

Law Enforcement and TxDOT Use ONLY
☐ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num. Units 0 0 2    Total Num. Prsns. 0 0 1    TxDOT Crash ID

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
★=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 1 of 3

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 0 3 / 2 5 / 2 0 2 2 | ★Crash Time (24HRMM) | 0 5 0 9 | Case ID | 220023626 | | Local Use | |
|---|---|---|---|---|---|---|---|---|

★County Name: TARRANT    ★City Name: FORT WORTH    ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees): 0 0 . 0 0 0 0 0    Longitude (decimal degrees): – 0 0 0 . 0 0 0 0 0

### ROAD ON WHICH CRASH OCCURRED

★1 Rdwy. Sys. IH    ★Hwy. Num. 820    2 Rdwy. Part 1    Block Prefix    3 Street Prefix    Block Num. 100    ★Street Name SOUTHWEST    4 Street Suffix LOOP

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☐ Toll Road/ Toll Lane    Speed Limit 60    Const. Zone ☐ Yes ☒ No    Workers Present ☐ Yes ☒ No    Street Desc. ASPHALT

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No    1 Rdwy. Sys. IH    Hwy. Num. 35    2 Rdwy. Part 1    Block Prefix    Block Num. 5600    3 Street Prefix    Street Name SOUTH    4 Street Suffix FWY

Distance from Int. or Ref. Marker 100    ☒ FT ☐ MI    3 Dir. from Int. or Ref. Marker W    Reference Marker    Street Desc. ASPHALT    RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num 1 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. HZH7534 | VIN K N A D E 2 2 3 X 9 6 4 4 5 0 6 6 | | | |
|---|---|---|---|---|---|---|---|---|---|

Veh. Year 2 0 0 9    6 Veh. Color ONG    Veh. Make KIA    Veh. Model RIO    7 Body Style P4    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1    DL/ID State TX    DL/ID Num. 23047075    9 DL Class C    10 CDL End. 96    11 DL Rest. 96    DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | IRVING    BELINDA | A | 50 | B | 2 | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: IRVING    BELINDA    6308 TRUMAN DR    FORT WORTH    TX    76112

Proof of Fin. Resp ☐ Yes ☒ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type    Fin. Resp. Name    Fin. Resp. Num.

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1    12-    FD-7    27 Vehicle Damage Rating 2    -    -    Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS TOWING    Towed To 2530 BRENNAN AVE

| Unit Num. 2 | 5 Unit Desc. 1 | ☒ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. NNS5172 | VIN 3 G C P C R E C X J G 2 2 0 0 4 5 | | | |
|---|---|---|---|---|---|---|---|---|---|

Veh. Year 2 0 1 8    6 Veh. Color BLK    Veh. Make CHEVROLET    Veh. Model SILVERADO C1500    7 Body Style PK    ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type    DL/ID State    DL/ID Num.    9 DL Class    10 CDL End    11 DL Rest    DOB (MM/DD/YYYY)

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee    Owner/Lessee Name & Address: SOTELO    ROBERTO

Proof of Fin. Resp ☒ Yes ☐ No    ☐ Expired ☐ Exempt    26 Fin. Resp. Type 2    Fin. Resp. Name STATE FARM INS    Fin. Resp. Num. 307 6792-B18-43K 001

Fin. Resp. Phone Num.    27 Vehicle Damage Rating 1    10-    FD-6    27 Vehicle Damage Rating 2    -    -    Vehicle Inventoried ☐ Yes ☒ No

Towed By BEARDS    Towed To 2530 BRENNAN AVE



Lincoln/Nowell 214

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 1/1/2018)

Case ID: 220023626

TxDOT Crash ID:

Page 2 of 3

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | JPS | MEDSTAR | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |
| | | | | / / | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|
| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |
| Unit Num. | ☐ RGVW ☐ GVWR | | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | | Total Num. Axles: |

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | | | | | | |
| 2 | 14 | | | | | 1 | 2 | 98 | 4 | 2 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

UNIT 1 WAS TRAVELING WB AT 100 SOUTHWEST LOOP 820. UNIT 2 WAS PREVIOUSLY INVOLVED IN AN ACCDENT (220022446) AND WAS DISABLED IN THE LANE OF TRAFFIC. UNIT 1 STRUCK UNIT 2.

DIAGRAM ON SEPARATE PAGE

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 5 2 9 | How Notified | BY SUPERVISOR | Time Arrived (24HRMM) | 0 6 1 5 | Report Date (MM/DD/YYYY) | 0 3 / 2 5 / 2 0 2 2 |
|---|---|---|---|---|---|---|---|

Invest. Comp. ☒ Yes ☐ No    Investigator Name (Printed) CARTER    CL    ID Num. 3505

ORI Num. T X 2 2 0 1 2 0 0    *Agency FORT WORTH POLICE DEPARTMENT    Service/Region/DA S O U T H

Lincoln/Nowell 215

**From:**Shanta Nowell <spnowell28@gmail.com>
**Sent:**Thu, 28 Apr 2022 14:41:21 -0400
**To:**LifeClaimDocs
**Subject:**Fwd:
**Attachments:**20220428_143346.jpg, 20220428_143353.jpg, 20220428_143400.jpg

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Claim # 12649472

**Lincoln/Nowell 216**

To: +16034271888          Page: 1 of 4          2022-04-12 10:14:02 EDT          18663979278          From: John Mitchell

 **C&J Financial, LLC**
*The Leader In Insurance Assignment Funding*

GetPaid@CJF.com

# FAX

To: 6034271888     Pages: 3

Phone: 8887872129 Date: 4/12/2022 8:12:33 AM

Policy Number: 09-462780

Rodney Wendell Goodman - Assignment #: 136-8670

PAGE 1/4 * RCVD AT 4/12/2022 10:14:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/2 * DNIS:6034271888 * CSID:18663979278 * ANI:15034367160 * DURATION (mm-ss):05-31

**Lincoln/Nowell 217**


**Lincoln**
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Group Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone 888-787-2129
Fax 603-427-1888

## Preferential Beneficiary Affidavit

| Name of Decedent | Group Policy Number | Claim Number |
|---|---|---|
| Rodney Goodman | 09-462780 | 12649472 |

This affidavit is to be used in circumstances where a beneficiary was not designated by the decedent or the designated beneficiary did not survive the decedent. The life insurance policy referenced above contains a Payments to Beneficiary section that allows any payable life insurance proceeds to be paid in the vesting order listed below. This vesting order is based upon the relation to the deceased.

**In the vesting order listed below check the first surviving relation to the deceased and then list all members of that class in the following section. Check only one box.**

☐ (1) Spouse: I verify that I am the surviving spouse of the decedent named above.

☐ (2) Child/Children: I verify that the decedent named above did not have a surviving spouse and <u>all</u> of the decedent's surviving children are listed below:

[xxx] (3) Parent/Parents: I verify that the decedent did not have a surviving spouse or child and that <u>each</u> of the surviving parents of the decedent are listed below:

☐ (4) Brother(s) and Sister(s): I verify that the decedent did not have a surviving spouse, child(ren), or parent(s) and that <u>all</u> of the decedent's surviving brothers and sisters are listed below:

☐ (5) Estate: I verify that the decedent did not have a surviving spouse, child, parent, or sibling and that I am the executor or administrator of the decedent's estate listed below:

I understand that the person(s) entitled to receive proceeds from the above referenced policy will be determined by the vesting order given above and split equally among that class.

In the previous section you indicated the class of closest surviving relation. Below complete the requested information for all surviving relation in that class. For example, if you checked child/children in the previous section, below you will list all of the deceased's surviving children. **Please note:** If the child is a minor, than a custodian must sign off on the minor's behalf. And, for an estate, use the estate tax identification number rather than Social Security Number.

1. Shanta                    Patrice                    Nowell
   FIRST NAME                 MI                         LAST NAME

   ADDRESS

   DATE OF BIRTH             SOCIAL SECURITY NUMBER      TELEPHONE NUMBER

2. FIRST NAME                MI                          LAST NAME

   ADDRESS                   CITY, STATE, ZIP            RELATIONSHIP TO DECEDENT

   DATE OF BIRTH             SOCIAL SECURITY NUMBER      TELEPHONE NUMBER

Additional space available on page 2. A notarized signature is required at the bottom of page 2.

**Lincoln/Nowell 218**

## Preferential Beneficiary Designation Affidavit (page 2)

| Name of Decedent | Group Policy Number | Claim Number |
|---|---|---|
|  |  |  |

**3.**

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

**4.**

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

**5.**

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

If additional space is needed, please use a separate piece of paper and attach to this form.

### Notarized Signature and Information of Person Completing Form

The undersigned understands and acknowledges that Lincoln National Life Insurance Company will rely on this affidavit to issue life insurance proceeds under the policy listed above. In consideration of such reliance and any policy proceeds paid to the undersigned, the undersigned for himself/herself, their heirs, executors, and assigns, hereby agrees to release and forever discharges Lincoln National Life Insurance Company and its affiliates from any further liability under the above referenced policy and further agrees to indemnify the Company and to hold it harmless from any and all claims, costs, expenses and damages which may result from the Company's reliance on the representations made herein and payment in accordance therewith.

I, _Shanta P. Nowell_, declare to the best of my knowledge, information and belief, all of the above information is accurate and complete.

**This affidavit must be signed in the presence of a notary.**

Signature: _Shanta P. Nowell_    SSN:

Print name: _Shanta P. Nowell_    Date: _3/30/2022_

Address:

Relationship to Deceased: _Mother_    Telephone Number:

**Notary:**

Subscribed and sworn before me this _30_ day of _March 2022_

_Janice M White_

(Notary Public or other official authorized to administer oaths)

(SEAL)    My commission or term expires _4/22/22_

JANICE M WHITE
NOTARY PUBLIC
New Hanover County
North Carolina
My Commission Expires Apr. 22, 2022

PBF LNL10/21

**Lincoln/Nowell 219**



The Lincoln National Life Insurance Company
Group Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone 888-787-2129
Fax 603-427-1888

## Beneficiary Statement

Please complete all applicable information. This must be completed by the person or persons making claim, and accompanied by a certified copy of Certificate of Death, unless already submitted.

| Deceased Name | Social Security # | Claim # |
|---|---|---|
| Rodney Goodman | | 126494472 |

### General Claim Information

If the beneficiary is an estate or a minor, the appropriate legal representative (executor, administrator or guardian of estate) should complete this statement. This statement must be completed by the person legally entitled to receive the money, who must state in what capacity he or she makes the claim whether as Beneficiary named, Assignee, Executor Administrator, Guardian, or Trustee. If the beneficiary is not of legal age, a Guardian must be appointed. A certified copy of the court order appointing the legal representative should be sent with this claim form.

