# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| SHANTA NOWELL, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | )  Case No. 5:23-cv-00060 JKP-RBF |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Shanta Nowell (hereinafter "Plaintiff") and Defendant The Lincoln National Life Insurance Company (hereinafter "Defendant"), hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 11th day of July 2023.

    Respectfully submitted,

    **LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
    17304 Preston Road, Suite 800
    Dallas, Texas 75252
    Main:  (214) 579-9319
    Fax:  (469) 444-6456

    **BY:**  /s/ Iwana Rademaekers
        Iwana Rademaekers, Esq.
        State Bar of Texas No. 16452560
        Email:  iwana@rademaekerslaw.com

    **ATTORNEYS FOR DEFENDANT**

    - And -

**LAW OFFICES OF J. PRICE MCNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973

**BY:**  /s/ . Price McNamara (by permission)
           J. Price McNamara
           Bar Nos: LA 20291 & TX 24084626
           Email:  price@jpricemcnamara.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

> J. Price McNamara
> Email:  price@jpricemcnamara.com

|   |   |
|---|---|
| _July 11, 2023_ | _/s/ Iwana Rademaekers_ |
| Date | Iwana Rademaekers |