IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANTA NOWELL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | 5-23-CV-00060-JKP-RBF |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## **ORDER**

Before the Court is the above-styled and numbered cause of action, which was referred for disposition of all nondispositive pretrial proceedings. *See* Dkt. No. 3. The Court is in receipt of the parties' July 11, 2023 advisory, which informs the Court that they have reached a settlement of all claims. *See* Dkt. No. 14.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a stipulation of dismissal on or before **September 11, 2023**. Should the parties require additional time to finalize their settlement agreement, they should inform the Court.

Having considered and acted upon all matters for which the above-entitled and numbered case was referred, it is **ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED**.

SIGNED this 12th day of July, 2023.


RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE