**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **SHANTA NOWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Case No. 5:23-cv-00060-JKP |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Shanta Nowell and The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 8th day of September, 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:**  /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

- And -

**LAW OFFICES OF J. PRICE MCNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973


BY:  /s/ . Price McNamara (by permission)
       J. Price McNamara
       Bar Nos: LA 20291 & TX 24084626
       Email:  price@jpricemcnamara.com

**ATTORNEYS FOR PLAINTIFF**