If a trust is the beneficiary, attach a copy of the trust agreement and a letter that verifies that the trust is still in effect. Unless already submitted, after completing this form, please attach a certified copy of the death certificate of the insured and return these documents to Lincoln.

| Beneficiary Name/Estate or Trust | | Date of Birth | Social Security # or Tax ID # |
|---|---|---|---|
| Shanta Patrice Nowell | | | |
| Address | City | State | Zip |
| | | | |
| Home Telephone # | Cell # | Relationship to Insured | |
| | | Mother | |

### SETTLEMENT OPTIONS                          Email Address: [ ]

☑ **Lump-Sum Check**
Receive a lump-sum check for a total amount of benefits payable.

☐ **SecureLine® (Not Available in New York)**
If you are eligible, we will pay total benefits of $5,000 or more through SecureLine®, an interest bearing account established in your name. You can immediately access all or a portion of your funds by writing drafts from the draft book you will receive.

If a payment option is not selected, or the total benefits payable are less than $5,000, we will automatically send you a lump-sum check.

The Company reserves the right to require or obtain such additional evidence as may seem necessary. Before transmitting these papers to the Company, review all answers carefully and see that any necessary papers are attached in accordance with the instructions given above.

If the Social Security # or Taxpayer ID # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

For residents of New York: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation.

Beneficiary Signature _Shanta Nowell_          Date _3/30/2022_

DP 613 GL 10/21

**Lincoln/Nowell 220**

04/04/2022 12:32 T-04:00 TO: +16034271888 FROM: 8884580071

 **C&J Financial, LLC**
*The Leader in Insurance Assignment Funding*

GetPaid@CJF.com

# FAX

To: 6034271888        Pages: 6

Phone: 8887872129 Date: 4/4/2022 10:31:26 AM

Policy Number: 09-462780

Rodney Wendell Goodman - Assignment #: 136-8670

PAGE 1/7 * RCVD AT 4/4/2022 12:33:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6034271888 * CSID:mFax * ANI:13122643888 * DURATION (mm-ss):08-17

**Lincoln/Nowell 221**

04/04/2022 12:32 T-04:00 TO: +16034271888 FROM: 8884580071



 **C&J Financial, LLC**
*The Leader in Insurance Assignment Funding*

## ASSIGNMENT NOTIFICATION
Assignment #: **136-8670**

Date: **04/04/2022**

This notification confirms that C&J Financial, LLC has accepted a contract for assignment of insurance proceeds. If original documents are required, they will be mailed to your claims department.

### INSURANCE INFORMATION

Insurance Company   **LINCOLN FINANCIAL/LINCOLN LIFE ASSURANCE BOSTON**

Claim # **12649472**                Phone **(888) 787-2129**   Fax   **(603) 427-1888**

Policy Number(s)   **09-462780**

### DECEASED INFORMATION

Deceased Names   **Rodney Wendell Goodman**

(As used for legal purposes)                                        (As it appears on the insurance policy)

(As used on birth certificate)                                      (Any other names)

Date of Birth                                  Date of Death

Deceased SSN

Last known address

### GROUP POLICY INFORMATION

Employer   **Whataburger Restaurants, LLC**        Phone   **(210) 447-5458**   Fax

Employee   **Rodney Wendell Goodman**        Employee SSN

**OUR TAX ID IS : 63-1182989**

\*\*\* Please note all statutory interest payable on the assigned proceeds should be paid to C&J Financial, LLC as authorized by the beneficiary in our assignment. \*\*\*   Mail proceeds to:

C&J Financial, LLC

**P.O. Box 57250**

**Salt Lake City, UT 84157-0250**

**If there are any questions, please contact me as soon as possible and I will be happy to assist.**

Marti McCord                Martim@cjf.com

Phone: **256.442.0020**        Fax: **866.785.0030**

**Lincoln/Nowell 222**

04/04/2022 12:32 T-04:00 TO: +16034271888 FROM: 8884580071

# IRREVOCABLE ASSIGNMENT AND POWER OF ATTORNEY

| Deceased: | Rodney Wendell Goodman | | |
|---|---|---|---|
| Insurance Company: | LINCOLN FINANCIAL GROUP* | Assignment # | 136-8670 |
| Policy Number(s): | 09-462780 | | |
| Funeral Home and/or Cemetery: | DAVIS FUNERAL HOME (NC) | Total Assigned: | $19,547.54 |

This Irrevocable Assignment is made between Beneficiary below and the Funeral Home/Cemetery below. In consideration for the Funeral Home/Cemetery providing services in the burial of the above Insured, said services having requested and accepted by Beneficiary and/or additional funds have been advanced and paid to the Funeral Home/Cemetery and/or the Beneficiary by C&J Financial, LLC ("CJF"). The undersigned irrevocably assigns to the Funeral Home/Cemetery, the above Assignment Amount, plus statutory interest from deceased's date of death until claim paid plus any unearned premiums. Beneficiary hereby guarantees the validity and sufficiency of the foregoing irrevocable assignment to the Funeral Home /Cemetery and C&J Financial, LLC, and Beneficiary further guarantees to warrant title to the policy(s) and defend C&J Financial, LLC against any claims on the policy(s). Beneficiary hereby irrevocably authorizes said Insurance Company to make payment of the sum specified above, plus statutory interest and unearned premiums to CJF. Beneficiary hereby irrevocably authorizes said Insurance Company to give Funeral Home/Cemetery or CJF any information that it may require regarding said policy(s). Beneficiary hereby appoints C&J Financial, LLC as their Attorney-in-fact and to act on their behalf with regard to the collection of, settlement of, and receipt of proceeds of said policy(s) or certificate(s), including but not limited to, giving C&J Financial, LLC the right to endorse checks and claimant statement forms in my name. I authorize CJF to act on my behalf with regard to signing IRS Form W-9 (or an acceptable substitute) in my name. If, for any reason, C&J Financial, LLC does not receive full payment within 90 days I agree to immediately pay C&J Financial, LLC the amount of its loss on the assignment. If for any reason it becomes necessary for C&J Financial, LLC to proceed against me, I understand that I am liable for all costs of collections, including but not limited to, reasonable attorney's fees, and court costs. I agree that the exclusive jurisdiction for legal proceedings hereunder is Salt Lake County, Utah. In the event the policy(s) is not enclosed, I certify that the policy(s) has been lost or destroyed.

| Name: Shanta Nowell | | | Name: | | | |
|---|---|---|---|---|---|---|
| Address: | | | Address: | | | |
| City: | | | City: | State: | | Zip: |
| PH: (910) 352-8987 | DOB: | SSN: | PH: | DOB: | | SSN: |
| Signature X | | Relation: Mother | Signature X | | | Relation: |
| Name: | | | Name: | | | |
| Address: | | | Address: | | | |
| City: | State: | Zip: | City: | State: | | Zip: |
| PH: | DOB: | SSN: | PH: | DOB: | | SSN: |
| Signature X | | Relation: | Signature X | | | Relation: |

The foregoing Assignment was executed by the beneficiary(ies) named above, who is/are personally known who will have produced identification.

Notary Public Signature    Date 04/01/2022

TAWANNA JOHNSON
NOTARY PUBLIC
NEW HANOVER COUNTY, NC
My Commission Expires 12/15/2024
Notary Stamp or Seal

# IRREVOCABLE REASSIGNMENT AND POWER OF ATTORNEY



## C&J Financial, LLC
*The Leader in Insurance Assignment Funding*

C&J Financial, LLC  P. 256.442.0020  F. 866.785.0030
Mail Payments to: P.O. Box 57250 · Salt Lake City, UT 84157-0250
All Other Correspondence: P.O. Box 7070 · Rainbow City, AL 35906

The undersigned representative and funeral home or cemetery (collectively "the Funeral Home") irrevocably reassigns to C&J Financial, LLC ("CJF"), P.O. Box 7070 · Rainbow City, AL 35906 or assigns, all of its interest in the above Assignment and further appoints CJF to act as its Attorney-in-fact with regard to the collection of, settlement of, and receipt of the proceeds as said policy(s) or certificate(s) noted above, including but not limited to, the right to endorse checks. Any payment made by CJF to the Funeral Home pursuant to this Assignment agreement is without recourse, except where the assignment or funding was procured by fraud on the part of the Funeral Home. The Funeral Home hereby authorizes the above Insurance Company to issue a check(s) directly to CJF. In the event that any payments of proceeds are made by the Insurance Company, its agent or the beneficiary (ies) to the Funeral Home, the Funeral Home agrees to hold the proceeds in trust and to immediately pay the proceeds to CJF within 10 days, without necessity of any request to so pay the funds. The Funeral Home further agrees that upon request by either CJF or the Insurance Company it will promptly provide all documents, material or information identified and needed to process a claim on the decedent's policy. Funeral Home shall be liable to CJF for any attorney's fees and costs CJF incurs in having to enforce any of the terms of this assignment. The undersigned agrees that the exclusive jurisdiction and venue for legal proceedings hereunder is in Salt Lake County, Utah.

Signature of Funeral Home/Cemetery Authorized Representative

DAVIS FUNERAL HOME (NC)
Name of Funeral Home / Cemetery

The foregoing Reassignment was executed by   Javoke S. Terrell , who is personally known to me or who has produced identification.
Funeral Home/Cemetery Authorized Representative

Notary Public Signature    Date 04/01/2022

TAWANNA JOHNSON
NOTARY PUBLIC
NEW HANOVER COUNTY, NC
My Commission Expires 12/15/2024
Notary Stamp or Seal

Rev 11.1.18

PAGE 3/7 * RCVD AT 4/4/2022 12:33:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6034271888 * CSID:mFax * ANI:13122643888 * DURATION (mm-ss):08-17

**Lincoln/Nowell 223**

04/04/2022 12:32 T-04:00 TO: +16034271888 FROM: 8884580071

## Davis Funeral Home
901 South 5th Ave.
Wilmington, NC 28401
(910) 762-6181

No. 2022-DW-048
Date 04/01/2022

Full name of deceased (please print) Rodney Wendell Goodman                    Age 30

Date of Death _____  Deceased is (give relationship)  son                of person arranging services.

### STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED
(Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reasons in writing below.)

**SECTION A - SERVICES & MERCHANDISE**

| SERVICES | | MERCHANDISE | BURIAL ☒  CREMATION ☐ |
|---|---|---|---|
| BASIC SERVICES OF FUNERAL DIRECTOR AND STAFF | $ 2,450.00 | CASKET Stapleton Silver Brushed - Matthews 18ga. | $ 3,450.00 |
| DRESSING/CASKETING/COSMETICS | $ 345.00 | OUTER BURIAL CONTAINER (As Selected) Wilbert Venetian | $ 1,975.00 |

USE OF FACILITIES, STAFF & EQUIPMENT:

| | | | |
|---|---|---|---|
| Funeral Ceremony or Memorial Service at Church/Other Facility | $ 525.00 | | |
| Use of Facilities & Staff for Viewing/Visitation (Per Day) | $ 475.00 | TOTAL MERCHANDISE | $ 5,425.00 |
| | | OTHER SERVICES | |

AUTOMOTIVE EQUIPMENT:

| | | | |
|---|---|---|---|
| HEARSE & DRIVER | $ 425.00 | | |
| LIMOUSINE & DRIVER | $ 395.00 | | |
| SERVICE/FLOWER CAR & DRIVER | $ 195.00 | | |
| TRANSFER OF REMAINS TO FUNERAL HOME FROM HOSPITAL/NURSING FACILITY | $ 295.00 | TOTAL OTHER SERVICES | $ 0.00 |
| TOTAL SERVICES | $ 5,105.00 | TOTAL SECTION A (Provided by Funeral Home) | $ 10,530.00 |

**SECTION B - CASH ADVANCE ITEMS**
We charge you for our services in obtaining those items designated by an asterisk:

| | | |
|---|---|---|
| 10 Texas Certified Copies * | $ 78.00 | |
| Airfare * | $ 605.63 | |
| Anointed Hands Mortuary * | $ 1,295.00 | |
| Greenlawn Memorial Park * | $ 5,625.00 | |
| Transportation from RDU * | $ 350.00 | |

**SECTION C - OTHER ITEMS**

| | |
|---|---|
| Sales Tax | $ 379.75 |
| TOTAL SECTION C (OTHER ITEMS) | $ 379.75 |
| CONTRACT TOTALS ( SECTIONS A, B & C) | $ 18,863.38 |

SECTION D - PAYMENTS & ADJUSTMENTS     A/N ☐  P/N ☐

| | | | |
|---|---|---|---|
| TOTAL SECTION B (Provided as Convenience to Family) | $ 7,953.63 | BALANCE | $ 18,863.38 |

LEGAL, CEMETERY, CREMATORY OR OTHER REQUIREMENTS COMPELLING THE PURCHASE OF ANY ITEMS LISTED ABOVE _____
Cemetery requires minimum outer burial container

TERMS: This is a CASH TRANSACTION, due in full 04/01/2022 _____ and, in all events, becomes PAST DUE AND DELINQUENT upon expiration of due date. A charge of 12 % per annum for UNANTICIPATED LATE PAYMENT will be charged effective 05/01/2022 _____ Purchaser(s) agrees to pay reasonable attorney's fees, court costs and other costs of collection if incurred in the collection of this debt. The undersigned understand and agree that: I/We assume personal liability for the charges set forth in this Statement and that this is in addition to the liability imposed by law upon the estate of the deceased, hereby agree to all of the above, and acknowledge receipt of a copy of this statement.

_____ Initial Here. The undersigned understand and agree: (A) A copy of the "General Price List" was given/offered for retention upon the beginning of any discussion of any our Services or Prices. (B) We were shown a "Casket Price List" and an "Outer Burial Container Price List" before being shown caskets or outer burials containers. (C) The Provider makes no representations or warranties regarding caskets, outer burial containers or other funeral goods sold by the funeral home. The only warranties, expressed or implied, granted in connection with the goods sold with this funeral service are the express written warranties, if any, extended by the manufactures thereof. No other warranties, expressed or implied, including the implied warranties of merchantability or fitness for a particular purpose, are extended by the provider.

(D) We did  X  did not _____ authorize embalming of the deceased named above.

| | | |
|---|---|---|
| Mr/Mrs/Miss _____  Signature of Purchaser(s) | SSN _____ | We agree to render the service and furnish the merchandise indicated above |
| Street Address _____ | City/State/Zip _____ | By _Savoke S Terrell_ |
| Mr/Mrs/Miss _____  Signature of Purchaser(s) | SSN _____ | # 3001 |
| Address _____ | City/State/Zip _____ | F☐ P☐ D☐ B☐ |

Lincoln/Nowell 224

04/04/2022 12:32 T-04:00 TO: +16034271888 FROM: 8884580071
4/1/22, 3:50 PM                    Rodney Goodman killed in Interstate 20 car accident in Fort Worth



# TARRANT COUNTY
# Rodney Goodman killed in Interstate 20 car accident in Fort Worth

  By **MICHAEL HUSSAIN** (/team#michael-hussain)

News (/news/breaking), Breaking News (/news/breaking)   Posted: March 29, 2022 EDT

Updated: March 29, 2022 01:00 AM EDT

## Victim's death resulted from blunt force injuries

FORT WORTH, TX, (March 25, 2022) - A 30-year-old man was killed following a two-vehicle wreck early Friday morning in Fort Worth, authorities said.

According to the Tarrant County Medical Examiner's office, Rodney Wendell Goodman died as a result of blunt force injuries sustained in the crash, which happened shortly after 5 a.m. in the 200 block of Interstate 20 Westbound.

The circumstances of the tragic accident are being investigated and have not yet been released.



A 30-year-old man was killed following a two-vehicle wreck early Friday morning in Fort Worth, authorities said.

## CRASH INVESTIGATION NEEDED

Each year, roughly 36,000 people die — and another 1.9 million people are injured — in motor vehicle crashes in this country.

The Legal Advocate uses cookies, which are neccessary for this site to work properly.

Ok   Learn more

https://www.thelegaladvocate.com/news/breaking/rodney-goodman-killed-interstate-20-fort-worth-car-accident#:~:text=A 30-year-old man was killed fo...   1/3

PAGE 5/7 * RCVD AT 4/4/2022 12:33:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6034271888 * CSID:mFax * ANI:13122643888 * DURATION (mm-ss):08-17

**Lincoln/Nowell 225**

According to the National Highway Traffic Safety Administration, speeding was the primary cause of fatal crashes in 2018, followed by the influence of alcohol, drugs, or medication; failure to stay in the proper lane; failure to yield the right of way; and distracted driving.

While the cause and liability of the crash are being investigated, Candice Bond, an experienced accident attorney and Managing Partner of Bond Legal, said that it is imperative to have an independent investigation conducted by a seasoned attorney.

"In addition to the diligent work of law enforcement, an attorney can re-interview important witnesses, analyze any surveillance video from the scene of the crash, and obtain phone and texting records of the liable party," said Bond, a national analyst for The Legal Advocate.

"Time is of the essence in cases such, and the victim's family must ensure that evidence is reviewed efficiently."

**WRONGFUL DEATH CLAIM**

Pending the investigation, the family members of Rodney Wendell Goodman may be entitled to a wrongful death claim. Family members of wrongful death victims may seek damages for loss of companionship, pain and suffering, and emotional distress following a catastrophic accident such as this tragic incident.

"We understand that losing a loved one is not only a deeply emotional loss but also an economic one," said Stefano Formica, of counsel with Bond Legal. "If you have lost a loved one due to someone else's negligence, contact a wrongful death attorney and get the guidance needed to obtain the justice you deserve."

"Grieving families of victims are sometimes overwhelmed by the legal processes that are in place to protect their rights. An attorney can be a valuable and compassionate resource to help guide a family during this difficult time, and ensure that those left behind receive the restitution they are entitled to."

Have you been in a similar accident and need help? Speak to one of The Legal Advocate's national legal analysts now free of charge for a no-obligation.
The Legal Advocate uses cookies, which are neccessary for this site to work properly.

Ok        Learn more

**Lincoln/Nowell 226**

04/04/2022 12:32 T-04:00 TO: +16034271888 FROM: 8884580071
4/1/22, 3:50 PM
Rodney Goodman killed in Interstate 20 car accident in Fort Worth

*(Candice Bond, Managing Partner, and Stefano Formica, Of Counsel, at Bond Legal, are the national legal analysts for The Legal Advocate. The Legal Advocate can and does use quotes from prior interviews with our analysts for our news articles. If you would like to contact Bond Legal to help you, please call 866-599-0297 (tel:8665990297) or use the submission box found on this page. Legal analysts quoted may or may not be licensed in your state).*

Email this Article (mailto:?subject=Check this out: Rodney Goodman killed in Interstate :

# The staff of The Legal Advocate would like to extend our thoughts and prayers to

# **Rodney Wendell Goodman** and family



The Legal Advocate uses cookies, which are neccessary for this site to work properly.

Ok        Learn more

https://www.thelegaladvocate.com/news/breaking/rodney-goodman-killed-interstate-20-fort-worth-car-accident#:~:text=A 30-year-old man was killed fo... 3/3

PAGE 7/7 * RCVD AT 4/4/2022 12:33:43 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6034271888 * CSID:mFax * ANI:13122643888 * DURATION (mm-ss):08-17

**Lincoln/Nowell 227**



## C&J Financial, LLC
*"The Leader in Insurance Assignment Funding"*

GetPaid@CJF.com



# FAX

To: 8004624660      Pages: 2

Phone: 8004232765 Date: 4/1/2022 3:08:13 PM

Policy Number: 09-462780

Rodney Wendell Goodman - Assignment #: 136-8670

**Lincoln/Nowell 228**

To: +18004624660          Page: 3 of 3          2022-04-01 17:12:07 EDT          18663979278          From: John Mitchell

 **C&J Financial, LLC**
*The Leader in Insurance Assignment Funding*

Phone: 800.785.0003 Fax: 866.785.0030

**Insurance Company:**
**LINCOLN FINANCIAL GROUP\***
**ATTN: Death Claims**
**P.O. BOX 2649 OMAHA NE 68103**
**Ph: (800) 423-2765 Fax: (800) 462-4660**

**INSURANCE VERIFICATION REQUEST**
Assignment #: 1368670
Amount: $19,547.54
On the life of: Rodney Wendell Goodman
DOD:          SSN: :
Cause Of Death: Accident
Policy: 09-462780
Date: 04/01/2022



**Question**

**Answer**

1. Was the policy #09-462780 in force under insured?

2. Are there provisions on this policy that prevent it from being assigned?

3. Are there any other assignments on this policy? Amount or will our assignment be covered?

4. Face Amount?

5. Loans? Please include any interest.

6. Unpaid Premiums? Are they paid to date or within the grace period?

7. Date of Issue?

8. Reinstated? If yes date and was medical questions asked upon reinstatements?

9. Contestable?

10. Is there a graded benefit? If so please list amount.

11. Net Payable

12. Policy Type (Ex: Guaranteed Issue, Term Life,etc.)

13. Does date of birth 2/28/1992 match your records? If no, please indicate adjusted amount.

14. Primary Beneficiary/Beneficiaries. Please list share percentages and relationship.

15. Contingent Beneficiary/Beneficiaries. Please list share percentages and relationship.

16. If designated beneficiaries are deceased will you need proof of death? Please indicate what type of proof.

17. Do you require additional documentation if payable to next of kin? Ex: Small Estate Affidavit, your own form(heirship affidavit), Facility of Payment, etc. Please fax if form is company specific.

18. Do you require a claim form? If so please fax.

19. Is the deceased the base insured or rider?

20. Is the address P.O. BOX 2649 OMAHA NE 68103 and fax number (800) 462-4660 still current with your company?

21. Delivery Method: Do you need originals or will fax copies of all documents be accepted?

**Comments:**

_____

_____

Please fax back as soon as possible or call if there are any questions. Thank you for your time!
Contact: MartiMcCord Phone: (256) 680-3524

Answered by:_____ Date & Time:_____

PAGE 3/3 * RCVD AT 4/1/2022 5:12:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:8004624660 * CSID:18663979278 * ANI:5034367151 * DURATION (mm-ss):04-39

**Lincoln/Nowell 229**

# IRREVOCABLE ASSIGNMENT AND POWER OF ATTORNEY

| | |
|---|---|
| Deceased: | **Rodney Wendell Goodman** |

| | | | |
|---|---|---|---|
| Insurance Company: | **LINCOLN FINANCIAL GROUP*** | Assignment # | **136-8670** |
| Policy Number(s): | 09-462780 | | |
| Funeral Home and/or Cemetery: | **DAVIS FUNERAL HOME (NC)** | Total Assigned: | **$19,547.54** |

This Irrevocable Assignment is made between Beneficiary below and the Funeral Home/Cemetery below. In consideration for the Funeral Home/Cemetery providing services in the burial of the above Insured, said services having requested and accepted by Beneficiary and/or additional funds have been advanced and paid to the Funeral Home/Cemetery and/or the Beneficiary by C&J Financial, LLC ("CJF"). The undersigned irrevocably assigns to the Funeral Home/Cemetery, the above Assignment Amount, plus statutory interest from deceased's date of death until claim paid plus any unearned premiums. Beneficiary hereby guarantees the validity and sufficiency of the foregoing irrevocable assignment to the Funeral Home /Cemetery and C&J Financial, LLC, and Beneficiary further guarantees to warrant title to the policy(s) and defend C&J Financial, LLC against any claims on the policy(s). Beneficiary hereby irrevocably authorizes said Insurance Company to make payment of the sum specified above, plus statutory interest and unearned premiums to CJF. Beneficiary hereby irrevocably authorizes said Insurance Company to give Funeral Home/Cemetery or CJF any information that it may require regarding said policy(s). Beneficiary hereby appoints C&J Financial, LLC as their Attorney-in-fact and to act on their behalf with regard to the collection of, settlement of, and receipt of proceeds of said policy(s) or certificate(s), including but not limited to, giving C&J Financial, LLC the right to endorse checks and claimant statement forms in my name. I authorize CJF to act on my behalf with regard to signing IRS Form W-9 (or an acceptable substitute) in my name. If, for any reason, C&J Financial, LLC does not receive full payment within 90 days I agree to immediately pay C&J Financial, LLC the amount of its loss on the assignment. If for any reason it becomes necessary for C&J Financial, LLC to proceed against me, I understand that I am liable for all costs of collections, including but not limited to, reasonable attorney's fees, and court costs. I agree that the exclusive jurisdiction for legal proceedings hereunder is Salt Lake County, Utah. In the event the policy(s) is not enclosed, I certify that the policy(s) has been lost or destroyed.

Name: Shanta Nowell

| | | |
|---|---|---|
| Address: | | |
| City: | State: | Zip: |
| PH: | DOB: | SSN: |
| Signature X | | Relation: Mother |

| | | |
|---|---|---|
| Name: | | |
| Address: | | |
| City: | State: | Zip: |
| PH: | DOB: | SSN: |
| Signature X | | Relation: |

| | | |
|---|---|---|
| Name: | | |
| Address: | | |
| City: | State: | Zip: |
| PH: | DOB: | SSN: |
| Signature X | | Relation: |

| | | |
|---|---|---|
| Name: | | |
| Address: | | |
| City: | State: | Zip: |
| PH: | DOB: | SSN: |
| Signature X | | Relation: |

The foregoing Assignment was executed by the beneficiary(ies) named above, who is/are personally known to me or who have produced identification.

Notary Public Signature          Date 04/01/2022          Notary Stamp or Seal

TAWANNA JOHNSON
NOTARY PUBLIC
NEW HANOVER COUNTY, NC
My Commission Expires 2/15/2024

# IRREVOCABLE REASSIGNMENT AND POWER OF ATTORNEY

**C&J Financial, LLC**
*"The Leader in Insurance Assignment Funding"*

C&J Financial, LLC  P. 256.442.0020  F. 866.785.0030
Mail Payments to: P.O. Box 57250 · Salt Lake City, UT 84157-0250
All Other Correspondence: P.O. Box 7070 · Rainbow City, AL 35906

The undersigned representative and funeral home or cemetery (collectively "the Funeral Home") irrevocably reassigns to C&J Financial, LLC ("CJF"), P.O. Box 7070 · Rainbow City, AL 35906 or assigns, all of its interest in the above Assignment and further appoints CJF to act as its Attorney-in-fact with regard to the collection of, settlement of, and receipt of the proceeds as said policy(s) or certificate(s) noted above, including but not limited to, the right to endorse checks. Any payment made by CJF to the Funeral Home pursuant to this Assignment agreement is without recourse, except where the assignment or funding was procured by fraud on the part of the Funeral Home. The Funeral Home hereby authorizes the above Insurance Company to issue a check(s) directly to CJF. In the event that any payments of proceeds are made by the Insurance Company, its agent or the beneficiary (ies) to the Funeral Home, the Funeral Home agrees to hold the proceeds in trust and to immediately pay the proceeds to CJF within 10 days, without necessity of any request to so pay the funds. The Funeral Home further agrees that upon request by either CJF or the Insurance Company it will promptly provide all documents, material or information identified and needed to process a claim on the decedent's policy. Funeral Home shall be liable to CJF for any attorney's fees and costs CJF incurs in having to enforce any of the terms of this assignment. The undersigned agrees that the exclusive jurisdiction and venue for legal proceedings hereunder is in Salt Lake County, Utah.

Signature of Funeral Home/Cemetery Authorized Representative

**DAVIS FUNERAL HOME (NC)**
Name of Funeral Home / Cemetery

The foregoing Reassignment was executed by Javoke S. Terrell
Funeral Home/Cemetery Authorized Representative

, who is personally known to me or who has produced identification.

Notary Public Signature          Date 04/01/2022          Notary Stamp or Seal

TAWANNA JOHNSON
NOTARY PUBLIC
NEW HANOVER COUNTY, NC
My Commission Expires 2/15/2024

Rev 11.1.18

**Lincoln/Nowell 230**

**From:**Mccoy, Michelle
**Sent:**Mon, 4 Apr 2022 13:19:09 +0000
**To:**SCUGroupLife
**Subject:**Rodney Goodman - Claim#12649472
**Attachments:**Fax.pdf, Corr.pdf, Funeral Home.pdf

Good morning,

Please add to Claim#12649472.

Thank you.

 **Michelle McCoy**
Claims Initiation Specialist II
Claimant Excellence Data Integrity Team

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Nowell 231**



**Lincoln**
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Group Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone 888-787-2129
Fax 603-427-1888

## Preferential Beneficiary Affidavit

| Name of Decedent | Group Policy Number | Claim Number |
|---|---|---|
| Rodney Goodman | 09-462780 | 12649472 |

This affidavit is to be used in circumstances where a beneficiary was not designated by the decedent or the designated beneficiary did not survive the decedent. The life insurance policy referenced above contains a Payments to Beneficiary section that allows any payable life insurance proceeds to be paid in the vesting order listed below. This vesting order is based upon the relation to the deceased.

**In the vesting order listed below check the first surviving relation to the deceased and then list all members of that class in the following section. Check only one box.**

☐ (1) Spouse: I verify that I am the surviving spouse of the decedent named above.

☐ (2) Child/Children: I verify that the decedent named above did not have a surviving spouse and <u>all</u> of the decedent's surviving children are listed below:

☒ (3) Parent/Parents: I verify that the decedent did not have a surviving spouse or child and that <u>each</u> of the surviving parents of the decedent are listed below:

☐ (4) Brother(s) and Sister(s): I verify that the decedent did not have a surviving spouse, child(ren), or parent(s) and that <u>all</u> of the decedent's surviving brothers and sisters are listed below:

☐ (5) Estate: I verify that the decedent did not have a surviving spouse, child, parent, or sibling and that I am the executor or administrator of the decedent's estate listed below:

I understand that the person(s) entitled to receive proceeds from the above referenced policy will be determined by the vesting order given above and split equally among that class.

**In the previous section you indicated the class of closest surviving relation. Below complete the requested information for all surviving relation in that class. For example, if you checked child/children in the previous section, below you will list all of the deceased's surviving children. Please note: If the child is a minor, than a custodian must sign off on the minor's behalf. And, for an estate, use the estate tax identification number rather than Social Security Number.**

1. Shanta     Patrice     Nowell
FIRST NAME     MI     LAST NAME

    Mother
    RELATIONSHIP TO DECEDENT

DATE OF BIRTH     SOCIAL SECURITY NUMBER     TELEPHONE NUMBER

2.
FIRST NAME     MI     LAST NAME

ADDRESS     CITY, STATE, ZIP     RELATIONSHIP TO DECEDENT

DATE OF BIRTH     SOCIAL SECURITY NUMBER     TELEPHONE NUMBER

Additional space available on page 2. A notarized signature is required at the bottom of page 2.

**Lincoln/Nowell 232**



Lincoln/Nowell 233

## Preferential Beneficiary Designation Affidavit (page 2)

| Name of Decedent | Group Policy Number | Claim Number |
|---|---|---|
| | | |

**3.**

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

**4.**

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

**5.**

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

If additional space is needed, please use a separate piece of paper and attach to this form.

**Notarized Signature and Information of Person Completing Form**

The undersigned understands and acknowledges that Lincoln National Life Insurance Company will rely on this affidavit to issue life insurance proceeds under the policy listed above. In consideration of such reliance and any policy proceeds paid to the undersigned, the undersigned for himself/herself, their heirs, executors, and assigns, hereby agrees to release and forever discharges Lincoln National Life Insurance Company and its affiliates from any further liability under the above referenced policy and further agrees to indemnify the Company and to hold it harmless from any and all claims, costs, expenses and damages which may result from the Company's reliance on the representations made herein and payment in accordance therewith.

I, _Shanta P. Nowell_ , declare to the best of my knowledge, information and belief, all of the above information is accurate and complete.
**This affidavit must be signed in the presence of a notary.**

**Signature:** _Shanta P. Nowell_ **SSN:** 

**Print name:** _Shanta P. Nowell_ **Date:** _3|30| 2022_

**Address:** 

**Relationship to Deceased:** _Mother_ **Telephone Number** 

**Notary:**
Subscribed and sworn before me this _30_ day of _March 2022_

_Janice M White_

(Notary Public or other official authorized to administer oaths)

(SEAL)   My commission or term expires _4/22/22_

JANICE M WHITE
NOTARY PUBLIC
New Hanover County
North Carolina
My Commission Expires Apr. 22, 2022

PBF LNL10/21

**Lincoln/Nowell 234**

**From:**Shanta Nowell <spnowell28@gmail.com>
**Sent:**Thu, 31 Mar 2022 08:31:24 -0400
**To:**LifeClaimDocs
**Subject:**Claim # 12649472
**Attachments:**20220331_082900.jpg, 20220331_082847.jpg, 20220331_082824.jpg

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Olivia,

Please see attached.

Thank you,

**Lincoln/Nowell 235**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Group Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone 888-787-2129
Fax 603-427-1888

# Preferential Beneficiary Affidavit

| Name of Decedent | Group Policy Number | Claim Number |
|---|---|---|
| Rodney Goodman | 09-462780 | 12649472 |

This affidavit is to be used in circumstances where a beneficiary was not designated by the decedent or the designated beneficiary did not survive the decedent. The life insurance policy referenced above contains a Payments to Beneficiary section that allows any payable life insurance proceeds to be paid in the vesting order listed below. This vesting order is based upon the relation to the deceased.
**In the vesting order listed below check the first surviving relation to the deceased and then list all members of that class in the following section. Check only one box.**

☐ (1) Spouse: I verify that I am the surviving spouse of the decedent named above.

☐ (2) Child/Children: I verify that the decedent named above did not have a surviving spouse and <u>all</u> of the decedent's surviving children are listed below:

☒[xxx] (3) Parent/Parents: I verify that the decedent did not have a surviving spouse or child and that <u>each</u> of the surviving parents of the decedent are listed below:

☐ (4) Brother(s) and Sister(s): I verify that the decedent did not have a surviving spouse, child(ren), or parent(s) and that <u>all</u> of the decedent's surviving brothers and sisters are listed below:

☐ (5) Estate: I verify that the decedent did not have a surviving spouse, child, parent, or sibling and that I am the executor or administrator of the decedent's estate listed below:

I understand that the person(s) entitled to receive proceeds from the above referenced policy will be determined by the vesting order given above and split equally among that class.
**In the previous section you indicated the class of closest surviving relation. Below complete the requested information for all surviving relation in that class. For example, if you checked child/children in the previous section, below you will list all of the deceased's surviving children.**
**<u>Please note:</u> If the child is a minor, than a custodian must sign off on the minor's behalf.**
**And, for an estate, use the estate tax identification number rather than Social Security Number.**

1. _____
   FIRST NAME                                    MI                              LAST NAME

   _____
   ADDRESS                                       CITY, STATE, ZIP                RELATIONSHIP TO DECEDENT

   _____
   DATE OF BIRTH                                 SOCIAL SECURITY NUMBER          TELEPHONE NUMBER

2. _____
   FIRST NAME                                    MI                              LAST NAME

   _____
   ADDRESS                                       CITY, STATE, ZIP                RELATIONSHIP TO DECEDENT

   _____
   DATE OF BIRTH                                 SOCIAL SECURITY NUMBER          TELEPHONE NUMBER

**Additional space available on page 2. A notarized signature is required at the bottom of page 2.**

**Lincoln/Nowell 236**

## Preferential Beneficiary Designation Affidavit (page 2)

| Name of Decedent | Group Policy Number | Claim Number |
|---|---|---|
| | | |

3. _____
FIRST NAME                                    MI                              LAST NAME

_____
ADDRESS                              CITY, STATE, ZIP                  RELATIONSHIP TO DECEDENT

_____
DATE OF BIRTH                    SOCIAL SECURITY NUMBER          TELEPHONE NUMBER

4. _____
FIRST NAME                                    MI                              LAST NAME

_____
ADDRESS                              CITY, STATE, ZIP                  RELATIONSHIP TO DECEDENT

_____
DATE OF BIRTH                    SOCIAL SECURITY NUMBER          TELEPHONE NUMBER

5. _____
FIRST NAME                                    MI                              LAST NAME

_____
ADDRESS                              CITY, STATE, ZIP                  RELATIONSHIP TO DECECEDENT

_____
DATE OF BIRTH                    SOCIAL SECURITY NUMBER          TELEPHONE NUMBER

If additional space is needed, please use a separate piece of paper and attach to this form.

## Notarized Signature and Information of Person Completing Form

The undersigned understands and acknowledges that Lincoln National Life Insurance Company will rely on this affidavit to issue life insurance proceeds under the policy listed above. In consideration of such reliance and any policy proceeds paid to the undersigned, the undersigned for himself/herself, their heirs, executors, and assigns, hereby agrees to release and forever discharges Lincoln National Life Insurance Company and its affiliates from any further liability under the above referenced policy and further agrees to indemnify the Company and to hold it harmless from any and all claims, costs, expenses and damages which may result from the Company's reliance on the representations made herein and payment in accordance therewith.

I, _____, declare to the best of my knowledge, information and belief, all of the above information is accurate and complete.

**This affidavit must be signed in the presence of a notary.**

**Signature:** _____**SSN:**_____

**Print name**:_____ **Date:**_____

**Address**: _____

**Relationship to Deceased:** _____**Telephone Number**:_____

**Notary:**

Subscribed and sworn before me this _____ day of _____, _____

_____
(Notary Public or other official authorized to administer oaths)
(SEAL)        My commission or term expires ____/____/____

PBF LNL10/21

**Lincoln/Nowell 237**

**From:**LifeClaimDocs
**Sent:**Wed, 30 Mar 2022 18:20:06 +0000
**To:**spnowell28@gmail.com
**Subject:**(secure) AD&D Life Packet: Death Claim 12649472

E-communication from Lincoln Financial Group



Group Protection

Dear Shanta,

Please accept our sincere condolences on the passing of your loved one.

The Lincoln National Life Insurance Company is in receipt of the Accidental Death and Dismemberment (hereinafter "AD&D") claim submitted by Whataburger Resturants LLC.

In order to complete our investigation of the AD&D Benefits, please submit a copy of the following reports:

- Police Accident/Incident Report with applicable legend
- Witness Statements
- Autopsy Report
- Toxicology Report

Please be advised that Whataburger Resturants LLC. Policy does have exclusions that pertain to the AD&D Benefits.

**Lincoln/Nowell 238**

Please review the below exclusions. You do have the right to withdraw the claim for AD&D Benefits if you feel any of the exclusions may apply. Those exclusions are as follows:

*ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS*

*No benefits are payable for any loss that is contributed to or caused by:*

1. *war, declared or undeclared, or any act of war;*
2. *intentionally self-inflicted injuries, while sane or insane*
3. *suicide, or suicide attempt, while sane or insane;*
4. *active Participation in a Riot;*
5. *committing or attempting to commit a felony or misdemeanor;*
6. *disease, bodily or mental illness (or medical or surgical treatment thereof);*
7. *infections, except septic infections of and through a visible wound;*
8. *controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;*
9. *serving full-time active duty in the Armed Forces of any country or international authority;*
10. *boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or*
11. *the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred.*
12. *hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving*

If you choose not to pursue AD&D Benefits, please advise us in writing to the address listed above.
Claim Number:12649472

**Please click to access the following resources:**

- Taking the Next Step: A Resource Guide for Beneficiaries
- Employee Assistance Program: Beneficiary Services
- SecureLine®

**Lincoln/Nowell 239**

In an effort to expedite our claim review process, you may scan and email these documents to LifeClaimDocs@lfg.com or you may fax them to 603-427-1888.

Sincerely,

Livia Jamerlan

Life Claims Examiner

888-787-2129  Ext *69793

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates, including The Lincoln National Life Insurance Company, Fort Wayne, IN, and Lincoln Life Assurance Company of Boston, Dover, NH. Affiliates are separately responsible for their own financial and contractual obligations.

LCN-2535147-050919    LFE-LCBEM-EML001_Z01

©2019 Lincoln National Corporation

LincolnFinancial.com



 **Livia Jamerlan**
Life Claims Examiner
Life Claims

**Lincoln Financial Group**
LincolnFinancial.com

888-787-2129 Office

603-427-1888 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Nowell 240**

**From:**LifeClaimDocs
**Sent:**Wed, 30 Mar 2022 18:12:30 +0000
**To:**spnowell28@gmail.com
**Subject:**(secure) Life Beneficiary Service Packet: Death Claim 12649472
**Attachments:**12649472 Preferential Beneficiary Form (SA) LNL 10-21.pdf

E-communication from Lincoln Financial Group



Group Protection

Dear Shanta,
Please accept our sincere condolences on the passing of your loved one.

We have been advised that Rodney Goodman did not name a beneficiary on their life insurance plan. In the event of no named beneficiary, The Lincoln National Life will pay the benefits to the executor or administrator of the Covered Employee's estate.  If an estate has been established please forward that information so that we may proceed with the distribution of proceeds.  **In the event an estate hasn't been established, The Lincoln National Life may, at its option, pay the benefits to a surviving relative in the following order: spouse, child, parent, and sibling.**

We will review the proceeds for payment upon receipt of the following documents:

- Completed Preferential Beneficiary Affidavit (attached). Please name yourself, or if completing as a surviving parent, surviving child or surviving sibling, please include all

**Lincoln/Nowell 241**

surviving parents, children or siblings. The Preferential Beneficiary Affidavit, it is required that this form be notarized.  **Only one of the surviving parents, children or siblings need to complete this form.**

- Copy of Death Certificates for Rodney Goodman with the cause and manner of death listed.

- Completed Beneficiary Statement form (linked below).

We will review the claim for payment of the proceeds due under this policy once these documents are received.

Life Claim Number:  12649472

**Please click to access the following resources:**

- File a Claim: Beneficiary Statement
- Taking the Next Step: A Resource Guide for Beneficiaries
- Employee Assistance Program: Beneficiary Services
- SecureLine®

In an effort to expedite our claim review process, you may scan and email these documents to LifeClaimDocs@lfg.com or you may fax them to 603-427-1888.
Sincerely,
Livia Jamerlan
Life Claims Specialist
888-787-2129 extension *69793

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates, including The Lincoln National Life Insurance Company, Fort Wayne, IN, and Lincoln Life Assurance Company of Boston, Dover, NH. Affiliates are separately responsible for their own financial and contractual obligations.
LCN-2535147-050919    LFE-LCBEM-EML001_Z01
©2019 Lincoln National Corporation
LincolnFinancial.com



**Lincoln/Nowell 242**



Lincoln/Nowell 244



STATE OF NORTH CAROLINA
NEW HANOVER COUNTY
REGISTER OF DEEDS
TAMMY THEUSCH PIVER

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION
**CERTIFICATE OF LIVE BIRTH**

Registration District No 065-90 Local No ____

BIRTH NO — 132    0303

CHILD'S NAME (First, Middle, Last): Rodney Wendell Goodman

SEX: Male

CITY, TOWN, OR LOCATION OF BIRTH: Wilmington

DATE OF BIRTH: ____   TIME OF BIRTH: 12:26 P

COUNTY OF BIRTH: New Hanover

PLACE OF BIRTH: Hospital

FACILITY NAME: New Hanover Regional Medical Center

FATHER'S NAME: ____

MOTHER'S NAME (First, Middle, Last): Shanta Patrice Nowell

MAIDEN NAME: Nowell

BIRTHPLACE: North Carolina

USUAL RESIDENCE (STATE): North Carolina   COUNTY: New Hanover   CITY TOWN OR LOCATION: Wilmington

INSIDE CITY LIMITS: Yes   MOTHER'S MAILING ADDRESS: Same   Zip Code: 28401

CERTIFIER'S NAME & TITLE: David Adcock, III MD. — Hospital Administrator

ATTENDANT'S MAILING ADDRESS: New Hanover Reg. Med. Cent. Wilmington

DATE SIGNED: 3/3/92

DATE REC'D BY LOCAL REG: MAR 0 9 1992

COLOR OR RACE OF MOTHER: Black

BY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN FFICE OF REGISTER OF DEEDS, NEW HANOVER COUNTY, N.C. IN BOOK 218 PAGE 303. SS MY HAND AND SEAL THIS 30th OF MARCH, 2022.

TAMMY THEUSCH PIVER, REGISTER OF DEEDS

BY: ____ ASSISTANT/DEPUTY REGISTER OF DEEDS

**Lincoln/Nowell 246**

**STATE OF NORTH CAROLINA**
**NEW HANOVER COUNTY**
**REGISTER OF DEEDS**
**TAMMY THEUSCH PIVER**

NORTH CAROLINA DEPARTMENT OF ENVIRONMENT, HEALTH, AND NATURAL RESOURCES
DIVISION OF EPIDEMIOLOGY — VITAL RECORDS SECTION
**CERTIFICATE OF LIVE BIRTH**

0303

Registration District No 065-90 Local No _____

BIRTH NO — 132

| CHILD'S NAME (First, Middle, Last) | | | DATE OF BIRTH (Month, Day, Year) | TIME OF BIRTH |
|---|---|---|---|---|
| 1. Rodney | Wendell | Goodman | 2. | 3. 12:26 P |

| SEX | CITY, TOWN, OR LOCATION OF BIRTH | COUNTY OF BIRTH |
|---|---|---|
| 4. Male 5. | Wilmington | 6. New Hanover |

PLACE OF BIRTH ☒ Hospital ☐ Freestanding Birth Center ☐ Clinic/Doctor's Office ☐ Residence 7. ☐ Other (Specify) _____

FACILITY NAME (If not institution, give street and number)
8. New Hanover Regional Medical Center

| FATHER'S NAME (First, Middle, Last) | DATE OF BIRTH (Month, Day, Year) | BIRTHPLACE (State or foreign country) |
|---|---|---|
| 9. | 10. | 11. |

| MOTHER'S NAME (First, Middle, Last) | MAIDEN NAME | DATE OF BIRTH (Month, Day, Year) |
|---|---|---|
| 12a. Shanta Patrice Nowell | 12b. Nowell | 13. |

| BIRTHPLACE (State or foreign country) | USUAL RESIDENCE (STATE) | COUNTY | CITY, TOWN OR LOCATION |
|---|---|---|---|
| 14. North Carolina | 15a. North Carolina | 15b. New Hanover | 15c. Wilmington |

| STREET AND NUMBER | INSIDE CITY LIMITS (Yes or No) | MOTHER'S MAILING ADDRESS (If same as residence, enter same.) | Zip Code |
|---|---|---|---|
| 15d. | 15e. Yes | 16a. Same | 16b. 28401 |

MOTHER'S SIGNATURE  I certify that I have inspected this certificate
17a.

| RELATION TO CHILD IF MOTHER CANNOT SIGN | SOCIAL SECURITY NUMBER REQUESTED |
|---|---|
| 17b. | 17c. YES ☒  NO ☐ |

I certify that this child was born alive at the place and time and on the date stated  Signature
18a.

DATE SIGNED (Month, Day, Year)
18b. 7/3/12

ATTENDANT'S NAME AND TITLE (If other than certifier) (Type/Print)
☐ MD ☐ DO ☐ CNM
☐ Other Midwife
19. ☐ Other (Specify) _____

| CERTIFIER'S NAME & TITLE (Type/Print) | ATTENDANT'S MAILING ADDRESS (Street & Number or Rural Route & Number, City, Town, Zip) |
|---|---|
| ☒ MD ☐ DO ☐ Hospital Administrator ☐ CNM ☐ Other Midwife  20. ☐ Other (Specify)  David Adcock, MD. | 21. New Hanover Reg. Med. Cent. Wilmington |

| DATE REC'D BY LOCAL REG | SIGNATURE OF REGISTRAR | DATE NAME ADDED | DATE AMENDED |
|---|---|---|---|
| 22b. | | 23. | 24. |

| COLOR OR RACE OF FATHER (Specify White, Black, American Indian, etc.) | COLOR OR RACE OF MOTHER (Specify White, Black, American Indian, etc.) |
|---|---|
| 25a. | 25b. Black |

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, NEW HANOVER COUNTY, N.C. IN BOOK 218 PAGE 303. WITNESS MY HAND AND SEAL THIS 30th OF MARCH, 2022.

TAMMY THEUSCH PIVER, REGISTER OF DEEDS

BY: _____
ASSISTANT/DEPUTY REGISTER OF DEEDS

**Lincoln/Nowell 247**



**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company
Group Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone 888-787-2129
Fax 603-427-1888

**Beneficiary Statement**
Please complete all applicable information. This must be completed by the person or persons making claim, and accompanied by a certified copy of Certificate of Death, unless already submitted.

| Deceased Name | Social Security # | Claim # |
|---|---|---|
| Rodney Goodman | | 121649472 |

**General Claim Information**
If the beneficiary is an estate or a minor, the appropriate legal representative (executor, administrator or guardian of estate) should complete this statement. This statement must be completed by the person legally entitled to receive the money, who must state in what capacity he or she makes the claim - whether as Beneficiary named, Assignee, Executor Administrator, Guardian, or Trustee. If the beneficiary is not of legal age, a Guardian must be appointed. A certified copy of the court order appointing the legal representative should be sent with this claim form.

If a trust is the beneficiary, attach a copy of the trust agreement and a letter that verifies that the trust is still in effect. Unless already submitted, after completing this form, please attach a certified copy of the death certificate of the insured and return these documents to Lincoln.

| Beneficiary Name/Estate or Trust | Date of Birth | Social Security # or Tax ID # |
|---|---|---|
| Shanta Patrice Nowell | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Home Telephone # | Cell # | Relationship to Insured |
|---|---|---|
| | | Mother |

**SETTLEMENT OPTIONS**    Email Address:

☑ **Lump-Sum Check**
Receive a lump-sum check for a total amount of benefits payable.

☐ **SecureLine® (Not Available in New York)**
If you are eligible, we will pay total benefits of $5,000 or more through SecureLine®, an interest bearing account established in your name. You can immediately access all or a portion of your funds by writing drafts from the draft book you will receive.

If a payment option is not selected, or the total benefits payable are less than $5,000, we will automatically send you a lump-sum check

The Company reserves the right to require or obtain such additional evidence as may seem necessary. Before transmitting these papers to the Company, review all answers carefully and see that any necessary papers are attached in accordance with the instructions given above.

If the Social Security # or Taxpayer ID # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

For residents of New York: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation.

Beneficiary Signature _Shanta Nowell_    Date _3/30/2022_

613 GL 10/21

**Lincoln/Nowell 248**



**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company
Group Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone 888-787-2129
Fax 603-427-1888

**Beneficiary Statement**
Please complete all applicable information. This must be completed by the person or persons making claim, and accompanied by a certified copy of Certificate of Death, unless already submitted.

| Deceased Name | Social Security # | Claim # |
|---|---|---|
| Rodney Goodman | | 121649472 |

**General Claim Information**
If the beneficiary is an estate or a minor, the appropriate legal representative (executor, administrator or guardian of estate) should complete this statement. This statement must be completed by the person legally entitled to receive the money, who must state in what capacity he or she makes the claim – whether as Beneficiary named, Assignee, Executor, Administrator, Guardian, or Trustee. If the beneficiary is not of legal age, a Guardian must be appointed. A certified copy of the court order appointing the legal representative should be sent with this claim form.

If a trust is the beneficiary, attach a copy of the trust agreement and a letter that verifies that the trust is still in effect. Unless already submitted, after completing this form, please attach a certified copy of the death certificate of the insured and return these documents to Lincoln.

| Beneficiary Name/Estate or Trust | Date of Birth | Social Security # or Tax ID # |
|---|---|---|
| Shanta Patrice Nowell | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Home Telephone # | Cell # | Relationship to Insured |
|---|---|---|
| | | Mother |

Email Address:

**SETTLEMENT OPTIONS**

☑ **Lump-Sum Check**
Receive a lump-sum check for a total amount of benefits payable.

☐ **SecureLine®** (Not Available in New York)
If you are eligible, we will pay total benefits of $5,000 or more through SecureLine®, an interest bearing account established in your name. You can immediately access all or a portion of your funds by writing drafts from the draft book you will receive.

If a payment option is not selected, or the total benefits payable are less than $5,000, we will automatically send you a lump-sum check.

The Company reserves the right to require or obtain such additional evidence as may seem necessary. Before transmitting these papers to the Company, review all answers carefully and see that any necessary papers are attached in accordance with the instructions given above.

If the Social Security # or Taxpayer ID # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

For residents of New York: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation.

Beneficiary Signature _Shanta Nuc_   Date _3/30/2022_

GLO 613 GL 10/21

**Lincoln/Nowell 249**



**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Group Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Phone 888-787-2129
Fax 603-427-1888

**Beneficiary Statement**
Please complete all applicable information. This must be completed by the person or persons making claim, and accompanied by a certified copy of Certificate of Death, unless already submitted.

| Deceased Name | Social Security # | Claim # |
|---|---|---|
| Rodney Goodman | | 121649472 |

**General Claim Information**
If the beneficiary is an estate or a minor, the appropriate legal representative (executor, administrator or guardian of estate) should complete this state. This statement must be completed by the person legally entitled to receive the money, who must state in what capacity he or she makes the cl whether as Beneficiary named, Assignee, Executor Administrator, Guardian, or Trustee. If the beneficiary is not of legal age, a Guardian m appointed. A certified copy of the court order appointing the legal representative should be sent with this claim form.

If a trust is the beneficiary, attach a copy of the trust agreement and a letter that verifies that the trust is still in effect. Unless already submitted, completing this form, please attach a certified copy of the death certificate of the insured and return these documents to Lincoln.

| Beneficiary Name/Estate or Trust | Date of Birth | Social Security # or Tax |
|---|---|---|
| Shanta Patrice Nowell | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Home Telephone # | Cell # | Relationship to Insured |
|---|---|---|
| | | Mother |

| | Email Address: | |
|---|---|---|

**SETTLEMENT OPTIONS**

☑ **Lump-Sum Check**
Receive a lump-sum check for a total amount of benefits payable.

☐ **SecureLine® (Not Available in New York)**
If you are eligible, we will pay total benefits of $5,000 or more through SecureLine®, an interest bearing account established in your name. You can immediately access all or a portion of your funds by writing drafts from the draft book you will receive.

If a payment option is not selected, or the total benefits payable are less than $5,000, we will automatically send you a lump-sum check

The Company reserves the right to require or obtain such additional evidence as may seem necessary. Before transmitting these papers to the Company, review all answers carefully and see that any necessary papers are attached in accordance with the instructions given above.

If the Social Security # or Taxpayer ID # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

For residents of New York: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation.

Beneficiary Signature _Shanta Now_    Date 3/30/2022

DP 613 GL 10/21

Lincoln/Nowell 250



## Preferential Beneficiary Designation Affidavit (page 2)

| Name of Decedent | Group Policy Number | Claim Number |

**3.**
FIRST NAME — MI — LAST NAME
ADDRESS — CITY, STATE, ZIP — RELATIONSHIP TO DECEDENT
DATE OF BIRTH — SOCIAL SECURITY NUMBER — TELEPHONE NUMBER

**4.**
FIRST NAME — MI — LAST NAME
ADDRESS — CITY, STATE, ZIP — RELATIONSHIP TO DECEDENT
DATE OF BIRTH — SOCIAL SECURITY NUMBER — TELEPHONE NUMBER

**5.**
FIRST NAME — MI — LAST NAME
ADDRESS — CITY, STATE, ZIP — RELATIONSHIP TO DECEDENT
DATE OF BIRTH — SOCIAL SECURITY NUMBER — TELEPHONE NUMBER

If additional space is needed, please use a separate piece of paper and attach to this form.

### Notarized Signature and Information of Person Completing Form

The undersigned understands and acknowledges that Lincoln National Life Insurance Company will rely on this affidavit to issue life insurance proceeds under the policy listed above. In consideration of such reliance and any policy proceeds paid to the undersigned, the undersigned for himself/herself, their heirs, executors, and assigns, hereby agrees to release and forever discharges Lincoln National Life Insurance Company and its affiliates from any further liability under the above referenced policy and further agrees to indemnify the Company and to hold it harmless from any and all claims, costs, expenses and damages which may result from the Company's reliance on the representations made herein and payment in accordance therewith.

I, Shanta P. Nowell , declare to the best of my knowledge, information and belief, all of the above information is accurate and complete.

**This affidavit must be signed in the presence of a notary.**

Signature: _Shanta P. Nowell_    SSN: ▮▮▮    Date: 3/30/2022

Print name: Shanta P. Nowell

Address: ▮▮▮

Relationship to Deceased: Mother    Telephone Number ▮▮▮

**Notary:**

Subscribed and sworn before me this 30 day of March 2022

_Janice M White_

(Notary Public or other official authorized to administer oaths)

My commission or term expires 4/22/22

(SEAL)

```
JANICE M WHITE
NOTARY PUBLIC
New Hanover County
North Carolina
My Commission Expires Apr. 22, 2022
```

NL10/21

Lincoln/Nowell 251

## Preferential Beneficiary Designation Affidavit (page 2)

| Name of Decedent | Group Policy Number | Claim Number |
|---|---|---|

3.

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

4.

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

5.

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

If additional space is needed, please use a separate piece of paper and attach to this form.

### Notarized Signature and Information of Person Completing Form

The undersigned understands and acknowledges that Lincoln National Life Insurance Company will rely on this affidavit to issue life insurance proceeds under the policy listed above. In consideration of such reliance and any policy proceeds paid to the undersigned, the undersigned for himself/herself, their heirs, executors, and assigns, hereby agrees to release and forever discharges Lincoln National Life Insurance Company and its affiliates from any further liability under the above referenced policy and further agrees to indemnify the Company and to hold it harmless from any and all claims, costs, expenses and damages which may result from the Company's reliance on the representations made herein and payment in accordance therewith.

I, _Shanta P. Nowell_____, declare to the best of my knowledge, information and belief, all of the above information is accurate and complete.

This affidavit must be signed in the presence of a notary.

Signature: _Shanta P. Nowell_____  SSN ▮▮▮▮

Print name: _Shanta P. Nowell_____  Date: 3/30/2022

Address: ▮▮▮▮

Relationship to Deceased: _Mother_____  Telephone Number: ▮▮▮▮

Notary:

Subscribed and sworn before me this _30_ day of _March 2022_

_Janice M White_____

(Notary Public or other official authorized to administer oaths)

(SEAL)  My commission or term expires _4/22/22_

JANICE M WHITE
NOTARY PUBLIC
New Hanover County
North Carolina
My Commission Expires Apr. 22, 2022

L10/21

Lincoln/Nowell 252



**Notarized Signature and Information of Person Completing Form**

The undersigned understands and acknowledges that Lincoln National Life Insurance Company will rely on this affidavit to issue life insurance proceeds under the policy listed above. In consideration of such reliance and any policy proceeds paid to the undersigned, the undersigned for himself/herself, their heirs, executors, and assigns, hereby agrees to release and forever discharges Lincoln National Life Insurance Company and its affiliates from any further liability under the above referenced policy and further agrees to indemnify the Company and to hold it harmless from any and all claims, costs, expenses and damages which may result from the Company's reliance on the representations made herein and payment in accordance therewith.

I, _Shanta P. Nowell_____, declare to the best of my knowledge, information and belief, all of the above information is accurate and complete.

**This affidavit must be signed in the presence of a notary.**

Signature: _Shanta P. Nowell_          SSN: ▮▮▮▮▮▮▮

Print name: _Shanta P. Nowell_          Date: _3/30/2022_

Address: ▮▮▮▮▮▮▮

Relationship to Deceased: _Mother_          Telephone Number ▮▮▮▮▮▮▮

**Notary:**

Subscribed and sworn before me this _30_ day of _March 2022_

_Janice M White_

(Notary Public or other official authorized to administer oaths)

(SEAL)    My commission or term expires _4/22/22_

JANICE M WHITE
NOTARY PUBLIC
New Hanover County
North Carolina
My Commission Expires Apr ▮▮

## Preferential Beneficiary Designation Affidavit (page 2)

| Name of Decedent | Group Policy Number | Claim Number |
|---|---|---|

3.

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

4.

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

5.

| FIRST NAME | MI | LAST NAME |
|---|---|---|
| ADDRESS | CITY, STATE, ZIP | RELATIONSHIP TO DECECEDENT |
| DATE OF BIRTH | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER |

If additional space is needed, please use a separate piece of paper and attach to this form.

### Notarized Signature and Information of Person Completing Form

The undersigned understands and acknowledges that Lincoln National Life Insurance Company will rely on th affidavit to issue life insurance proceeds under the policy listed above. In consideration of such reliance and ar policy proceeds paid to the undersigned, the undersigned for himself/herself, their heirs, executors, ar assigns, hereby agrees to release and forever discharges Lincoln National Life Insurance Company and its affiliat from any further liability under the above referenced policy and further agrees to indemnify the Company and hold it harmless from any and all claims, costs, expenses and damages which may result from the Company's relianc on the representations made herein and payment in accordance therewith.

I, _Shanta P. Nowell_____, declare to the best of my knowledge, information and belief, all of the above information is accurate and complete.

This affidavit must be signed in the presence of a notary.

Signature: _Shanta P. Nowell_____    SSN:___

Print name: _Shanta P. Nowell_____    D__ _3/30/ 2022_

Address: _____

Relationship to Deceased: _Mother_____    Telephone Number ____

**Notary:**

Subscribed and sworn before me this _30_ day of _March 2022_

_Janice M White_____

(Notary Public or other official authorized to administer oaths)

(SEAL)    My commission or term expires _4/22/22_

JANICE M WHITE
NOTARY PUBLIC
New Hanover County
North Carolina
My Commission Expires Apr. 22,

PBF LNL10/21

Lincoln/Nowell 254

**From:**Shanta Nowell <spnowell28@gmail.com>
**Sent:**Wed, 30 Mar 2022 13:51:25 -0400
**To:**LifeClaimDocs
**Subject:**Claim 12649472
**Attachments:**20220330_134941.jpg, 20220330_134949.jpg, 20220330_134931.jpg

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Olivia

**Lincoln/Nowell 255**



Lincoln/Nowell 256

**From:**Shanta Nowell via Adobe Acrobat <message@adobe.com>
**Sent:**Wed, 30 Mar 2022 17:44:25 +0000
**To:**LifeClaimDocs
**Subject:**Olivia, Please see the attached birth certificate for Rodney Goodman. Claim # 12649472. Please give me a call when received. Thank you, Shanta Nowell

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



Shanta Nowell (spnowell28@gmail.com) has shared
**Office Depot Scan.pdf**.
You can also comment on it.

**Open**

| | |
|---|---|
| SENT BY | Shanta Nowell (spnowell28@gmail.com) |
| SHARED ON | 30-March-2022 10:44 AM PDT |

**Manage Your Account | Customer Support | Forums | Terms of Use | Report Abuse**

Adobe, the Adobe logo, the Adobe PDF logo, and Acrobat are either registered trademarks or trademarks of Adobe in the United States and/or other countries. All other trademarks are the property of their respective owners.

Adobe, 345 Park Ave., San Jose, CA 95110 USA

**Lincoln/Nowell 257**



# Re: Claim 12649472

**Shanta Nowell** <spnowell28@gmail.com>
To LifeClaimDocs

↩ Reply    ↩ Reply All    → Forward    ⋯

Wed 3/30/2022 16:24

Retention Policy  Default Retention - All Other Folders (6 months)        Expires  9/26/2022

Life Docs

| 20220330_162024.jpg 2 MB | 20220330_161913.jpg 2 MB | 20220330_162009.jpg 2 MB | 20220330_161946.jpg 2 MB |
| 20220330_161817.jpg 2 MB | 20220330_161817.jpg 2 MB | 20220330_161815.jpg 2 MB | |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached.

On Wed, Mar 30, 2022, 1:51 PM Shanta Nowell <spnowell28@gmail.com> wrote:

Olivia

# Benefit Summary



Benefit Summary Generated On 03/28/2022 At 01:41:34 CDT

| About You | |
|---|---|
| **Your Information** | |
| **Name** | Rodney Goodman |
| **Address** | US |
| **Date of Birth** | |
| **Marital Status** | Single |
| **Gender** | Male |
| **Home Phone** | |

| Dependents - 0 |
|---|
| *No Dependents Listed* |

# Current

My Security

| Basic Life - Basic Life- Greater of 1x Base Salary or $50,000 | $0.00 Weekly WK |
|---|---|
| ❌ Beneficiaries Required | |

| Effective Date | 04/01/2021 |
|---|---|
| **Basic Life Coverage Amount** | |
| Coverage Amount | 1x Salary |
| Elected Coverage Amount | $48,000.00 |
| Actual Coverage Amount | $50,000.00 |
| No Beneficiaries | |

| Basic AD&D - Basic AD&D- Greater of 1x Base Salary or $50,000 | $0.00 Weekly WK |
|---|---|
| ❌ Beneficiaries Required | |

| Effective Date | 04/01/2021 |
|---|---|
| **Basic AD&D Coverage Amount** | |
| Coverage Amount | 1x Salary |
| Elected Coverage Amount | $48,000.00 |
| Actual Coverage Amount | $50,000.00 |
| No Beneficiaries | |

| Long-Term Disability - Long-Term Disability $8,000 Max | $0.00 Weekly WK |
|---|---|
| Effective Date | 01/01/2022 |

| Employee Assistance Program - EAP | $0.00 Weekly WK |
|---|---|
| Effective Date | 04/01/2021 |

| **Total Cost** | **$0.00 Weekly WK** |
|---|---|

**Lincoln/Nowell 260**

This online benefit summary is reflective of benefits information contained within the Businessolver, Inc. database on the date this information is being displayed. This information is not intended to be an all inclusive or exhaustive list of benefit enrollment information. Modifications, deletions, and additions to coverage are not immediately effective upon submission. Please contact your Benefits Administrator with questions.

Every effort has been made to report information accurately, but the possibility of error exists. In case of any conflict between your benefits election confirmation and an official plan document, the plan document will be the final authority. Please note, some insurance coverage elections only become effective upon approval of your evidence of insurability (EOI) by the carrier.

* -Any personal or dependent information that appears in red font indicates a change that is currently pending approval.

**Lincoln/Nowell 261**

**Current Coverage**

## Election Information - Current

### ✅ Basic Life Election - Basic Life- Greater of 1x Base Salary or $50,000

**Coverage:** 1x Salary **Elected:** $48,000 **Actual:** $50,000

| Member(s) | Covered | Effective Date | Term Date |
|-----------|---------|----------------|-----------|
| Rodney Goodman | Yes | 04/01/2021 | |

### ✅ Basic AD&D Election - Basic AD&D- Greater of 1x Base Salary or $50,000

**Coverage:** 1x Salary **Elected:** $48,000 **Actual:** $50,000

| Member(s) | Covered | Effective Date | Term Date |
|-----------|---------|----------------|-----------|
| Rodney Goodman | Yes | 04/01/2021 | |

Page **1** of **2**

**Please note**: Coverage effective dates may not reflect the initial effective date of coverage i.e. 1/1 or the first month of eligibility. Effective dates and coverage amounts update automatically in the system when a Family Member receives an increase/decrease in salary.

Lincoln/Nowell 262

Lincoln/Nowell 263

**Prior Coverage**

None

Page **2** of **2**

**Please note**: Coverage effective dates may not reflect the initial effective date of coverage i.e. 1/1 or the first month of eligibility. Effective dates and coverage amounts update automatically in the system when a Family Member receives an increase/decrease in salary.



## Confirmation Report for: Rodney Goodman

Thank you! You successfully submitted your claim on: 03/28/2022 14:54 PM EDT.

Your Claim Number: 12649472

---

**NEXT STEPS**

- Your claim is being reviewed.
- A member of our Life Claims team will contact the claimant or beneficiary to obtain any additionally required information and provide information regarding the claims process.
- You may also call your Lincoln Financial Group Account Service Manager with any questions regarding the claims process or next steps.

---

## Employee Proof of Death

**SUMMARY**

| Company Information | |
|---|---|
| **Company Name** | Whatabrands LLC |
| **Policy Number** | 09-462780 |
| **Street Address** | 300 Concord Plaza Dr. |
| **City** | San Antonio |
| **State** | TX |
| **Postal Code** | 78216 |
| **Country** | USA |

**Lincoln/Nowell 264**

| Employee Information | |
|---|---|
| First Name | Rodney |
| Last Name | Goodman |
| Employee ID | 1506955 |
| SSN | XXX-XX-XXXX |
| Phone Number | |
| Gender | M |
| Date of Birth | |
| Street Address | |
| City | |
| State | |
| Postal Code | |
| Country | USA |

| Policy Information | |
|---|---|
| Scheduled Work Hours | 55 |
| Earnings | $ 47,190 |
| Work Status | ACTIVE |
| Occupation | Manager |
| Date Employed | 02/09/2021 |
| Last Worked | 03/21/2022 |
| Employee Basic Amount | $ 50,000 |
| Employee Basic AD&D Amount | $ 50,000 |

**Lincoln/Nowell 265**

| Caller Information | |
|---|---|
| **First Name** | Shanta |
| **Last Name** | Nowell |
| **Phone Number** | |
| **Street Address** | |
| **City** | |
| **State** | |
| **Postal Code** | |
| **Country** | USA |

| Additional Information | |
|---|---|
| **Documents Submitted** | |
| BenefitSolver - Benefits Summary.pdf | |
| Prior and Current History - R. Goodman.pdf | |
| **Notes** | |
| Please contact mother, Shanta Nowell, at ( | |

**I certify that the facts as indicated above are true to the best of my knowledge and belief.**

**Name:** Someia Mitchell

**Date Signed:** 03/28/2022 14:54 PM EDT

**Phone Number:** 210-447-5458

**Email Address:** smitchell@wbhq.com

**Lincoln/Nowell 266**